IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JASMINE RITTERSBACHER | * |
| Plaintiff | * |
| v. | *   Case no.: |
| FOOD LIONS, LLC | |
| and | * |
| KELLERMEYER BERGUSON SERVICES, LLC | * |
| | * |
| and | |
| | * |
| VANE SERVICES CLEANING, LLC | |
| | * |
| Defendants | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

Vane Services Cleaning, LLC, Defendant and Cross Defendant, by its attorneys, Matthew T. Angotti and James P. O'Brien, pursuant to 28 U.S.C. 1441, *et seq*., hereby removes the above captioned matter to this court from the Circuit Court of Maryland for Dorchester County, and for good cause states as follows:

1.  Plaintiff, Jasmine Rittersbacher, has sued Defendants, Food Lion, LLC, Kellermeyer Bergensons Services, LLC and Vane Services Cleaning, LLC, alleging responsibility for negligence and other wrongs as a result of a slip/trip and fall accident on June 18, 2019 in a Food Lion store in Dorchester County, Maryland. A copy of all pleadings filed in the Circuit Court of Maryland for Dorchester County are attached hereto as Exhibit A.

2.   This matter is removable to this court based upon diversity of citizenship as the Plaintiff, Jasmine Rittersbacher, is alleged to be a resident of Dorchester County, Maryland. Defendant Food Lion, LLC is a North Carolina limited liability company with its principal office in Salisbury, North Carolina, Defendant/Cross Plaintiff Kellermeyer Bergensons Services, LLC is a Delaware limited liability company with its principal office in Wilmington, Delaware, and Defendant/Cross Defendant Vane Service Cleaning, LLC is a Delaware limited liability company with its principal office in Laurel, Delaware. Plaintiff seeks in excess of $75,000.00 in recovery.

3.   Defendants Food Lion, LLC and Kellermeyer Bergensons Services, LLC have advised, through counsel, that both consent to removal.

4.   Defendant/Cross Defendant Vane Services Cleaning, LLC was first served a copy of the Amended Complaint and Third Party Complaint on August 27, 2020.

**WHEREFORE**, Defendant and Third Party Defendant Vane Services Cleaning, LLC hereby prays the above captioned matter be removed to this court.

   /s/  Matthew T. Angotti_____
Matthew T. Angotti (Bar No. 05949)


   /s/  James P. O'Brien_____
James P. O'Brien (Bar No. MD0114)
Anderson, Coe & King, LLP
Seven St. Paul Street, Suite 1600
Baltimore, Maryland 21202
(T) 410-752-1630;  (F) 410-752-0085
angotti@acklaw.com
obrien@acklawcom
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of September 2020 a copy of Defendant's Notice of Removal was eserved and/or mailed to:

Lawrence S. Greenberg, Esquire
Erica Caplan Fischer, Esquire
Greenberg Law Office
6 East Biddle Street
Baltimore, MD  21202
*Attorneys for Plaintiff Jasmine Rittersbacher*


Matthew M. Davey, Esquire
Sheena M. Njoroge, Esquire
Sarabeth Rangiah, Esquire
Bonner Kiernan Trebach & Crociata, LLP
1233  20th Street, NW, 8th Floor
Washington, DC  20036
*Attorneys for Defendant Food Lion, LLC and Defendant/Third Party Plaintiff Kellermeyer Bergensons Services, LLC*


                                                             /s/  Matthew T. Angotti
                                                          Matthew T. Angotti (Bar No. 05949)
                                                          /s/  James P. O'Brien
                                                          James P. O'Brien (Bar No. MD0114)