| | | |
|---|---|---|
| JASMINE RITTERSBACHER | * | IN THE |
| Plaintiff | * | CIRCUIRT COURT |
| V | * | FOR |
| FOOD LIONS, LLC | * | DORCHESTER COUNTY |
| and | * | Case No. C-09-CV-20-000093 |
| KELLERMEYER BERGUSON SERVICES, LLC | * | |
| | * | |
| and | | |
| | * | |
| VANE SERVICES CLEANING, LLC | | |
| Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ANSWER TO THIRD PARTY COMPLAINT

Vane Services Cleaning, LLC, Third Party Defendant, by its attorneys, Matthew T. Angotti and James P. O'Brien, hereby files the following Answer to Third Party Complaint, and with regard to the allegations directed to this Defendant states as follows:

### GENERAL DENIAL

Pursuant to Maryland Rule 2-323(d), Defendant denies liability generally.

### AFFIRMATIVE DEFENSES

1. The Third Party Complaint fails to state a claim upon which relief can be granted.

2. The Third Party Defendant did not contract as alleged.

3. The Third Party Complaint is barred by the doctrine of assumption of risk.

4. The Third Party Complaint is barred by Third Party Plaintiff's negligence or contributory negligence.

4825-6914-0684, v. 1

|  |  |
|---|---|
| /s/ | /s/ |
| James P. O'Brien, (CPF # 1612140152) | Matthew T. Angotti, (CPF #: 8812150014) |
| Anderson Coe King, LLP | Anderson Coe King, LLP |
| 7 St. Paul Street, Ste. 1600 | 7 St. Paul Street, Ste. 1600 |
| Baltimore, MD 21202 | Baltimore, MD 21202 |
| Ph.: (410) 752-1630 / Fx: (410) 752-0085 | Ph.: (410) 752-1630 / Fx: (410) 752-0085 |
| Obrien@acklaw.com | angotti@acklaw.com |
| *Attorney for Defendant Vane Services Cleaning, LLC* | *Attorney for Defendant Vane Services Cleaning, LLC* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** this 25th day of September 2020 Answer to Third Party Complaint was electronically filed and served upon and/or mailed, postage prepaid to:

Lawrence S. Greenberg, Esquire
Erica Caplan Fischer, Esquire
Greenberg Law Office
6 East Biddle Street
Baltimore, MD  21202
*Attorneys for Plaintiff Jasmine Rittersbacher*

Matthew M. Davey, Esquire
Sheena M. Njoroge, Esquire
Sarabeth Rangiah, Esquire
Bonner Kiernan Trebach & Crociata, LLP
1233  20th Street, NW, 8th Floor
Washington, DC  20036
*Attorneys for Defendant Food Lion, LLC and Defendant/Third Party Plaintiff Kellermeyer Bergensons Services, LLC*

/s/
Matthew T. Angotti, (CPF #: 8812150014)