IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **JASMINE RITTERSBACHER**<br><br>Plaintiff<br><br>v.<br><br>**FOOD LION, LLC et al.**<br><br>Defendants | Civil Action No. 20-cv-02800-JMC |

**ORDER**

UPON CONSIDERATION of the Defendants' Joint Motion to Modify the Scheduling Order, with the consent of Plaintiff, the entire record herein, and for good cause shown, it is this 7th day of January, 2021; hereby,

ORDERED, that the Motion is GRANTED, and it is further

ORDERED, that the Scheduling Order is modified as follows:

| EVENT: | Previous Date: | Amended Date: |
|---|---|---|
| Defendants' 26(a)(2) disclosures | 1/19/21 | 3/19/21 |
| Plaintiff's Rebuttal 26(a)(2) disclosures | 2/2/21 | 4/2/21 |
| Rule 26(e)(2) supplementation of disclosures and responses | 2/9/21 | 4/9/21 |
| Discovery deadline; Status Report | 3/5/21 | 5/4/21 |
| Requests for admission | 3/12/21 | 5/11/21 |
| Dispositive pretrial motions deadline | 4/5/21 | 6/4/21 |

**SO ORDERED.**

_____/s/_____
J. Mark Coulson
United States Magistrate Judge