IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **JASMINE RITTERSBACHER**<br><br>Plaintiff<br><br>v.<br><br>**FOOD LION, LLC et al.**<br><br>Defendants | Civil Case No.: 1:20-cv-02800-JMC |

**ENTRY OF APPEARANCE**

COMES NOW, Defendants Food Lion, LLC and Kellermeyer Bergusons Services, LLC, request that the Clerk of the Court enter the appearance of Jeremy Huang, Esq. (Bar No. 18193) of KIERNAN TREBACH LLP as co-counsel for the Defendants in the above-captioned matter. Please note that Matthew M. Davey, Esq. will remain as lead counsel for Defendant.

Dated:  February 23, 2021

Respectfully submitted,

*/s/ Jeremy Huang*
Matthew M. Davey (Bar No. 16282)
Jeremy Huang (Bar No. 18193)
Kiernan Trebach, LLP
1233 20th Street, NW, Suite 800
Washington, DC 20036
Tel:  202-712-7000
Fax: 202-712-7100
mdavey@kiernantrebach.com
jhuang@kiernantrebach.com
*Counsel for Food Lion, LLC &*
*Kellermeyer Bergusons Services, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2021, a copy of the foregoing *Entry of Appearance* was served via the Court's electronic service system upon:

Matthew T. Angotti
James P. O'Brien
Anderson Coe & King, LLP
Seven St. Paul Street, Suite 1600
Baltimore, Maryland 21202
*Counsel for Vane Services Cleaning, LLC*

Lawrence S. Greenberg
Greenberg Law Office
6 E. Biddle Street
Baltimore, Maryland 21202
*Counsel for Plaintiff*

/s/ *Jeremy Huang*
Jeremy Huang