IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **JASMINE RITTERSBACHER**<br><br>　　　　Plaintiff<br><br>　v.<br><br>**FOOD LION, LLC et al.**<br><br>　　　　Defendants | Civil Action No. 20-2800-JMC |

## ORDER

UPON CONSIDERATION of the Joint Motion to Modify the Scheduling Order, with the consent of all Parties, the entire record herein, and for good cause shown, it is this <u>4th</u> day of <u>May</u>, 2021; hereby,

ORDERED, that the Motion is GRANTED, and it is further

ORDERED, that the Scheduling Order is modified as follows:

| **EVENT:** | **Previous Date:** | **Amended Date:** |
|---|---|---|
| Discovery deadline; Status Report | 5/4/21 | 7/5/21 |
| Dispositive pretrial motions deadline | 6/4/21 | 8/4/21 |

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　J. Mark Coulson
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Cc:

Matthew M. Davey
Jeremy C. Huang
Kiernan Trebach LLP
1233 20th Street, NW, Suite 800
Washington, DC 20036
*Counsel for Food Lion, LLC & Kellermeyer*
*Bergusons Services, LLC*

Matthew T. Angotti
James P. O'Brien
Anderson Coe & King, LLP
Seven St. Paul Street, Suite 1600
Baltimore, Maryland 21202
*Counsel for Vane Services Cleaning, LLC*

Lawrence S. Greenberg
Greenberg Law Office
6 E. Biddle Street
Baltimore, Maryland 21202
*Counsel for Plaintiff*