IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JASMINE RITTERSBACHER | * | |
| Plaintiff | * | |
| v. | * | Case no.: 1:20−cv−02800−JMC |
| FOOD LION, LLC, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Upon consideration of the Joint Motion to Modify Scheduling Order, it is this  _30th_  day of _____August_____, 2021, hereby

**ORDERED** that the Joint Motion to Modify Scheduling Order is **GRANTED**; and it is further

**ORDERED** that the Scheduling Order is hereby modified as follows:

### **NEW DEADLINES**

| | |
|---|---|
| **Discovery deadline; Status Report** | 11/01/2021 |
| **Request for Admissions** | 11/15/2021 |
| **Dispositive pretrial motions deadline** | 12/01/2021 |

_____/s/_____
 J. Mark Coulson
United States Magistrate Judge

1