IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JASMINE RITTERSBACHER | * | |
| Plaintiff | * | |
| v. | * | Case no.: 1:20−cv−02800−JMC |
| FOOD LION, LLC, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Upon consideration of the Consent Motion for Extension of Time, it is this __1st__ day of ___November___, 2021, hereby

**ORDERED** that the Consent Motion for Extension of Time is **GRANTED**; and it is further

**ORDERED** that the Scheduling Order is hereby modified as follows:

### **NEW DEADLINES**

| | |
|---|---|
| **Discovery Deadline; Status Report** | **1/28/22** |
| **Dispositive Pre-Trial Motions Deadline** | **2/28/22** |

_____/s/_____
J. Mark Coulson
United States Magistrate Judge