IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JASMINE RITTERSBACHER | * | |
| Plaintiff | * | |
| v. | * | Case no.: 1:20−cv−02800−JMC |
| FOOD LION, LLC, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of the Joint Motion for Extension of Time, it is this <u>27th</u> day of <u>January</u>, 2022, hereby,

**ORDERED** that the Consent Motion for Extension of Time is **GRANTED**; and it is further,

**ORDERED** that the Scheduling Order is hereby modified as follows:

### NEW DEADLINES

| | |
|---|---|
| **Discovery Deadline; Status Report** | 3/28/22 |
| **Dispositive Pre-Trial Motions Deadline** | 4/28/22 |

Mindful of Covid-19, but also given this is the sixth deadline extension, the parties are advised that this is the last extension absent unforeseen circumstances outside the parties' control.

_____/s/_____
J. Mark Coulson
United States Magistrate Judge