```
1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF MARYLAND

3   JASMINE RITTERSBACHER        *

4        Plaintiff              *   Civil Action No.

5   v.                          *   ELH-20-2800

6   FOOD LION, L.L.C., et al.   *

7        Defendant              *

8   *     *     *     *     *     *     *     *     *

9

10             The deposition of MARIA MONSALVE, (via

11  Zoom), was held on Monday, February 21, 2022,

12  commencing at 2:40 p.m., as interpreted by LESLIE

13  BILCHIK, Spanish Interpreter, at CRC Salomon Reporting,

14  2201 Old Court Road, Baltimore, Maryland 21208, before

15  Carolyn E. Peatt, Notary Public

16

17

18

19

20  REPORTED BY: Carolyn Peatt

21  Notary Public
```

EXHIBIT
**H**

```
 1   APPEARANCES:

 2

 3        ON BEHALF OF PLAINTIFF

 4        LAWRENCE S. GREENBERG, Esquire

 5           (via Zoom)

 6           Greenberg Law Office

 7           6 East Biddle Street

 8           Baltimore, Maryland 21202

 9           Telephone:  410-539-5250

10           Email:  Larry@greenberglawyers.com

11

12        ON BEHALF OF DEFENDANT FOOD LION &

13        KELLERMEYER BERGENSONS SERVICES

14        MATTHEW DAVEY, Esquire

15           (via Zoom)

16           Kiernan Trebach

17           1233 20th Street, N.W.

18           Washington, D.C. 20036

19           Telephone:  202-712-7000

20           Email:  Mdavey@kiernantrebach.com

21   (APPEARANCES CONTINUED ON PAGE 3)
```

```
 1   (APPEARANCES CONTINUED FROM PAGE 2)

 2

 3          ON BEHALF OF VANE SERVICE CLEANING

 4          JAMES P. O'BRIEN, Esquire

 5               (via Zoom)

 6               Anderson, Coe & King, L.L.P.

 7               7 Saint Paul Street, Suite 1600

 8               Baltimore, Maryland 21202

 9               Telephone:   410-752-1630

10               Email:  O'brien@akclaw.com

11

12   ALSO PRESENT:

13          LESLIE BILCHIK: Spanish Interpreter

14

15

16

17

18

19

20

21
```

```
 1                          INDEX

 2              Deposition of Maria Monsalve

 3                       (via Zoom)

 4                    February 21, 2022

 5

 6   Examination by:                          Page

 7   Mr. Greenberg                               5

 8   Mr. Davey                                  38

 9   Mr. Greenberg                              51

10

11   Exhibit No.                              Page

12   Exhibit 1   Notice of Deposition           5

13   Exhibit 2   Email Chain                    13

14   Exhibit 3   Floor Photo                    18

15   Exhibit 4   Floor Photo                    19

16           (Exhibits retained by counsel.)

17

18

19

20

21
```

1

2                         – – – – – – – –

3                         MARIA MONSALVE,

4     called as a witness, having been first duly sworn to

5     tell the truth, the whole truth, and nothing but the

6     truth, was examined and testified as follows:

7                         – – – – – – –

8                         LESLIE BILCHIK,

9     was duly sworn to accurately and fairly translate the

10    questions posed and all the answers given in these

11    proceedings:

12              EXAMINATION BY MR. GREENBERG:

13        Q     Good afternoon, Ms. Monsalve.  My name is

14    Larry Greenberg and I represent Jasmine Rittersbacher.

15              You are here today in response to the

16    Notice of Deposition, which is on the screen.

17              (Exhibit 1 previously marked for purposes

18    of identification.)

19        Q     Have you seen this document before?

20        **A     This document before?**

21        Q     Have you seen it?

1      **A**      **Yes.**

2      Q      You understand that you are here today as

3  what is known a corporate designee of Vane Service?

4      **A**      **Yes.**

5      Q      Do you understand that you are here

6  because somebody believes that you have knowledge of

7  the information requested in Schedule A -- which is

8  pages three through fifteen -- that's on the screen

9  right now?

10         Do you have knowledge of the areas that

11  are listed in this document?

12      **A**      **I don't remember all of them.**

13      Q      Before today, did you -- when you read

14  this document or had it read to you -- did you tell

15  your lawyer that you don't have knowledge about certain

16  issues that are contained in the Schedule A?

17      **A**      **Yes.**

18      Q      Did you say that somebody else other than

19  you has more knowledge about these topics?

20      **A**      **Yes.**

21      Q      Who?

1              INTERPRETER:   Interpreter needs to request

2   repetition.

3        **A       The worker that was working there.**

4        Q       What is name?

5        **A       Manuel Atala.**

6        Q       Do you know any of the topics that are on

7   Schedule A?

8        **A       Well, if you repeat it to me, I might say**

9   **yes, but I don't recall.**

10       Q       I guess we should start off first, do you

11  remember reading the Complaint that I filed on behalf

12  of Jasmine Rittersbacher?

13       **A       I don't recall at all.**

14       Q       Do you remember answering Interrogatories

15  and Requests for Production of Documents in this case?

16       **A       Can you please repeat, again?**

17       Q       Yes.  Do you remember answering

18  Interrogatories and Requests for Production of

19  Documents in this case?

20       **A       Everything that the attorney asked me, I**

21  **answered.**

1      Q      That doesn't answer my -- well, maybe.

2             INTERPRETER:  Interpreter needs to request

3   repetition.

4      **A      Everything that my attorney asked me, I**

5   **answered.**

6      Q      Do you know about how many employees Vane

7   had in 2017 until 2019?

8      **A      Seven employees.**

9      Q      Do you have information regarding their

10  training?

11     **A      Well, not strict information, but we do**

12  **train them.**

13     Q      Do you have any information about

14  specifically the relationship between Vane and Food

15  Lion?

16     **A      I have a contract with them.**

17            **INTERPRETER:  Interpreter pauses.**

18  **Occasionally, there's brief pauses, and that's why I'm**

19  **asking for repetition sometimes.**

20            MR. GREENBERG:  Sure.

21     Q      Do you understand about the terms of the

1  contract between Vane and Food Lion?

2  **A      Yes.**

3  Q      Do you know if Vane investigated Ms?

4  Rittersbacher fall when she fell and hurt herself?

5  MR. O'BRIEN:  Objection.  You can answer.

6  **A      Repeat, please.**

7  Q      Yes.  Did Vane -- your company --

8  investigate what happened surrounding when Ms.

9  Rittersbacher fell, slipped on the mat?

10 MR. O'BRIEN:  I'm going to object as well,

11 but you can answer.

12 INTERPRETER:  Interpreter requests,

13 slipped on the what?

14 MR. GREENBERG:  Mat.

15 **A      No answer.  I did not investigate.  It was**

16 **my attorney who investigated.**

17 Q      I don't want to know what the attorney

18 did.  Did Vane, or you, talk to anybody who was working

19 at the time within twenty-four hours of her fall?

20 **A      No.  None.**

21 Q      Did you take any pictures or get any

1    witness statements from the people who have knowledge

2    about this?

3         **A       No.**

4         Q       Did you create any daily reports or time

5    sheet regarding the incident within twenty-four hours

6    of Ms. Rittersbacher's fall?

7         **A       I didn't find out within twenty four**

8    **hours.   I found out about the accident one year later.**

9         Q       So Food Lion never called you or emailed

10   you or texted you for one year after Ms. Rittersbacher

11   fell?

12        **A       That's how it was.**

13        Q       Was Manuel still working for the company

14   one year later?

15        **A       Yes.**

16        Q       Were you able to go and talk to him about

17   what happened?

18        **A       I called him immediately to speak to him.**

19        Q       What did he tell you?

20                INTERPRETER:  Interpreter needs to request

21   repetition of last part.

1      **A      That no accident happened during the time**

2   **he was working, during the time that he was providing**

3   **service.**

4      Q      This fall happened on June 18th, 2019.

5   Did Vane continue to do work for Food Line after June

6   18th, 2019?

7      **A      Yes.  What time did the accident happen?**

8      Q      About 6:00 o'clock at night.

9      **A      The guys were not there at that time,**

10  **working there.**

11     Q      I understand that, so she fell on the

12  18th.  Do you know if your company went on the 19th to

13  clean?

14     **A      Yes.**

15     Q      Did anyone from Food Lion come up and say,

16  Somebody fell here yesterday after you guys cleaned,

17  and they said it was your fault?

18     **A      The guys were not there at 6:00 o'clock in**

19  **the evening.**

20          **They arrived later, and I arrived to the**

21  **store later, and they never said anything about that.**

1    Q     Okay.  So that was on the 19th.  For an

2   entire almost year, you're telling me that no one from

3   Food Lion called and said, We think Vane may have left

4   something slippery on the floor that led Ms.

5   Rittersbacher to fall?

6            MR. O'BRIEN:  Objection.  Asked and

7   answered.  You can answer.

8       **A     The attorney has the answer.**

9    Q     I can't ask the attorney that answer.  You

10   need to tell me if anyone has said that Vane was

11   responsible for Ms. Rittersbacher's fall at 6:00 o'clock

12   in the evening on June 18th.

13            MR. O'BRIEN:  Same objection.  You can

14   answer, Maria.

15       **A     Nobody communicated anything to the**

16   **worker.  Nobody communicated anything to us.**

17    Q     And even when they called you a year

18   later, did they say you were at fault?

19       **A     Nobody called me.  I received a mail from**

20   **the company.**

21    Q     Not a mail.  An email?

1        **A**      **An email.**

2        Q      Bear with me.  Can you see the screen?

3               (Exhibit 2 previously marked for purposes

4    of identification.)

5        **A**      **Yes.**

6        Q      Is your email address

7    Dulce2595@hotmail.com?

8        **A**      **Yes.**

9        Q      Was this the first time you found out

10   about Ms. Rittersbacher falling?

11       **A**      **Yes.**

12       Q      Bear with me.  Is that easier to see now?

13       **A**      **Yes.**

14       Q      This email came from Rosaline Doggett, an

15   insurance claims specialist at Kellermeyer.

16       **A**      **Yes.**

17       Q      It says -- and it's actually more than a

18   year later, November 20th of 2019.

19              It says Kellermeyer Bergensons Services,

20   L.L.C. -- which is KBS -- received notice of an

21   incident that happened at Food Lion, FD No. 1158, in

Deposition of Maria Monsalve                    Jasmine Rittersbacher vs. Food Lion, LLC, et al.

1   Cambridge, Maryland, on June 18th, 2019, which resulted

2   in someone alleging hurt or injured.

3              In order for KBS to initiate its internal

4   investigation, we need your cooperation with providing

5   KBS with the following information as soon as possible,

6   but no later than forty-eight hours from today.

7              Please provide KBS with the following

8   information.

9              One.  The time your company's employees

10  worked on June 18th, 2019, at store Food Lion FD 1158,

11  Cambridge, Maryland.

12             Two.  The full names and full contact

13  information for your company's employee that worked at

14  the above-referenced customer location on 6-18-2019.

15             Three.  The time sheets demonstrating the

16  times your company's employees worked 6-18-2019 at the

17  store.

18             And, Four, the services that were performed

19  on June 18, 2019, and what products or chemicals were

20  used.  Madam Interpreter.

21             (Interpreter reading email to witness.)

1       Q       Is that the email you received?

2       **A       Yes.**

3       Q       As we sit here today -- February 21st,

4    2022 -- do you remember if the year and a half -- June

5    18th, 2019 until November 20th of 2019 -- you received

6    any other emails or phone calls or texts from anybody

7    at Food Lion?  You're muted, if you're trying to talk.

8              MR. DAVEY:  I think those are the same

9    year, June of 2019 and November of 2019.

10             MR. GREENBERG:  I apologize.  I need an

11   interpreter, Ms. Monsalve.  I'm having a rough day.

12      **A       Yeah.  It's a little bit for all of us.**

13      Q       I was involved in a deposition that

14   happened in '18, so I apologize.

15             In the time between June and November, do

16   you have any recollection that anyone from Food Lion

17   reached out to you, or Manuel, or anyone else, to say

18   that somebody fell and find out what happened?

19      **A       No, nobody communicated with me.**

20      Q       And likewise, in the five months, nobody

21   asked you to provide the four questions that are listed

Deposition of Maria Monsalve                    Jasmine Rittersbacher vs. Food Lion, LLC, et al.

1    on the email, correct?

2         **A        Correct.**

3         Q        If you look at your screen, you replied to

4    Ms. Doggett two days later, on November 22nd, and said,

5    I don't have sheets from this date.

6              I spoke with the cleaning and he said,

7    Don't remember anything about accident in the store

8    when he cleaned the floor.

9              His name is Manuel Atala.  His cell phone,

10   I'm not going to read it.  Else is possible.  Look the

11   cameras from the store.  Is that your response?

12             (Exhibit unmarked but part of email chain

13   to Exhibit 2.)

14        **A        Yes.**

15        Q        Why didn't you have the time sheets from

16   that date?

17        **A        I usually don't hold on to the time sheets**

18   **for very long.**

19             **I keep them for two to three months unless**

20   **there is some specific note on the sheet about a job.**

21        Q        Okay.  When --

Deposition of Maria Monsalve                     Jasmine Rittersbacher vs. Food Lion, LLC, et al.

1    **A      Excuse me.  I only keep them if there's**

2    **specific note that's been given to me about a work**

3    **sheet, but if everything is fine, I'll dispose.**

4    Q      So do you remember if there was anything

5    specific about the work Manuel and possibly one other

6    gentleman did on June 17th, the day before, of 2019?

7    **A           Everything was normal on that sheet of**

8    **paper.   Everything was the same as always.**

9    Q      What is normally on the sheet of paper?

10   **A      Normally, they'll write satisfactory work.**

11   **They came to the store.   They swept.   They used the**

12   **machine.   They did the shine.   They did the edges, and**

13   **satisfactory work.**

14   Q      Do they normally say what products they

15   use or what chemicals they use?

16   **A      They always use the same chemicals for the**

17   **machine.   It's the one I indicated they should use.**

18   Q      And what is that?

19   **A      It's a neutral soap that is used in the**

20   **store.   They put it in the machine.**

21   Q      Is the soap clear?

Deposition of Maria Monsalve                    Jasmine Rittersbacher vs. Food Lion, LLC, et al.

1    **A**      **Well, it's not transparent clear.  I don't**

2    **recall.  It's normally either yellowish, or actually**

3    **pink.**

4              **I don't remember which one was used on**

5    **that date.**

6    Q       So it's either yellowish or pink, but it's

7    sudsy?  Like it would have bubbles?

8    **A**      **It does not make suds.**

9    Q       I'd like to show you now what is marked

10   now as Exhibit 3.

11             (Exhibit 3 was previously marked for

12   identification.)

13             MR. GREENBERG:  I didn't mark -- madam

14   reporter -- I didn't mark two, but those are the email

15   chains.

16   Q       I'd like to show you, Ms. Monsalve, the

17   area -- this picture was given to us by Food Lion, and

18   it shows -- see this area, the suds underneath the mat?

19             MR. O'BRIEN:  Objection.  You can answer.

20   **A**      **That is not soapsuds.**

21   Q       What is it?

Deposition of Maria Monsalve                    Jasmine Rittersbacher vs. Food Lion, LLC, et al.

1      **A      Well, there's a hose that is used, and it**

2  **goes in that area.**

3           **It is used to keep things fresh, or to**

4  **water the plants, and goes under that area, but it is**

5  **not soapsuds under that area.**

6      Q      So the picture I was showing you is Floor

7  Photo 3.  I'd like to show you Floor Photo 4.

8           (Exhibit 4 was previously marked for

9  identification.)

10     Q      Do you see the screen?

11     **A      Yes.**

12     Q      The area with the plants, is that the area

13 you're talking about, with the hose underneath?

14           INTERPRETER:  I'm sorry.  The interpreter

15 has to remind the witness to pause for the

16 interpretation so that the interpreter can remember

17 everything.

18     **A      I don't know if underneath that area --**

19 **because I also visit the store.  Well, you're asking me**

20 **if the hose is underneath that area.**

21           **I do know they use the water to spray the**

Deposition of Maria Monsalve                          Jasmine Rittersbacher vs. Food Lion, LLC, et al.

1   **plants and the fresh areas.**

2               MR. GREENBERG:  Madam Interpreter, was

3   that the entirety of her answer?

4               INTERPRETER:  Yes.  The interpreter asked

5   for repetition of the second part of the first thing

6   she said, and the interpreter interpreted what she

7   said.

8        Q      Ms. Monsalve, you have been to this Food

9   Lion before June of 2019, correct?

10       **A      Yes.**

11       Q      Have you seen the area in front of this

12  plant -- plant machine -- had you seen it wet before

13  June of 2019?

14       **A      That area always gets wet.  That's why**

15  **somebody covered it with a mat.**

16       Q      Did Food Lion specifically tell your

17  company to clean that area -- clean it, number -- but

18  clean it differently because of the water constantly

19  coming on the floor?

20               MR. O'BRIEN:  Objection to form.

21               INTERPRETER:  Interpreter needs your

Deposition of Maria Monsalve        Jasmine Rittersbacher vs. Food Lion, LLC, et al.

1  request for interpretation.

2      **A**      **The rules never change.  No comment was**

3  **ever made about it being cleaned differently.**

4      Q      Did you ever say to anyone at Food Lion

5  that you noticed water in that area?

6      **A**      **Well, they've always known about it.**

7  **That's why they covered it up with mats.**

8      Q      Do you see that shiny-like liquidy stuff

9  under the mat?  Was that that way every time you went

10  to the store?

11      **A**      **Yes.  Always.**

12      Q      You cleaned the store also, correct?

13  Sometimes?

14      **A**      **Yes.  Sometimes.**

15      Q      When you would leave, at least, would you

16  make sure that all of that stickie, slimy stuff was

17  gone, or would you leave it that way?

18      **A**      **Well, we would always have the machine on**

19  **top of it, and sometimes we would fold it in half and**

20  **do half.**

21          **Then we would do the shine, and we would**

1   always leave it totally dry.

2         Q      Tell me how, when you would get to the

3   store -- and were you using a buffer?  Tell me how you

4   cleaned this area.

5         A      Well, first of all, you sweep, and then

6   sometimes you take the mat all the way off.  Sometimes

7   you just fold it in half, and you use the floor

8   cleaning machine, and then you use a shining machine.

9         Q      Why would you only lift half off at a

10  time?

11        A      Really, we don't have the responsibility

12  of taking off mats to clean, but sometimes we would

13  just lift it up halfway.  Sometimes we would take off

14  the whole mat.

15        Q      Whose responsibility was it to take care

16  of the mats?

17               MR. DAVEY:  Objection.

18               MR. O'BRIEN:  Objection.

19        A      Normally, it was the Food Lion employees.

20        Q      Would the Food Lion employees work with

21  your employees for you?

Office (410) 821-4888
CRC Salomon, Inc.

2201 Old Court Road, Baltimore, MD 21208
www.crcsalomon.com - info@crcsalomon.com

Facsimile (410) 821-4889
Page: 22

Deposition of Maria Monsalve                     Jasmine Rittersbacher vs. Food Lion, LLC, et al.

1       **A**      **No.**

2       Q       Did you have to -- when you were done --

3   have to go to the Food Lion employees and tell them, We

4   only did half the mat, or none of the mat, underneath

5   the mat, so that they would do it?

6               MR. O'BRIEN:  Objection to form.  Go

7   ahead.

8               MR. DAVEY:  Objection.

9       **A**      **No, we did not have to do that.**

10      Q       Ms. Monsalve, you've seen the slimy

11  material?  You have seen that before, correct?

12              MR. O'BRIEN:  Objection to form.

13              MR. DAVEY:  Objection.

14      **A**      **Yes, I have seen it before.**

15      Q       But it wasn't your job to tell them that

16  they needed to get a new mat, or clean under the mat?

17  You just hoped that they would do it on their own?

18              MR. DAVEY:  Objection.

19              MR. O'BRIEN:  Objection.

20      **A**      **Really, we're employees.  We don't have to**

21  **tell them anything about what they are supposed to be**

Deposition of Maria Monsalve                    Jasmine Rittersbacher vs. Food Lion, LLC, et al.

1    **doing.**

2         Q        You're not an employee of Food Lion, are

3    you?

4                  INTERPRETER:   Interpreter needs request

5    for interpretation.

6         **A        Yes, we are not employees of Food Lion.**

7         Q        In fact -- and I forgot to ask -- what is

8    your relationship with Vane?

9         **A        I am the owner and the manager.**

10        Q        Bear with me.  I'd would like to go back

11   to this email chain where on the 22nd, at 1:31, you

12   wrote, Do y I know what time was the accident?  Did you

13   respond to Ms. Doggett?

14        **A        I don't recall.**

15        Q        Lastly, your email address is still

16   Dulce2595@hotmail.com?

17        **A        Yes.**

18        Q        On page VSC 0306 -- right above -- on

19   December 12th -- so about two weeks later -- Amanda

20   Sanders emailed you at 2:31 p.m., and there's nothing

21   there.

1           Do you remember what Ms. Sanders emailed

2   you?

3           MR. O'BRIEN:  Bear with me.  That might be

4   privileged.  I can't get out of the full screen.  I'll

5   just object for the record.  You can answer the

6   question, Maria.

7       **A      I don't recall.**

8       Q      After December 12th, 2019, did you have

9   any more communications with Food Lion about this?

10          INTERPRETER:  I'm sorry.  I never actually

11  interpreted that question.  I'm not sure if that's

12  important for your record, or if you want to just keep

13  going.

14          MR. GREENBERG:  Okay.  What didn't you

15  interpret?

16          INTERPRETER:  After the objection, and the

17  answer came out, and I actually never interpreted the

18  question.  Is that important for me to do?

19          MR. GREENBERG:  Sure.

20      **A      Yes, and I said I don't recall.**

21      Q      What was the relationship between Vane and

1   Food Lion and Kellermeyer?

2        **A**      **Work.**

3        Q      I'd like to show you starting on VSC 0006.

4   Is this the independent contract that your agreement is

5   based on with Kellermeyer Bergensons?

6        **A**      **Yes.**

7        Q      As a result of this, Vane agreed to

8   perform custodial services at the Food Lion store in

9   Cambridge where this occurred?

10       **A**      **Yes.**

11       Q      There was an agreement, so Store 1158 is

12   the Food Lion in Cambridge.  The independent contractor

13   is Vane Service, LLC, to perform janitorial food care

14   services, and at the time, which was March 23rd -- I'm

15   sorry -- which was April 1st, 2018, you performed

16   services six days a week, correct?

17       **A**      **Yes.**

18       Q      At least, so VSC 0004, start date was

19   April 1st, 2018 through June 30th, 2018, is that

20   correct?

21       **A**      **Yes.**

Deposition of Maria Monsalve                    Jasmine Rittersbacher vs. Food Lion, LLC, et al.

 1      Q      So the incident occurred during this time

 2   period, correct?

 3             MR. O'BRIEN:  Objection to form.

 4             MR. GREENBERG:  I apologize.   That is

 5   incorrect.  I withdraw that question.

 6      Q      The second page is VSC 0005, and the

 7   contract was renewed now for seven days a week, and

 8   that began July 1st, 2018, and it does not have an end

 9   date, is that correct?

10      **A      That's correct.**

11      Q      Even though the original contract or

12   agreement was signed back March 23rd, 2016, the other

13   document that I was just asking you about, they just

14   changed the frequency that you went and how much you

15   got paid for going, correct?

16      **A      Yes.**

17      Q      Did you ever request Food Lion to get new

18   mats?

19      **A      No.   That's not my responsibility, none of**

20   **that.**

21      Q      Whose responsibility would that be?

Deposition of Maria Monsalve                    Jasmine Rittersbacher vs. Food Lion, LLC, et al.

```
1                    MR. DAVEY:  Objection.

2                    MR. O'BRIEN:  Objection as well.  You can

3     answer.

4          A        Food Lion.

5          Q        Did any of your workers ever slip or fall

6     in this area near the plants?

7                    MR. O'BRIEN:  Objection.

8          A        None.

9          Q        Do you believe that Ms. Rittersbacher did

10    anything to cause herself to fall?

11                   MR. DAVEY:  Objection.

12                   MR. O'BRIEN:  Objection.

13         A        No response.

14                   MR. O'BRIEN:  You can answer the question,

15    Maria.

16         A        I don't know what she did.  I don't know

17    how she might have fallen because that area was covered

18    by the mat.  They had the whole wet area covered by the

19    mat, so I don't know how she might have slipped.

20         Q        Did you ever watch the video of Ms.

21    Rittersbacher falling?
```

Deposition of Maria Monsalve                    Jasmine Rittersbacher vs. Food Lion, LLC, et al.

1       **A       The attorney showed it to me.**

2       Q       She wasn't running, was she?

3       **A       I didn't see that movement.  I only saw**

4    **when she fell.**

5       Q       Sure.  She was just walking, and the rug

6    slipped right out from under her, correct?

7               MR. DAVEY:  Objection.

8       **A       I don't know.**

9       Q       You don't remember?

10              MR. O'BRIEN:  Objection.  You can answer,

11   Maria.

12      **A       I don't have an answer for that.**

13      Q       Do you remember answering Interrogatories

14   with -- I think you said you were asked questions, and

15   you gave answers.  Is that your Interrogatories?

16      **A       I don't recall.**

17      Q       I'd like to show you -- Ms. Monsalve, is

18   that your signature?

19      **A       Yes.**

20      Q       It says, I am employed by Vane Service

21   Cleaning, LLC, and am authorized to verify these

Case 1:20-cv-02800-JMC   Document 63-10   Filed 04/28/22   Page 30 of 69

Deposition of Maria Monsalve                    Jasmine Rittersbacher vs. Food Lion, LLC, et al.

1    responses on behalf of Vane Service Cleaning, LLC.

2             I have reviewed the responses to

3    Interrogatories propounded on behalf of Food Lion, LLC

4    and Kellermeyer Bergensons Services, LLC, and I am

5    informed and believe that these responses are true and

6    correct to the best of my knowledge at this time.

7             I declare under the penalty of perjury

8    that the foregoing is true and correct.

9             Did you read that statement and then sign

10   this on behalf of Vane?

11       **A       Yes.**

12       Q       Before we go into individual questions,

13   what were you required to clean in the Food Lion store

14   in Cambridge in June of 2019?

15           INTERPRETER:  Interpreter needs to request

16   repetition.

17       **A       In general, in all the stores, we have to**

18   **clean the entire sales floor.**

19           **The whole floor in the front, the produce**

20   **area, the deli area.**

21       Q       Anything else?

Deposition of Maria Monsalve                    Jasmine Rittersbacher vs. Food Lion, LLC, et al.

1        **A        The deli area.  The produce area.  The**

2   **front area.  Everything.  The whole store.**

3        Q        Why did you say you weren't required to

4   clean this area where the mats were?

5                MR. O'BRIEN:  Objection.  You can answer.

6        **A        Because of lifting up of this mat.**

7        Q        Explain.

8        **A        It's not our obligation to lift up the**

9   **mat.**

10       Q        Did Food Lion think you were supposed to

11  lift up the mats?

12               MR. O'BRIEN:  Objection.

13               MR. DAVEY:  Objection.

14       **A        I don't know.**

15       Q        Did Food Lion instruct you to lift up the

16  mats?

17               MR. DAVEY:  Objection.

18       **A        I don't recall.**

19       Q        Back in 2016 when you signed the contract

20  to do their cleaning, did anyone from Food Lion show

21  you specifically what to do with the mats?

Deposition of Maria Monsalve                                    Jasmine Rittersbacher vs. Food Lion, LLC, et al.

1        **A**       No.

2        Q       Did you just decide that you weren't

3   supposed to clean under the mats, or did Food Lion tell

4   you it was okay not to clean under the mats?

5              MR. DAVEY:  Objection.

6              MR. O'BRIEN:  Objection to form.

7        **A       The thing is when we passed the machines**

8   **over, there is not enough space.  That's why we would**

9   **fold the mat in half.**

10       Q       Explain there wasn't enough space.  What

11  do you mean?

12       **A       In the space between the tables and the**

13  **mat, there wasn't enough space to run the cleaning**

14  **machine and the shining machine in that area, so that's**

15  **why we lifted up the mats that way.**

16       Q       Or half mats?

17       **A       Half the mat.**

18       Q       Do you know if, on June 17th, 2019 -- the

19  night before Ms. Rittersbacher fell -- do you know if

20  Manuel only lifted half the mat or didn't lift it at

21  all?

Deposition of Maria Monsalve                                    Jasmine Rittersbacher vs. Food Lion, LLC, et al.

1       **A       I have no idea.**

2       Q       Do you know the last time that you are

3    sure that somebody from Vane cleaned under the mat

4    before June 18th, 2019?

5       **A       I have no idea.**

6       Q       Did you ask Manuel when the last time he

7    cleaned under the mat?

8       **A       No.**

9       Q       I'd like to show you a picture,

10   Refrigerator, August 2019.  Is this the area that we're

11   talking about with the mat in front of the flowers?

12             MR. O'BRIEN:  Objection.  Go ahead.

13             INTERPRETER:  Interpreter requests

14   repetition.

15      **A       Yes, that is the area.**

16      Q       So the reason I show this picture --

17             MR. GREENBERG:  Madam Interpreter, can you

18   see my mouse?

19             INTERPRETER:  Yes, I can.

20      Q       So Ms. Monsalve, the area between the edge

21   of the mat and this table, is this what you're saying

Deposition of Maria Monsalve                    Jasmine Rittersbacher vs. Food Lion, LLC, et al.

1    there wasn't enough space for the buffer to get

2    through?

3                MR. DAVEY:  Objection to form.

4                MR. O'BRIEN:  I'll object as well.

5         **A      Yes, that's the space we always clean.**

6         Q     Okay.  But you're saying you couldn't get

7    your machine through this area and/or you couldn't roll

8    this mat up to allow you to clean underneath of it?

9                MR. O'BRIEN:  Objection.  You can answer.

10               INTERPRETER:  Interpreter needs to request

11   for repetition.

12        **A      So if you look in the back area to the**

13   **right, in that area, it's better to pass the machine**

14   **straight on, so I fold it.  I don't know if Manuel**

15   **does.  I do.**

16        Q     If the store hired you to clean the entire

17   floor, why did you think it was okay not to clean under

18   this mat?

19               MR. O'BRIEN:  Objection.  You can answer.

20        **A      Like I said, it is not our responsibility**

21   **to lift up the mat.  It is to clean around.**

1    Q       Who told you it wasn't your responsibility

2    to lift the mat?

3            MR. O'BRIEN:  Objection.  You can answer.

4    **A       It is not within my responsibility to lift**

5    **up the mat.**

6    Q       One last question about this picture.  Do

7    you see how this corner of the mat is not laying flat?

8    It's up against a display of some sort, looks like

9    boxes, maybe?

10           MR. DAVEY:  Objection.

11   **A       Yes, I see that.**

12   Q       Okay.  On the side closet to the flower

13   display, it's not even.  It's wavy.  Have you seen that

14   before?

15           MR. DAVEY:  Objection.

16   **A       No.**

17   Q       Going back to Floor Photo 3.  Do you know

18   specifically what this material is, the slimy material

19   is?

20           MR. DAVEY:  Objection to form.

21           MR. O'BRIEN:  Objection.

1              INTERPRETER:  Interpreter requests for

2    repetition of question.

3              MR. GREENBERG:  Sure.

4        Q      Ms. Monsalve, do you know in your years of

5    cleaning floors, what this slimy material, what this

6    material is that's under the mat?

7              MR. O'BRIEN:  Objection.

8        **A      Well, based on what I know from when I got**

9    **to Food Lion, it just comes from that area there, the**

10   **water.**

11       Q      It comes from the unit, from the

12   refrigerated unit?

13             MR. O'BRIEN:  Objection.

14             MR. DAVEY:  Objection.

15       **A      Honestly, I cannot say where that water**

16   **comes from.**

17       Q      But you have seen it before and after June

18   of 2019, correct?

19             MR. O'BRIEN:  Objection.

20             MR. DAVEY:  Objection.

21       Q      You have seen the water on the floor and

```
 1    the material on the floor?

 2              MR. O'BRIEN:  Objection.

 3              MR. DAVEY:  Objection.

 4       A      Do I have to answer?

 5       Q      Yes.

 6       A      Yes, I had always seen it.

 7              MR. GREENBERG:  Thank you very much.

 8              MR. DAVEY:  Does the witness need a break?

 9              INTERPRETER:  Can the interpreter ask

10    approximately how much longer are the questions?  Like

11    another hour?

12              MR. DAVEY:  Probably less.  It's sort of

13    up to the witness.

14              INTERPRETER:  The interpreter is okay to

15    keep going.

16              THE WITNESS:  Can I have five minutes?

17              MR. DAVEY:  I would request that you don't

18    speak to anyone regarding this.

19              THE WITNESS:  Very well.

20              (A recess was taken.)

21              MR. DAVEY:  I'm ready when the interpreter
```

Deposition of Maria Monsalve                    Jasmine Rittersbacher vs. Food Lion, LLC, et al.

1    and court reporter are ready.

2              COURT REPORTER:  I'm ready.

3              INTERPRETER:  I'm ready.  Thank you.

4              EXAMINATION BY MR. DAVEY:

5       Q    Ms. Monsalve, my name is Matt Davey.  I am

6    an attorney that represents Food Lion and Kellermeyer.

7              I'm going to ask you a few questions this

8    afternoon and I'm going to try not to repeat questions

9    that Mr. Greenberg has asked you.

10             My questions may bounce around a little

11   bit, so if you don't understand the question, just let

12   me know.  Okay?

13      **A    Yes.**

14      Q    First thing I'd like to ask you about are

15   the two types of machines that you've identified

16   earlier in your deposition.

17             You have identified a cleaning machine and

18   a shining machine.  Do you recall that?

19      **A    Yes.  It's the machine that's called --**

20             **INTERPRETER:  Interpreter needs to request**

21   **a repetition of this.  Scouring machine --**

Deposition of Maria Monsalve                    Jasmine Rittersbacher vs. Food Lion, LLC, et al.

1        **A       Yes.   The machine that's used to clean the**

2   **floor is called the scrubbing machine, and the other**

3   **machine is called the buffer.**

4        Q       So the cleaning machine is a scouring

5   machine, the shining machine is the buffer?

6                MR. O'BRIEN:   Objection.   She said,

7   scrubbing.

8        **A       Scrubber machine.**

9        Q       Are they two separate machines?

10       **A       Yes.**

11       Q       Are both machines used every time the

12  floors are cleaned at Food Lion?

13       **A       Always.   Every time the machines are used,**

14  **they are used always.**

15       Q       Does the scrubbing machine use the soap

16  that she described earlier?

17       **A       Yes.**

18       Q       Does the buffer machine use any type of

19  soap or material or any kind of liquid?

20       **A       No.**

21       Q       So is it fair to say that the buffer

Deposition of Maria Monsalve                    Jasmine Rittersbacher vs. Food Lion, LLC, et al.

1    machine is just another way of sweeping the floor or

2    shining the floor with pads or cloth?

3        **A        We use a sponge with pads to buff.**

4        Q        So the scrubber machine uses soap, and I

5    assume you put the soap into the machine?

6        **A        Well, the machine had a tank in the front,**

7    **and that's normally what has the soap in it, and we**

8    **fill up the machine with water, and it has a hose that**

9    **connects the soap to the water in order to disperse**

10   **the soap.**

11            **INTERPRETER:   Interpreter needs to request**

12   **repetition.**

13       **A        Normally, we don't add soap to the water.**

14   **It's always separate.**

15       Q        But I assume -- and correct me if I'm

16   wrong -- that the water and the soap combine at some

17   point and go onto the floor in order to scrub the

18   floor, is that right?

19       **A        Yes, that's how I believe it is.**

20       Q        And you've used that machine before?

21       **A        We always use it.**

Deposition of Maria Monsalve                    Jasmine Rittersbacher vs. Food Lion, LLC, et al.

1      Q      And the purpose of that machine is for the

2   water and the soap to scrub the floor, right?

3           MR. O'BRIEN:  Objection.  You can answer.

4      **A      To clean the floor.**

5      Q      But the machine puts water and soap down

6   on the floor in order to clean the floor, right?

7      **A      Yes.**

8      Q      I'm going to switch gears.  When was the

9   last time that you were at the store prior to this fall

10  on June 18th, 2019?

11     **A      I don't remember exactly when that was.**

12     Q      Is there usually one person from Vane that

13  performs the cleaning services at this particular Food

14  Lion, or is it more than one person?

15     **A      Well, when I hire a person, sometimes**

16  **they'll bring family members.  Sometimes they'll do it**

17  **by themselves.**

18           (Reporter asked for clarification.)

19           INTERPRETER:  I'll ask for repetition of

20  the answer because it's so hard for me to go back.

21     **A      I normally will hire one person, and that**

Deposition of Maria Monsalve                    Jasmine Rittersbacher vs. Food Lion, LLC, et al.

1   **person will bring family members so they can finish**

2   **more quickly, but sometimes they'll work alone.**

3        Q      In your email correspondence, you

4   indicated that Manuel may have information.

5             Is it fair then to assume that Manuel is

6   the one who did the cleaning at this Food Lion store

7   the day that Ms. Rittersbacher fell, or the day before

8   she fell?

9        **A      Yes.**

10       Q      So then because you directed the folks

11  from Kellermeyer to Manuel, is it fair to then also

12  assume that you did not go to this Food Lion the day

13  before Ms. Rittersbacher fell?

14       **A      Honestly, I don't recall.**

15       Q      So earlier, you recall testifying about a

16  hose?  Do you recall that?

17       **A      Yes, the hoses they use to disperse the**

18  **water.**

19       Q      But you don't know if the hose was used

20  the day of Ms. Rittersbacher's fall, right, because you

21  were not there?

Deposition of Maria Monsalve

Jasmine Rittersbacher vs. Food Lion, LLC, et al.

1        MR. O'BRIEN:  I'm going to object.  You

2   can answer.

3        **A        Well, I don't know, because I was never**

4   **there that day, but I'm just basing this on other days,**

5   **other Food Lions I know, they use the hose to keep that**

6   **area fresh.**

7                **That's why they cover that area with mats,**

8   **but if they used the hose, they didn't use the hose**

9   **that day, I do not know.**

10       Q     I just want to ask about this Food Lion,

11  the time frame I'm asking you about.

12                I don't want you to make assumptions about

13  other stores, or what may have happened.

14                Sitting here today, you have no

15  information about when a hose may have been used on

16  this particular display prior to Ms. Rittersbacher's

17  fall, right?

18                MR. O'BRIEN:  Objection.  You can answer.

19       **A     Correct.**

20       Q     So sitting here today, you have no idea

21  when those plants may have been watered prior to her

Office (410) 821-4888
CRC Salomon, Inc.

2201 Old Court Road, Baltimore, MD 21208
www.crcsalomon.com - info@crcsalomon.com

Facsimile (410) 821-4889
Page: 43

Deposition of Maria Monsalve                    Jasmine Rittersbacher vs. Food Lion, LLC, et al.

```
 1  fall at all, right?

 2          MR. O'BRIEN:  Objection.  You can answer.

 3      A       Correct.

 4      Q       You told us that the material that's shown

 5  in the photograph, you have seen that before her fall.

 6  Do you recall saying that?

 7      A       Yes, I recall having said that, and other

 8  times I have gone to the store.

 9      Q       On how many occasions prior to Ms.

10  Rittersbacher's fall on June 18th, 2019, did you see

11  this material?

12      A       I don't recall how many times, but I had

13  seen it before.

14      Q       But you don't know what the material is,

15  and you don't know where it came from, right?

16          MR. O'BRIEN:  Objection.  You can answer.

17      A       I always thought it was the water they

18  used to water the plants and to keep the products

19  fresh.

20      Q       Do you know that, or are you assuming

21  that?
```

Deposition of Maria Monsalve                    Jasmine Rittersbacher vs. Food Lion, LLC, et al.

```
 1        A       When we've been there, we analyzed that

 2   area, and we know that it's water that comes from

 3   there.

 4        Q       Did you see people watering the plants and

 5   spilling the water on the floor when you were there

 6   prior to June 18th, 2019?

 7        A       No.

 8        Q       So you simply assume that the water that

 9   you saw under the mat was because of watering the

10   plants?  You never saw anyone spilling the water when

11   they were watering the plants, right?

12        A       Well, not only what I see is a hose that

13   just goes off by itself and it sprays water.  That's

14   all.

15        Q       What color is the hose?

16        A       I think I saw one that was green, but I

17   really don't recall exactly.

18        Q       Who turns the hose on and who turns it

19   off?

20                INTERPRETER:  Interpreter needs to request

21   repetition.
```

Deposition of Maria Monsalve                Jasmine Rittersbacher vs. Food Lion, LLC, et al.

1      **A**        **One time I saw an automatic one.   It was**

2      **like automatic.**

3      Q        But only one time?

4      **A**        **Well, the times I've been there.   Maybe**

5      **several times that I have been there.**

6      Q        The photograph that shows the mat that you

7      saw earlier, do you know how long that material was

8      there prior to the fall?

9      **A**        **I don't know.   I have no idea.**

10     Q        The material that's shown underneath the

11     mat in the photograph, do you know if that material is

12     visible with the mat fully in place?

13     **A**        **No.   You can't see it.**

14     Q        When you saw that material before, did you

15     see it when you lifted up the mat?

16     **A**        **When we lift up the mat, when we lift it**

17     **up halfway, when we lifted it up all the way, when we**

18     **put wax down, we have to lift up the mat all the way,**

19     **and then you can see it.**

20             **INTERPRETER:   Interpreter requests**

21     **interpretation.**

1      **A      They take off all the mats so we can clean**

2  **the floor.**

3      Q      Do you recall looking at the contracts?

4      **A      Looking at them, yes.**

5      Q      I'm talking about earlier this afternoon.

6  Do you recall looking at the contracts?

7      **A      I haven't seen them today at all.**

8      Q      Mr. Greenberg showed them to you.  It was

9  VSC, I think, triple zero five.

10     **A      Well, today, here, I've had occasion to**

11  **see them.**

12     Q      Do you see this contract now, ma'am?

13     **A      Yes, and earlier today, I was shown this**

14  **as well.**

15     Q      You'll agree with me that the first

16  paragraph indicates that this contract is between

17  Kellermeyer Bergensons, LLC, Vane Service & Cleaning,

18  LLC, right?

19     **A      Correct.**

20     Q      I think you said earlier that this is the

21  contract that describes your work at the Food Lion

Deposition of Maria Monsalve                    Jasmine Rittersbacher vs. Food Lion, LLC, et al.

```
 1   Store and your relationship with Kellermeyer, is that

 2   fair to say?

 3        A      Yes.

 4        Q      And this is your signature on page VSC 50,

 5   that we're looking at on the screen?

 6        A      Yes.

 7        Q      It is my understanding that this is the

 8   only contract at issue in the case, so do you have a

 9   contract with Food Lion, or is it only with

10   Kellermeyer?

11             INTERPRETER:  Interpreter needs to request

12   repetition.

13        A      Yes.

14        Q      So Vane Cleaning Services does not have a

15   contract with Food Lion, correct?

16        A      Correct.

17        Q      This contract, it looks like you signed it

18   April 25th of 2016.  Do you see that date?

19        A      Yes.

20        Q      This is the contract that was in place in

21   addition to the amendments that Mr. Greenberg showed
```

1    you earlier regarding the frequency of the work done at

2    this particular Food Lion when this incident occurred

3    on June 18th, 2019, right?

4         **A      That's correct.**

5         Q      Are you aware that this contract contains

6    an indemnification and defense clauses?

7         **A      No, I don't recall.**

8         Q      Are you or is Vane Services Cleaning, LLC

9    aware that Kellermeyer and Food Lion have made demands

10   to be indemnified and defended from the claims made by

11   the plaintiff in this case?

12          MR. O'BRIEN:  Objection.  You can answer.

13        **A      Honestly, I don't have an answer to that.**

14        Q      Do you or does anyone at Vane Services

15   Cleaning, LLC, have any information as to why the

16   request for indemnification or defense has not

17   occurred?

18          MR. O'BRIEN:  Objection.  You can answer.

19        **A      I have no idea.**

20        Q      Just bear with me one second.  Does Vane

21   Services, LLC, have any information regarding any other

Deposition of Maria Monsalve                    Jasmine Rittersbacher vs. Food Lion, LLC, et al.

1    contracts that Kellermeyer or Food Lion may have for

2    any services at this particular Food Lion store?

3              MR. O'BRIEN:  Objection.  You can answer.

4        **A        Services?  Really?  I don't know.  I just**

5    **know that I have the cleaning contract, and that's all.**

6        Q        Right, so you or anyone else at Vane

7    Services Cleaning, LLC, has no information regarding

8    any other contracts pertaining to the mats, for

9    example, correct?

10             MR. O'BRIEN:  Objection.  You can answer.

11       **A        Correct.**

12       Q        So earlier when you said that Food Lion is

13   responsible for the mats, that's just an assumption

14   you're making, correct?

15             MR. O'BRIEN:  Objection.  You may answer.

16       **A        Well, in the contract, it just says that**

17   **we go to the store, we sweep, we pass the machine, we**

18   **do the buffing, and we do the edges.**

19             **It doesn't say that we move absolutely**

20   **anything.**

21       Q        I understand that.  My question is, she

Deposition of Maria Monsalve                                    Jasmine Rittersbacher vs. Food Lion, LLC, et al.

```
 1   doesn't have any information regarding who does move

 2   the mats, or who is responsible for changing the mats,

 3   correct?

 4        A      Correct.

 5               MR. DAVEY:  I don't have any other

 6   questions.

 7               MR. GREENBERG:  I do.

 8               EXAMINATION BY MR. GREENBERG:

 9        Q      Ms. Monsalve, I want to follow up on what

10   Mr. Davey just asked you in a few of his questions.

11   Okay?

12        A      That's okay.

13        Q      Mr. Davey asked you a question about

14   indemnification.  Do you know what that means?

15               MR. O'BRIEN:  I'm going to object.  You

16   can answer.

17        A      Indemnification?

18        Q      Do you know what indemnification means?

19        A      Yes, I believe so.

20        Q      Is Vane at fault for Ms. Rittersbacher

21   falling in Food Lion?
```

1          MR. O'BRIEN:  Objection.

2          MR. DAVEY:  Objection.  Calls for a legal

3   conclusion.

4          MR. O'BRIEN:  I'm sorry.  You can answer

5   that question.

6   **A        Repeat that again, please.**

7   Q        Sure.  Do you believe that Vane did

8   anything wrong that caused Ms. Rittersbacher to fall?

9          MR. O'BRIEN:  Objection.

10  **A        We didn't do anything wrong for that.**

11  Q        Who did?

12         MR. O'BRIEN:  Objection.

13         MR. DAVEY:  Objection.

14  **A        I think that none of my employees did.**

15  Q        Are you aware if anybody else was

16  responsible for moving the mats other than Food Lion

17  employees?

18         MR. O'BRIEN:  Objection.  You can answer.

19  **A        I have no idea.**

20  Q        I'd like to show you Food Lion and

21  Kellermeyer's Answers to Interrogatories where we

1   specifically asked them if there's anybody else needed

2   for just adjudication -- I talk like a lawyer -- or

3   could be libel for this matter, but have not been named

4   by plaintiff.

5           This Interrogatory includes but is not

6   limited to whether, at the time of the accident, the

7   area where the incident occurred was property that was

8   not owned, rented, leased, built, designed or

9   maintained by this defendant, and if so, set forth the

10  individual or entity whom you contend owns, rents,

11  leases, built, designed, maintained that portion of

12  property.

13          Have you ever been told that another

14  company was supposed to handle the mats?

15          MR. O'BRIEN:  Objection.  You can answer.

16          MR. GREENBERG:  Madam Interpreter, I read

17  the wrong question.  I'm going to strike that.  Okay?

18          Counsel, for the record, I'm looking at

19  Food Lion and Kellermeyer's Answers to Interrogatories.

20  I'll get to that in a second.

21      Q     You had said that you were aware and had

Deposition of Maria Monsalve                    Jasmine Rittersbacher vs. Food Lion, LLC, et al.

```
 1   seen water in this area when you went there a few times

 2   before Ms. Rittersbacher fell, correct?

 3              MR. O'BRIEN:  Objection.

 4       A      Yes, correct.

 5       Q      And I think you said -- and I need to make

 6   sure I heard it -- there was no way for people to see

 7   that material underneath the mat unless they lifted it

 8   up, correct?

 9              MR. O'BRIEN:  Objection.

10              MR. DAVEY:  I'll object as well.

11       A      I said that, but I also said that when you

12   lift up the mat, you can see it, and when we go there,

13   we lift up half the mat to perform the service.

14       Q      Right, and that was my question.  Unless

15   somebody lifted it up, or slid on it, they wouldn't

16   know that was underneath, correct?

17              MR. O'BRIEN:  Objection.

18       A      The only way to see it would be lifting up

19   the mat.

20       Q      You keep saying you lifted up half.  Do

21   you know if that material was under the entire mat?
```

1               MR. O'BRIEN:  Objection.

2               MR. DAVEY:  Objection.

3      **A      I don't know.  I have no idea.**

4      Q      Mr. Davey asked you, was that material,

5  was it just water, was it water mixed with something

6  else, soap, or whatever.  You have no idea, correct?

7               MR. O'BRIEN:  Objection.

8               MR. DAVEY:  Objection.

9               MR. O'BRIEN:  You can answer.

10     **A      Only that it looked just like water.**

11     Q      You said that you called Manuel in

12  November when you got that email, is that correct?

13     **A      Correct.**

14     Q      And did he have knowledge -- did he

15  remember what happened the night before, if anything

16  was done differently?

17               MR. O'BRIEN:  Objection.  You can answer.

18     **A      He told me nothing had happened.**

19  **Everything was normal.**

20     Q      He told you that he brought a family

21  member with him, I think you told Mr. Davey?

Deposition of Maria Monsalve                    Jasmine Rittersbacher vs. Food Lion, LLC, et al.

```
 1                    MR. O'BRIEN:  Objection.  You can answer.

 2        A        He was working with a brother-in-law.

 3   With a brother-in-law, a family member.

 4        Q        Are you related to Manuel at all?

 5        A        No.

 6        Q        Does he still work for you?

 7        A        At this moment, no.

 8        Q        How long has it been since he worked for

 9   you?

10        A        I think it's been more than a year.

11        Q        Do you know his phone number?

12        A        Yes.

13        Q        What is it?

14        A        443-370-7805.

15        Q        What is Manuel's last name?

16        A        Atala.

17        Q        What is the name of his brother-in-law?

18        A        I don't recall at this time.

19        Q        Do you know if the brother-in-law did any

20   work on June 17th, 2019?

21                    MR. O'BRIEN:  Objection.  You can answer.
```

Deposition of Maria Monsalve                     Jasmine Rittersbacher vs. Food Lion, LLC, et al.

1      **A      I don't recall.  I normally don't ask him**

2   **who helps him, who he works with.**

3      Q      Do you know if the people that were

4   brought to the store to work were trained?

5      **A      He always trains them.  He tells them what**

6   **they have to do and everything.**

7      Q      Do you know if the brother-in-law may have

8   lifted the entire mat up the night before?

9            MR. O'BRIEN:  Objection.  You can answer.

10     **A      Honestly, no.  I have no idea.**

11     Q      You told Mr. Davey that you don't remember

12   when you were at Food Lion before Ms. Rittersbacher

13   fell, but had you been to Food Lion after she fell?

14           MR. O'BRIEN:  Objection.

15     Q      After June 18th, 2019, had you been there

16   again?

17           MR. O'BRIEN:  Objection.  You can answer.

18     **A      I was at the store way before the 18th and**

19   **way after the 18th as well.  I don't recall exactly**

20   **what dates they were.**

21     Q      Sure.  That's fine.  Did you notice that

Deposition of Maria Monsalve                          Jasmine Rittersbacher vs. Food Lion, LLC, et al.

1    the area was wet after June 18th, 2019?

2              MR. O'BRIEN:  Objection.

3              MR. DAVEY:  Objection.

4       **A       Yes.  It was all covered with the mat.**

5    **They put the wet signs around.**

6       Q     So there were warning signs later, but

7    there were no warning signs the day of when Ms.

8    Rittersbacher fell down?

9              MR. O'BRIEN:  Objection.

10             MR. DAVEY:  Objection.

11      **A       I wasn't there that day, so I don't know.**

12             MR. GREENBERG:  Thank you.  I have nothing

13   further.

14             THE WITNESS:  Thank you.

15             MR. O'BRIEN:  We'd like to read and sign.

16             COURT REPORTER:  Mr. Davey, would you like

17   a copy?

18             MR. DAVEY:  Yes, please.

19             (Deposition concluded at 4:46 p.m.)

20

21

Deposition of Maria Monsalve                    Jasmine Rittersbacher vs. Food Lion, LLC, et al.

1                      CERTIFICATE OF DEPONENT

2               I Hereby Certify That I have read and

3     examined the foregoing transcript and the same is a

4     true and accurate record of the testimony given by me.

5

6               Any additions or corrections that I feel

7     are necessary will be made on the Errata Sheet.

8

9

10

11     _____        _____

12     Maria Monsalve                     Date

13

14     (If needed, make additional copies of the Errata Sheet

15     on the next page or use a blank piece of paper.)

16

17

18

19

20

21

Case 1:20-cv-02800-JMC   Document 63-10   Filed 04/28/22   Page 60 of 69

Deposition of Maria Monsalve                    Jasmine Rittersbacher vs. Food Lion, LLC, et al.

```
 1              ERRATA SHEET

 2   Case:  Rittersbacher v. Food Lion, et al.

 3   Witness:  Maria Monsalve        Date:  02-22-2022

 4   PAGE/LINE        SHOULD READ        REASON FOR CHANGE

 5   _____

 6   _____

 7   _____

 8   _____

 9   _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____
```

```
 1   State of Maryland

 2   County of Carroll, to wit:

 3              I, Carolyn E. Peatt, a Notary Public of

 4   the State of Maryland, Carroll County, do hereby

 5   certify that the within-named witness personally

 6   appeared before me at the time and place herein set

 7   out, and after having been duly sworn by me, according

 8   to law, was examined by counsel.

 9              I further certify that the examination was

10   recorded stenographically by me and this transcript is

11   a true record of the proceedings.

12              I further certify that I am not of counsel

13   to any of the parties, nor in any way interested in the

14   outcome of this action.

15              As witness my hand and notarial seal this

16   23rd day of February 2022.

17

18                               Carolyn E. Peatt
                                 Notary Public
19

20

21   My Commission Expires:  June 26, 2023
```

Deposition of Maria Monsalve                                    Jasmine Rittersbacher vs. Food Lion, LLC, et al.

**WORD INDEX**

< 0 >
0004  26:*18*
0005  27:*6*
0006  26:*3*
02-22-2022  60:*3*
0306  24:*18*

< 1 >
1  4:*12*  5:*17*
1:31  24:*11*
1158  13:*21*
14:*10*  26:*11*
1233  2:*17*
12th  24:*19*
25:*8*
13  4:*13*
1600  3:*7*
17th  17:*6*
32:*18*  56:*20*
18  4:*14*  14:*19*
15:*14*
18th  11:*4, 6, 12*
12:*12*  14:*1, 10*
15:*5*  33:*4*
41:*10*  44:*10*
45:*6*  49:*3*
57:*15, 18, 19*
58:*1*
19  4:*15*
19th  11:*12*
12:*1*
1st  26:*15, 19*
27:*8*

< 2 >
2  3:*1*  4:*13*
13:*3*  16:*13*
2:31  24:*20*
2:40  1:*12*
20036  2:*18*
2016  27:*12*
31:*19*  48:*18*
2017  8:*7*
2018  26:*15, 19*
27:*8*
2019  8:*7*  11:*4,
6*  13:*18*  14:*1,
10, 19*  15:*5, 9*

17:*6*  20:*9, 13*
25:*8*  30:*14*
32:*18*  33:*4, 10*
36:*18*  41:*10*
44:*10*  45:*6*
49:*3*  56:*20*
57:*15*  58:*1*
2022  1:*11*  4:*4*
15:*4*  61:*16*
2023  61:*21*
202-712-7000
2:*19*
20th  2:*17*
13:*18*  15:*5*
21  1:*11*  4:*4*
21202  2:*8*  3:*8*
21208  1:*14*
21st  15:*3*
2201  1:*14*
22nd  16:*4*
24:*11*
23rd  26:*14*
27:*12*  61:*16*
25th  48:*18*
26  61:*21*

< 3 >
3  2:*21*  4:*14*
18:*10, 11*  19:*7*
35:*17*
30th  26:*19*
38  4:*8*

< 4 >
4  4:*15*  19:*7, 8*
4:46  58:*19*
410-539-5250
2:*9*
410-752-1630
3:*9*
443-370-7805
56:*14*

< 5 >
5  4:*7, 12*
50  48:*4*
51  4:*9*

< 6 >
6  2:*7*

6:00  11:*8, 18*
12:*11*
6-18-2019
14:*14, 16*

< 7 >
7  3:*7*

< A >
able  10:*16*
above-
referenced
14:*14*
absolutely  50:*19*
accident  10:*8*
11:*1, 7*  16:*7*
24:*12*  53:*6*
accurate  59:*4*
accurately  5:*9*
Action  1:*4*
61:*14*
add  40:*13*
addition  48:*21*
additional  59:*14*
additions  59:*6*
address  13:*6*
24:*15*
adjudication
53:*2*
afternoon  5:*13*
38:*8*  47:*5*
agree  47:*15*
agreed  26:*7*
agreement  26:*4,
11*  27:*12*
ahead  23:*7*
33:*12*
al  1:*6*  60:*2*
alleging  14:*2*
allow  34:*8*
Amanda  24:*19*
amendments
48:*21*
analyzed  45:*1*
and/or  34:*7*
Anderson  3:*6*
answer  8:*1*  9:*5,
11, 15*  12:*7, 8, 9,
14*  18:*19*  20:*3*
25:*5, 17*  28:*3,*

14  29:*10, 12*
31:*5*  34:*9, 19*
35:*3*  37:*4*  41:*3,
20*  43:*2, 18*
44:*2, 16*  49:*12,
13, 18*  50:*3, 10,
15*  51:*16*  52:*4,
18*  53:*15*  55:*9,
17*  56:*1, 21*
57:*9, 17*
answered  7:*21*
8:*5*  12:*7*
answering  7:*14,
17*  29:*13*
answers  5:*10*
29:*15*  52:*21*
53:*19*
anybody  9:*18*
15:*6*  52:*15*
53:*1*
apologize  15:*10,
14*  27:*4*
APPEARANCE
S  2:*1, 21*  3:*1*
appeared  61:*6*
approximately
37:*10*
April  26:*15, 19*
48:*18*
area  18:*17, 18*
19:*2, 4, 5, 12, 18,
20*  20:*11, 14, 17*
21:*5*  22:*4*  28:*6,
17, 18*  30:*20*
31:*1, 2, 4*  32:*14*
33:*10, 15, 20*
34:*7, 12, 13*
36:*9*  43:*6, 7*
45:*2*  53:*7*  54:*1*
58:*1*
areas  6:*10*  20:*1*
arrived  11:*20*
asked  7:*20*  8:*4*
12:*6*  15:*21*
20:*4*  29:*14*
38:*9*  41:*18*
51:*10, 13*  53:*1*
55:*4*

asking  8:*19*
19:*19*  27:*13*
43:*11*
assume  40:*5*,
15*  42:*5, 12*
45:*8*
assuming  44:*20*
assumption
50:*13*
assumptions
43:*12*
Atala  7:*5*  16:*9*
56:*16*
attorney  7:*20*
8:*4*  9:*16, 17*
12:*8, 9*  29:*1*
38:*6*
August  33:*10*
authorized
29:*21*
automatic  46:*1,
2*
aware  49:*5, 9*
52:*15*  53:*21*

< B >
back  24:*10*
27:*12*  31:*19*
34:*12*  35:*17*
41:*20*
Baltimore  1:*14*
2:*8*  3:*8*
based  26:*5*
36:*8*
basing  43:*4*
Bear  13:*2, 12*
24:*10*  25:*3*
49:*20*
began  27:*8*
BEHALF  2:*3,
12*  3:*3*  7:*11*
30:*1, 3, 10*
believe  28:*9*
30:*5*  40:*19*
51:*19*  52:*7*
believes  6:*6*
BERGENSONS
2:*13*  13:*19*
26:*5*  30:*4*

Deposition of Maria Monsalve                                    Jasmine Rittersbacher vs. Food Lion, LLC, et al.

47:*17*
best  30:*6*
better  34:*13*
Biddle  2:*7*
BILCHIK  1:*13*
  3:*13*  5:*8*
bit  15:*12*  38:*11*
blank  59:*15*
bounce  38:*10*
boxes  35:*9*
break  37:*8*
brief  8:*18*
bring  41:*16*
  42:*1*
brother-in-law
  56:*2, 3, 17, 19*
  57:*7*
brought  55:*20*
  57:*4*
bubbles  18:*7*
buff  40:*3*
buffer  22:*3*
  34:*1*  39:*3, 5, 18,*
  *21*
buffing  50:*18*
built  53:*8, 11*

< C >
called  5:*4*  10:*9,*
  *18*  12:*3, 17, 19*
  38:*19*  39:*2, 3*
  55:*11*
calls  15:*6*  52:*2*
Cambridge
  14:*1, 11*  26:*9,*
  *12*  30:*14*
cameras  16:*11*
care  22:*15*
  26:*13*
Carolyn  1:*15,*
  *20*  61:*3, 18*
Carroll  61:*2, 4*
case  7:*15, 19*
  48:*8*  49:*11*
  60:*2*
cause  28:*10*
caused  52:*8*
cell  16:*9*
certain  6:*15*

CERTIFICATE
  59:*1*
Certify  59:*2*
  61:*5, 9, 12*
Chain  4:*13*
  16:*12*  24:*11*
chains  18:*15*
change  21:*2*
  60:*4*
changed  27:*14*
changing  51:*2*
chemicals
  14:*19*  17:*15, 16*
Civil  1:*4*
claims  13:*15*
  49:*10*
clarification
  41:*18*
clauses  49:*6*
clean  11:*13*
  20:*17, 18*  22:*12*
  23:*16*  30:*13, 18*
  31:*4*  32:*3, 4*
  34:*5, 8, 16, 17,*
  *21*  39:*1*  41:*4, 6*
  47:*1*
cleaned  11:*16*
  16:*8*  21:*3, 12*
  22:*4*  33:*3, 7*
  39:*12*
CLEANING
  3:*3*  16:*6*  22:*8*
  29:*21*  30:*1*
  31:*20*  32:*13*
  36:*5*  38:*17*
  39:*4*  41:*13*
  42:*6*  47:*17*
  48:*14*  49:*8, 15*
  50:*5, 7*
clear  17:*21*
  18:*1*
closet  35:*12*
cloth  40:*2*
Coe  3:*6*
color  45:*15*
combine  40:*16*
come  11:*15*
comes  36:*9, 11,*
  *16*  45:*2*
coming  20:*19*

commencing
  1:*12*
comment  21:*2*
Commission
  61:*21*
communicated
  12:*15, 16*  15:*19*
communications
  25:*9*
company  9:*7*
  10:*13*  11:*12*
  12:*20*  20:*17*
  53:*14*
company's  14:*9,*
  *13, 16*
Complaint  7:*11*
concluded  58:*19*
conclusion  52:*3*
connects  40:*9*
constantly
  20:*18*
contact  14:*12*
contained  6:*16*
contains  49:*5*
contend  53:*10*
continue  11:*5*
CONTINUED
  2:*21*  3:*1*
contract  8:*16*
  9:*1*  26:*4*  27:*7,*
  *11*  31:*19*  47:*12,*
  *16, 21*  48:*8, 9,*
  *15, 17, 20*  49:*5*
  50:*5, 16*
contractor
  26:*12*
contracts  47:*3,*
  *6*  50:*1, 8*
cooperation
  14:*4*
copies  59:*14*
copy  58:*17*
corner  35:*7*
corporate  6:*3*
correct  16:*1, 2*
  20:*9*  21:*12*
  23:*11*  26:*16, 20*
  27:*2, 9, 10, 15*
  29:*6*  30:*6, 8*
  36:*18*  40:*15*

43:*19*  44:*3*
  47:*19*  48:*15, 16*
  49:*4*  50:*9, 11,*
  *14*  51:*3, 4*  54:*2,*
  *4, 8, 16*  55:*6, 12,*
  *13*
corrections  59:*6*
correspondence
  42:*3*
counsel  4:*16*
  53:*18*  61:*8, 12*
County  61:*2, 4*
COURT  1:*1,*
  *14*  38:*1, 2*
  58:*16*
cover  43:*7*
covered  20:*15*
  21:*7*  28:*17, 18*
  58:*4*
CRC  1:*13*
create  10:*4*
custodial  26:*8*
customer  14:*14*

< D >
D.C  2:*18*
daily  10:*4*
date  16:*5, 16*
  18:*5*  26:*18*
  27:*9*  48:*18*
  59:*12*  60:*3*
dates  57:*20*
DAVEY  2:*14*
  4:*8*  15:*8*  22:*17*
  23:*8, 13, 18*
  28:*1, 11*  29:*7*
  31:*13, 17*  32:*5*
  34:*3*  35:*10, 15,*
  *20*  36:*14, 20*
  37:*3, 8, 12, 17,*
  *21*  38:*4, 5*  51:*5,*
  *10, 13*  52:*2, 13*
  54:*10*  55:*2, 4, 8,*
  *21*  57:*11*  58:*3,*
  *10, 16, 18*
day  15:*11*  17:*6*
  42:*7, 12, 20*
  43:*4, 9*  58:*7, 11*
  61:*16*

days  16:*4*
  26:*16*  27:*7*
  43:*4*
December
  24:*19*  25:*8*
decide  32:*2*
declare  30:*7*
Defendant  1:*7*
  2:*12*  53:*9*
defended  49:*10*
defense  49:*6, 16*
deli  30:*20*  31:*1*
demands  49:*9*
demonstrating
  14:*15*
DEPONENT
  59:*1*
deposition  1:*10*
  4:*2, 12*  5:*16*
  15:*13*  38:*16*
  58:*19*
described  39:*16*
describes  47:*21*
designed  53:*8,*
  *11*
designee  6:*3*
differently
  20:*18*  21:*3*
  55:*16*
directed  42:*10*
disperse  40:*9*
  42:*17*
display  35:*8, 13*
  43:*16*
dispose  17:*3*
DISTRICT  1:*1,*
  *2*
document  5:*19,*
  *20*  6:*11, 14*
  27:*13*
Documents
  7:*15, 19*
Doggett  13:*14*
  16:*4*  24:*13*
doing  24:*1*
dry  22:*1*
Dulce2595@hot
mail.com  13:*7*
  24:*16*

duly  5:*4*, *9*
61:*7*

**< E >**
earlier  38:*16*
39:*16*  42:*15*
46:*7*  47:*5*, *13*,
*20*  49:*1*  50:*12*
easier  13:*12*
East  2:*7*
edge  33:*20*
edges  17:*12*
50:*18*
either  18:*2*, *6*
**ELH-20-2800**
1:*5*
**Email**  2:*10*, *20*
3:*10*  4:*13*
12:*21*  13:*1*, *6*,
*14*  14:*21*  15:*1*
16:*1*, *12*  18:*14*
24:*11*, *15*  42:*3*
55:*12*
emailed  10:*9*
24:*20*  25:*1*
emails  15:*6*
employed  29:*20*
employee  14:*13*
24:*2*
employees  8:*6*,
*8*  14:*9*, *16*
22:*19*, *20*, *21*
23:*3*, *20*  24:*6*
52:*14*, *17*
entire  12:*2*
30:*18*  34:*16*
54:*21*  57:*8*
entirety  20:*3*
entity  53:*10*
**Errata**  59:*7*, *14*
60:*1*
**Esquire**  2:*4*, *14*
3:*4*
et  1:*6*  60:*2*
evening  11:*19*
12:*12*
exactly  41:*11*
45:*17*  57:*19*

**Examination**
4:*6*  5:*12*  38:*4*
51:*8*  61:*9*
examined  5:*6*
59:*3*  61:*8*
example  50:*9*
**Excuse**  17:*1*
**Exhibit**  4:*11*,
*12*, *13*, *14*, *15*
5:*17*  13:*3*
16:*12*, *13*  18:*10*,
*11*  19:*8*
**Exhibits**  4:*16*
**Expires**  61:*21*
**Explain**  31:*7*
32:*10*

**< F >**
fact  24:*7*
fair  39:*21*  42:*5*,
*11*  48:*2*
fairly  5:*9*
fall  9:*4*, *19*
10:*6*  11:*4*  12:*5*,
*11*  28:*5*, *10*
41:*9*  42:*20*
43:*17*  44:*1*, *5*,
*10*  46:*8*  52:*8*
fallen  28:*17*
falling  13:*10*
28:*21*  51:*21*
family  41:*16*
42:*1*  55:*20*
56:*3*
fault  11:*17*
12:*18*  51:*20*
**FD**  13:*21*
14:*10*
**February**  1:*11*
4:*4*  15:*3*  61:*16*
feel  59:*6*
fell  9:*4*, *9*
10:*11*  11:*11*, *16*
15:*18*  29:*4*
32:*19*  42:*7*, *8*,
*13*  54:*2*  57:*13*
58:*8*
fifteen  6:*8*
filed  7:*11*

fill  40:*8*
find  10:*7*  15:*18*
fine  17:*3*  57:*21*
finish  42:*1*
first  5:*4*  7:*10*
13:*9*  20:*5*  22:*5*
38:*14*  47:*15*
five  15:*20*
37:*16*  47:*9*
flat  35:*7*
**Floor**  4:*14*, *15*
12:*4*  16:*8*  19:*6*,
*7*  20:*19*  22:*7*
30:*18*, *19*  34:*17*
35:*17*  36:*21*
37:*1*  39:*2*  40:*1*,
*2*, *17*, *18*  41:*2*, *4*,
*6*  45:*5*  47:*2*
floors  36:*5*
39:*12*
flower  35:*12*
flowers  33:*11*
fold  21:*19*
22:*7*  32:*9*
34:*14*
folks  42:*10*
follow  51:*9*
following  14:*5*,
*7*
follows  5:*6*
**FOOD**  1:*6*
2:*12*  8:*14*  9:*1*
10:*9*  11:*5*, *15*
12:*3*  13:*21*
14:*10*  15:*7*, *16*
18:*17*  20:*8*, *16*
21:*4*  22:*19*, *20*
23:*3*  24:*2*, *6*
25:*9*  26:*1*, *8*, *12*,
*13*  27:*17*  28:*4*
30:*3*, *13*  31:*10*,
*15*, *20*  32:*3*
36:*9*  38:*6*
39:*12*  41:*13*
42:*6*, *12*  43:*5*,
*10*  47:*21*  48:*9*,
*15*  49:*2*, *9*  50:*1*,
*2*, *12*  51:*21*
52:*16*, *20*  53:*19*
57:*12*, *13*  60:*2*

foregoing  30:*8*
59:*3*
forgot  24:*7*
form  20:*20*
23:*6*, *12*  27:*3*
32:*6*  34:*3*
35:*20*
forth  53:*9*
forty-eight  14:*6*
found  10:*8*
13:*9*
four  10:*7*
14:*18*  15:*21*
frame  43:*11*
frequency
27:*14*  49:*1*
fresh  19:*3*
20:*1*  43:*6*
44:*19*
front  20:*11*
30:*19*  31:*2*
33:*11*  40:*6*
full  14:*12*  25:*4*
fully  46:*12*
further  58:*13*
61:*9*, *12*

**< G >**
gears  41:*8*
general  30:*17*
gentleman  17:*6*
given  5:*10*
17:*2*  18:*17*
59:*4*
go  10:*16*  23:*3*,
*6*  24:*10*  30:*12*
33:*12*  40:*17*
41:*20*  42:*12*
50:*17*  54:*12*
goes  19:*2*, *4*
45:*13*
going  9:*10*
16:*10*  25:*13*
27:*15*  35:*17*
37:*15*  38:*7*, *8*
41:*8*  43:*1*
51:*15*  53:*17*
**Good**  5:*13*
green  45:*16*

**GREENBERG**
2:*4*, *6*  4:*7*, *9*
5:*12*, *14*  8:*20*
9:*14*  15:*10*
18:*13*  20:*2*
25:*14*, *19*  27:*4*
33:*17*  36:*3*
37:*7*  38:*9*  47:*8*
48:*21*  51:*7*, *8*
53:*16*  58:*12*
guess  7:*10*
guys  11:*9*, *16*,
*18*

**< H >**
half  15:*4*
21:*19*, *20*  22:*7*,
*9*  23:*4*  32:*9*, *16*,
*17*, *20*  54:*13*, *20*
halfway  22:*13*
46:*17*
hand  61:*15*
handle  53:*14*
happen  11:*7*
happened  9:*8*
10:*17*  11:*1*, *4*
13:*21*  15:*14*, *18*
43:*13*  55:*15*, *18*
hard  41:*20*
heard  54:*6*
held  1:*11*
helps  57:*2*
hire  41:*15*, *21*
hired  34:*16*
hold  16:*17*
Honestly  36:*15*
42:*14*  49:*13*
57:*10*
hoped  23:*17*
hose  19:*1*, *13*,
*20*  40:*8*  42:*16*,
*19*  43:*5*, *8*, *15*
45:*12*, *15*, *18*
hoses  42:*17*
hour  37:*11*
hours  9:*19*
10:*5*, *8*  14:*6*
hurt  9:*4*  14:*2*

**< I >**

Case 1:20-cv-02800-JMC   Document 63-10   Filed 04/28/22   Page 65 of 69

Deposition of Maria Monsalve                                    Jasmine Rittersbacher vs. Food Lion, LLC, et al.

**idea** 33:*1, 5*
43:*20* 46:*9*
49:*19* 52:*19*
55:*3, 6* 57:*10*
**identification**
5:*18* 13:*4*
18:*12* 19:*9*
**identified** 38:*15,*
*17*
**immediately**
10:*18*
**important**
25:*12, 18*
**incident** 10:*5*
13:*21* 27:*1*
49:*2* 53:*7*
**includes** 53:*5*
**incorrect** 27:*5*
**indemnification**
49:*6, 16* 51:*14,*
*17, 18*
**indemnified**
49:*10*
**independent**
26:*4, 12*
**INDEX** 4:*1*
**indicated** 17:*17*
42:*4*
**indicates** 47:*16*
**individual**
30:*12* 53:*10*
**information**
6:*7* 8:*9, 11, 13*
14:*5, 8, 13* 42:*4*
43:*15* 49:*15, 21*
50:*7* 51:*1*
**informed** 30:*5*
**initiate** 14:*3*
**injured** 14:*2*
**instruct** 31:*15*
**insurance** 13:*15*
**interested** 61:*13*
**internal** 14:*3*
**interpret** 25:*15*
**interpretation**
19:*16* 21:*1*
24:*5* 46:*21*
**interpreted**
1:*12* 20:*6*
25:*11, 17*

**Interpreter**
1:*13* 3:*13* 7:*1*
8:*2, 17* 9:*12*
10:*20* 14:*20, 21*
15:*11* 19:*14, 16*
20:*2, 4, 6, 21*
24:*4* 25:*10, 16*
30:*15* 33:*13, 17,*
*19* 34:*10* 36:*1*
37:*9, 14, 20*
38:*3, 20* 40:*11*
41:*19* 45:*20*
46:*20* 48:*11*
53:*16*
**Interrogatories**
7:*14, 18* 29:*13,*
*15* 30:*3* 52:*21*
53:*19*
**Interrogatory**
53:*5*
**investigate** 9:*8,*
*15*
**investigated**
9:*3, 16*
**investigation**
14:*4*
**involved** 15:*13*
**issue** 48:*8*
**issues** 6:*16*
**its** 14:*3*

< J >
**JAMES** 3:*4*
**janitorial** 26:*13*
**JASMINE** 1:*3*
5:*14* 7:*12*
**job** 16:*20*
23:*15*
**July** 27:*8*
**June** 11:*4, 5*
12:*12* 14:*1, 10,*
*19* 15:*4, 9, 15*
17:*6* 20:*9, 13*
26:*19* 30:*14*
32:*18* 33:*4*
36:*17* 41:*10*
44:*10* 45:*6*
49:*3* 56:*20*
57:*15* 58:*1*

61:*21*

< K >
**KBS** 13:*20*
14:*3, 5, 7*
**keep** 16:*19*
17:*1* 19:*3*
25:*12* 37:*15*
43:*5* 44:*18*
54:*20*
**KELLERMEYE
R** 2:*13* 13:*15,*
*19* 26:*1, 5* 30:*4*
38:*6* 42:*11*
47:*17* 48:*1, 10*
49:*9* 50:*1*
**Kellermeyer's**
52:*21* 53:*19*
**Kiernan** 2:*16*
**kind** 39:*19*
**King** 3:*6*
**know** 7:*6* 8:*6*
9:*3, 17* 11:*12*
19:*18, 21* 24:*12*
28:*16, 19* 29:*8*
31:*14* 32:*18, 19*
33:*2* 34:*14*
35:*17* 36:*4, 8*
38:*12* 42:*19*
43:*3, 5, 9* 44:*14,*
*15, 20* 45:*2*
46:*7, 9, 11* 50:*4,*
*5* 51:*14, 18*
54:*16, 21* 55:*3*
56:*11, 19* 57:*3,*
*7* 58:*11*
**knowledge** 6:*6,*
*10, 15, 19* 10:*1*
30:*6* 55:*14*
**known** 6:*3*
21:*6*

< L >
**L.L.C** 1:*6*
13:*20*
**L.L.P** 3:*6*
**Larry** 5:*14*
**Larry@greenber
glawyers.com**

2:*10*
**Lastly** 24:*15*
**Law** 2:*6* 61:*8*
**LAWRENCE**
2:*4*
**lawyer** 6:*15*
53:*2*
**laying** 35:*7*
**leased** 53:*8*
**leases** 53:*11*
**leave** 21:*15, 17*
22:*1*
**led** 12:*4*
**left** 12:*3*
**legal** 52:*2*
**LESLIE** 1:*12*
3:*13* 5:*8*
**libel** 53:*3*
**lift** 22:*9, 13*
31:*8, 11, 15*
32:*20* 34:*21*
35:*2, 4* 46:*16,*
*18* 54:*12, 13*
**lifted** 32:*15, 20*
46:*15, 17* 54:*7,*
*15, 20* 57:*8*
**lifting** 31:*6*
54:*18*
**likewise** 15:*20*
**limited** 53:*6*
**Line** 11:*5*
**LION** 1:*6* 2:*12*
8:*15* 9:*1* 10:*9*
11:*15* 12:*3*
13:*21* 14:*10*
15:*7, 16* 18:*17*
20:*9, 16* 21:*4*
22:*19, 20* 23:*3*
24:*2, 6* 25:*9*
26:*1, 8, 12*
27:*17* 28:*4*
30:*3, 13* 31:*10,*
*15, 20* 32:*3*
36:*9* 38:*6*
39:*12* 41:*14*
42:*6, 12* 43:*10*
47:*21* 48:*9, 15*
49:*2, 9* 50:*1, 2,*
*12* 51:*21* 52:*16,*

**20** 53:*19* 57:*12,*
*13* 60:*2*
**Lions** 43:*5*
**liquid** 39:*19*
**liquidy** 21:*8*
**listed** 6:*11*
15:*21*
**little** 15:*12*
38:*10*
**LLC** 26:*13*
29:*21* 30:*1, 3, 4*
47:*17, 18* 49:*8,*
*15, 21* 50:*7*
**location** 14:*14*
**long** 16:*18*
46:*7* 56:*8*
**longer** 37:*10*
**look** 16:*3, 10*
34:*12*
**looked** 55:*10*
**looking** 47:*3, 4,*
*6* 48:*5* 53:*18*
**looks** 35:*8*
48:*17*

< M >
**ma'am** 47:*12*
**machine** 17:*12,*
*17, 20* 20:*12*
21:*18* 22:*8*
32:*14* 34:*7, 13*
38:*17, 18, 19, 21*
39:*1, 2, 3, 4, 5, 8,*
*15, 18* 40:*1, 4, 5,*
*6, 8, 20* 41:*1, 5*
50:*17*
**machines** 32:*7*
38:*15* 39:*9, 11,*
*13*
**Madam** 14:*20*
18:*13* 20:*2*
33:*17* 53:*16*
**mail** 12:*19, 21*
**maintained**
53:*9, 11*
**making** 50:*14*
**manager** 24:*9*
**Manuel** 7:*5*
10:*13* 15:*17*
16:*9* 17:*5*

Deposition of Maria Monsalve                                         Jasmine Rittersbacher vs. Food Lion, LLC, et al.

32:*20*  33:*6*
34:*14*  42:*4, 5,*
*11*  55:*11*  56:*4*
**Manuel's**  56:*15*
**March**  26:*14*
27:*12*
**MARIA**  1:*10*
4:*2*  5:*3*  12:*14*
25:*6*  28:*15*
29:*11*  59:*12*
60:*3*
**mark**  18:*13, 14*
**marked**  5:*17*
13:*3*  18:*9, 11*
19:*8*
**MARYLAND**
1:*2, 14*  2:*8*  3:*8*
14:*1, 11*  61:*1, 4*
**mat**  9:*9, 14*
18:*18*  20:*15*
21:*9*  22:*6, 14*
23:*4, 5, 16*
28:*18, 19*  31:*6,*
*9*  32:*9, 13, 17,*
*20*  33:*3, 7, 11,*
*21*  34:*8, 18, 21*
35:*2, 5, 7*  36:*6*
45:*9*  46:*6, 11,*
*12, 15, 16, 18*
54:*7, 12, 13, 19,*
*21*  57:*8*  58:*4*
**material**  23:*11*
35:*18*  36:*5, 6*
37:*1*  39:*19*
44:*4, 11, 14*
46:*7, 10, 11, 14*
54:*7, 21*  55:*4*
**mats**  21:*7*
22:*12, 16*  27:*18*
31:*4, 11, 16, 21*
32:*3, 4, 15, 16*
43:*7*  47:*1*  50:*8,*
*13*  51:*2*  52:*16*
53:*14*
**Matt**  38:*5*
**matter**  53:*3*
**MATTHEW**
2:*14*

**Mdavey@kierna**
**ntrebach.com**
2:*20*
**mean**  32:*11*
**means**  51:*14, 18*
**member**  55:*21*
56:*3*
**members**  41:*16*
42:*1*
**minutes**  37:*16*
**mixed**  55:*5*
**moment**  56:*7*
**Monday**  1:*11*
**MONSALVE**
1:*10*  4:*2*  5:*3,*
*13*  15:*11*  18:*16*
20:*8*  23:*10*
29:*17*  33:*20*
36:*4*  38:*5*  51:*9*
59:*12*  60:*3*
**months**  15:*20*
16:*19*
**mouse**  33:*18*
**move**  50:*19*
51:*1*
**movement**  29:*3*
**moving**  52:*16*
**muted**  15:*7*

**< N >**
**N.W**  2:*17*
**name**  5:*13*  7:*4*
16:*9*  38:*5*
56:*15, 17*
**named**  53:*3*
**names**  14:*12*
**near**  28:*6*
**necessary**  59:*7*
**need**  12:*10*
14:*4*  15:*10*
37:*8*  54:*5*
**needed**  23:*16*
53:*1*  59:*14*
**needs**  7:*1*  8:*2*
10:*20*  20:*21*
24:*4*  30:*15*
34:*10*  38:*20*
40:*11*  45:*20*
48:*11*
**neutral**  17:*19*

**never**  10:*9*
11:*21*  21:*2*
25:*10, 17*  43:*3*
45:*10*
**new**  23:*16*
27:*17*
**night**  11:*8*
32:*19*  55:*15*
57:*8*
**normal**  17:*7*
55:*19*
**normally**  17:*9,*
*10, 14*  18:*2*
22:*19*  40:*7, 13*
41:*21*  57:*1*
**notarial**  61:*15*
**Notary**  1:*15, 21*
61:*3, 19*
**note**  16:*20*
17:*2*
**Notice**  4:*12*
5:*16*  13:*20*
57:*21*
**noticed**  21:*5*
**November**
13:*18*  15:*5, 9,*
*15*  16:*4*  55:*12*
**number**  20:*17*
56:*11*

**< O >**
**object**  9:*10*
25:*5*  34:*4*  43:*1*
51:*15*  54:*10*
**Objection**  9:*5*
12:*6, 13*  18:*19*
20:*20*  22:*17, 18*
23:*6, 8, 12, 13,*
*18, 19*  25:*16*
27:*3*  28:*1, 2, 7,*
*11, 12*  29:*7, 10*
31:*5, 12, 13, 17*
32:*5, 6*  33:*12*
34:*3, 9, 19*  35:*3,*
*10, 15, 20, 21*
36:*7, 13, 14, 19,*
*20*  37:*2, 3*  39:*6*
41:*3*  43:*18*
44:*2, 16*  49:*12,*
*18*  50:*3, 10, 15*

52:*1, 2, 9, 12, 13,*
*18*  53:*15*  54:*3,*
*9, 17*  55:*1, 2, 7,*
*8, 17*  56:*1, 21*
57:*9, 14, 17*
58:*2, 3, 9, 10*
**obligation**  31:*8*
**O'BRIEN**  3:*4*
9:*5, 10*  12:*6, 13*
18:*19*  20:*20*
22:*18*  23:*6, 12,*
*19*  25:*3*  27:*3*
28:*2, 7, 12, 14*
29:*10*  31:*5, 12*
32:*6*  33:*12*
34:*4, 9, 19*  35:*3,*
*21*  36:*7, 13, 19*
37:*2*  39:*6*  41:*3*
43:*1, 18*  44:*2,*
*16*  49:*12, 18*
50:*3, 10, 15*
51:*15*  52:*1, 4, 9,*
*12, 18*  53:*15*
54:*3, 9, 17*  55:*1,*
*7, 9, 17*  56:*1, 21*
57:*9, 14, 17*
58:*2, 9, 15*
**O'brien@akclaw**
**.com**  3:*10*
**occasion**  47:*10*
**Occasionally**
8:*18*
**occasions**  44:*9*
**occurred**  26:*9*
27:*1*  49:*2, 17*
53:*7*
**o'clock**  11:*8, 18*
12:*11*
**Office**  2:*6*
**Okay**  12:*1*
16:*21*  25:*14*
32:*4*  34:*6, 17*
35:*12*  37:*14*
38:*12*  51:*11, 12*
53:*17*
**Old**  1:*14*
**order**  14:*3*
40:*9, 17*  41:*6*
**original**  27:*11*

**outcome**  61:*14*
**owned**  53:*8*
**owner**  24:*9*
**owns**  53:*10*

**< P >**
**p.m**  1:*12*
24:*20*  58:*19*
**pads**  40:*2, 3*
**PAGE**  2:*21*
3:*1*  4:*6, 11*
24:*18*  27:*6*
48:*4*  59:*15*
**PAGE/LINE**
60:*4*
**pages**  6:*8*
**paid**  27:*15*
**paper**  17:*8, 9*
59:*15*
**paragraph**
47:*16*
**part**  10:*21*
16:*12*  20:*5*
**particular**
41:*13*  43:*16*
49:*2*  50:*2*
**parties**  61:*13*
**pass**  34:*13*
50:*17*
**passed**  32:*7*
**Paul**  3:*7*
**pause**  19:*15*
**pauses**  8:*17, 18*
**Peatt**  1:*15, 20*
61:*3, 18*
**penalty**  30:*7*
**people**  10:*1*
45:*4*  54:*6*  57:*3*
**perform**  26:*8,*
*13*  54:*13*
**performed**
14:*18*  26:*15*
**performs**  41:*13*
**period**  27:*2*
**perjury**  30:*7*
**person**  41:*12,*
*14, 15, 21*  42:*1*
**personally**  61:*5*
**pertaining**  50:*8*

phone  15:6
16:9  56:11
Photo  4:14, 15
19:7  35:17
photograph
44:5  46:6, 11
picture  18:17
19:6  33:9, 16
35:6
pictures  9:21
piece  59:15
pink  18:3, 6
place  46:12
48:20  61:6
Plaintiff  1:4
2:3  49:11  53:4
plant  20:12
plants  19:4, 12
20:1  28:6
43:21  44:18
45:4, 10, 11
please  7:16
9:6  14:7  52:6
58:18
point  40:17
portion  53:11
posed  5:10
possible  14:5
16:10
possibly  17:5
PRESENT  3:12
previously  5:17
13:3  18:11
19:8
prior  41:9
43:16, 21  44:9
45:6  46:8
privileged  25:4
Probably  37:12
proceedings
5:11  61:11
produce  30:19
31:1
Production
7:15, 18
products  14:19
17:14  44:18
property  53:7,
12

propounded
30:3
provide  14:7
15:21
providing  11:2
14:4
Public  1:15, 21
61:3, 19
purpose  41:1
purposes  5:17
13:3
put  17:20  40:5
46:18  58:5
puts  41:5

< Q >
question  25:6,
11, 18  27:5
28:14  35:6
36:2  38:11
50:21  51:13
52:5  53:17
54:14
questions  5:10
15:21  29:14
30:12  37:10
38:7, 8, 10  51:6,
10
quickly  42:2

< R >
reached  15:17
read  6:13, 14
16:10  30:9
53:16  58:15
59:2  60:4
reading  7:11
14:21
ready  37:21
38:1, 2, 3
Really  22:11
23:20  45:17
50:4
reason  33:16
60:4
recall  7:9, 13
18:2  24:14
25:7, 20  29:16
31:18  38:18
42:14, 15, 16

44:6, 7, 12
45:17  47:3, 6
49:7  56:18
57:1, 19
received  12:19
13:20  15:1, 5
recess  37:20
recollection
15:16
record  25:5, 12
53:18  59:4
61:11
recorded  61:10
refrigerated
36:12
Refrigerator
33:10
regarding  8:9
10:5  37:18
49:1, 21  50:7
51:1
related  56:4
relationship
8:14  24:8
25:21  48:1
remember  6:12
7:11, 14, 17
15:4  16:7  17:4
18:4  19:16
25:1  29:9, 13
41:11  55:15
57:11
remind  19:15
renewed  27:7
rented  53:8
rents  53:10
repeat  7:8, 16
9:6  38:8  52:6
repetition  7:2
8:3, 19  10:21
20:5  30:16
33:14  34:11
36:2  38:21
40:12  41:19
45:21  48:12
replied  16:3
REPORTED
1:20

reporter  18:14
38:1, 2  41:18
58:16
Reporting  1:13
reports  10:4
represent  5:14
represents  38:6
request  7:1
8:2  10:20  21:1
24:4  27:17
30:15  34:10
37:17  38:20
40:11  45:20
48:11  49:16
requested  6:7
Requests  7:15,
18  9:12  33:13
36:1  46:20
required  30:13
31:3
respond  24:13
response  5:15
16:11  28:13
responses  30:1,
2, 5
responsibility
22:11, 15  27:19,
21  34:20  35:1,
4
responsible
12:11  50:13
51:2  52:16
result  26:7
resulted  14:1
retained  4:16
reviewed  30:2
right  6:9
24:18  29:6
34:13  40:18
41:2, 6  42:20
43:17  44:1, 15
45:11  47:18
49:3  50:6
54:14
RITTERSBACH
ER  1:3  5:14
7:12  9:4, 9
10:10  12:5
13:10  28:9, 21
32:19  42:7, 13

51:20  52:8
54:2  57:12
58:8  60:2
Rittersbacher's
10:6  12:11
42:20  43:16
44:10
Road  1:14
roll  34:7
Rosaline  13:14
rough  15:11
rug  29:5
rules  21:2
run  32:13
running  29:2

< S >
Saint  3:7
sales  30:18
Salomon  1:13
Sanders  24:20
25:1
satisfactory
17:10, 13
saw  29:3  45:9,
10, 16  46:1, 7,
14
saying  33:21
34:6  44:6
54:20
says  13:17, 19
29:20  50:16
Schedule  6:7,
16  7:7
Scouring  38:21
39:4
screen  5:16
6:8  13:2  16:3
19:10  25:4
48:5
scrub  40:17
41:2
Scrubber  39:8
40:4
scrubbing  39:2,
7, 15
seal  61:15
second  20:5
27:6  49:20
53:20

see  13:2, 12
  18:18  19:10
  21:8  29:3
  33:18  35:7, 11
  44:10  45:4, 12
  46:13, 15, 19
  47:11, 12  48:18
  54:6, 12, 18
seen  5:19, 21
  20:11, 12  23:10,
  11, 14  35:13
  36:17, 21  37:6
  44:5, 13  47:7
  54:1
separate  39:9
  40:14
SERVICE  3:3
  6:3  11:3  26:13
  29:20  30:1
  47:17  54:13
SERVICES
  2:13  13:19
  14:18  26:8, 14,
  16  30:4  41:13
  48:14  49:8, 14,
  21  50:2, 4, 7
set  53:9  61:6
Seven  8:8  27:7
sheet  10:5
  16:20  17:3, 7, 9
  59:7, 14  60:1
sheets  14:15
  16:5, 15, 17
shine  17:12
  21:21
shining  22:8
  32:14  38:18
  39:5  40:2
shiny-like  21:8
show  18:9, 16
  19:7  26:3
  29:17  31:20
  33:9, 16  52:20
showed  29:1
  47:8  48:21
showing  19:6
shown  44:4
  46:10  47:13
shows  18:18

46:6
side  35:12
sign  30:9  58:15
signature  29:18
  48:4
signed  27:12
  31:19  48:17
signs  58:5, 6, 7
simply  45:8
sit  15:3
Sitting  43:14, 20
six  26:16
slid  54:15
slimy  21:16
  23:10  35:18
  36:5
slip  28:5
slipped  9:9, 13
  28:19  29:6
slippery  12:4
soap  17:19, 21
  39:15, 19  40:4,
  5, 7, 9, 10, 13, 16
  41:2, 5  55:6
soapsuds  18:20
  19:5
somebody  6:6,
  18  11:16  15:18
  20:15  33:3
  54:15
soon  14:5
sorry  19:14
  25:10  26:15
  52:4
sort  35:8  37:12
space  32:8, 10,
  12, 13  34:1, 5
Spanish  1:13
  3:13
speak  10:18
  37:18
specialist  13:15
specific  16:20
  17:2, 5
specifically
  8:14  20:16
  31:21  35:18
  53:1
spilling  45:5, 10

spoke  16:6
sponge  40:3
spray  19:21
sprays  45:13
start  7:10
  26:18
starting  26:3
State  61:1, 4
statement  30:9
statements  10:1
STATES  1:1
stenographically
  61:10
stickie  21:16
store  11:21
  14:10, 17  16:7,
  11  17:11, 20
  19:19  21:10, 12
  22:3  26:8, 11
  30:13  31:2
  34:16  41:9
  42:6  44:8  48:1
  50:2, 17  57:4,
  18
stores  30:17
  43:13
straight  34:14
Street  2:7, 17
  3:7
strict  8:11
strike  53:17
stuff  21:8, 16
suds  18:8, 18
sudsy  18:7
Suite  3:7
supposed  23:21
  31:10  32:3
  53:14
Sure  8:20
  21:16  25:11, 19
  29:5  33:3  36:3
  52:7  54:6
  57:21
surrounding  9:8
sweep  22:5
  50:17
sweeping  40:1
swept  17:11
switch  41:8

sworn  5:4, 9
  61:7

< T >
table  33:21
tables  32:12
take  9:21  22:6,
  13, 15  47:1
taken  37:20
talk  9:18
  10:16  15:7
  53:2
talking  19:13
  33:11  47:5
tank  40:6
Telephone  2:9,
  19  3:9
tell  5:5  6:14
  10:19  12:10
  20:16  22:2, 3
  23:3, 15, 21
  32:3
telling  12:2
tells  57:5
terms  8:21
testified  5:6
testifying  42:15
testimony  59:4
texted  10:10
texts  15:6
Thank  37:7
  38:3  58:12, 14
thing  20:5
  32:7  38:14
things  19:3
think  12:3
  15:8  29:14
  31:10  34:17
  45:16  47:9, 20
  52:14  54:5
  55:21  56:10
thought  44:17
three  6:8
  14:15  16:19
time  9:19  10:4
  11:1, 2, 7, 9
  13:9  14:9, 15
  15:15  16:15, 17
  21:9  22:10
  24:12  26:14

27:1  30:6  33:2,
  6  39:11, 13
  41:9  43:11
  46:1, 3  53:6
  56:18  61:6
times  14:16
  44:8, 12  46:4, 5
  54:1
today  5:15  6:2,
  13  14:6  15:3
  43:14, 20  47:7,
  10, 13
told  35:1  44:4
  53:13  55:18, 20,
  21  57:11
top  21:19
topics  6:19  7:6
totally  22:1
train  8:12
trained  57:4
training  8:10
trains  57:5
transcript  59:3
  61:10
translate  5:9
transparent
  18:1
Trebach  2:16
triple  47:9
true  30:5, 8
  59:4  61:11
truth  5:5, 6
try  38:8
trying  15:7
turns  45:18
twenty  10:7
twenty-four
  9:19  10:5
Two  14:12
  16:4, 19  18:14
  24:19  38:15
  39:9
type  39:18
types  38:15

< U >
underneath
  18:18  19:13, 18,
  20  23:4  34:8
  46:10  54:7, 16

understand 6:2,
5 8:21 11:11
38:11 50:21
understanding
48:7
unit 36:11, 12
UNITED 1:1
unmarked
16:12
use 17:15, 16,
17 19:21 22:7,
8 39:15, 18
40:3, 21 42:17
43:5, 8 59:15
uses 40:4
usually 16:17
41:12

< V >
VANE 3:3 6:3
8:6, 14 9:1, 3, 7,
18 11:5 12:3,
10 24:8 25:21
26:7, 13 29:20
30:1, 10 33:3
41:12 47:17
48:14 49:8, 14,
20 50:6 51:20
52:7
verify 29:21
video 28:20
visible 46:12
visit 19:19
VSC 24:18
26:3, 18 27:6
47:9 48:4

< W >
walking 29:5
want 9:17
25:12 43:10, 12
51:9
warning 58:6, 7
Washington
2:18
watch 28:20
water 19:4, 21
20:18 21:5
36:10, 15, 21
40:8, 9, 13, 16

41:2, 5 42:18
44:17, 18 45:2,
5, 8, 10, 13 54:1
55:5, 10
watered 43:21
watering 45:4,
9, 11
wavy 35:13
wax 46:18
way 21:9, 17
22:6 32:15
40:1 46:17, 18
54:6, 18 57:18,
19 61:13
week 26:16
27:7
weeks 24:19
Well 7:8 8:1,
11 9:10 18:1
19:1, 19 21:6,
18 22:5 28:2
34:4 36:8
37:19 40:6
41:15 43:3
45:12 46:4
47:10, 14 50:16
54:10 57:19
went 11:12
21:9 27:14
54:1
we're 23:20
33:10 48:5
wet 20:12, 14
28:18 58:1, 5
we've 45:1
wit 61:2
withdraw 27:5
within-named
61:5
witness 5:4
10:1 14:21
19:15 37:8, 13,
16, 19 58:14
60:3 61:5, 15
work 11:5
17:2, 5, 10, 13
22:20 26:2
42:2 47:21
49:1 56:6, 20
57:4

worked 14:10,
13, 16 56:8
worker 7:3
12:16
workers 28:5
working 7:3
9:18 10:13
11:2, 10 56:2
works 57:2
write 17:10
wrong 40:16
52:8, 10 53:17
wrote 24:12

< Y >
Yeah 15:12
year 10:8, 10,
14 12:2, 17
13:18 15:4, 9
56:10
years 36:4
yellowish 18:2,
6
yesterday 11:16

< Z >
zero 47:9
Zoom 1:11 2:5,
15 3:5 4:3