Exhibit 2



# Transcript of Jasmine Rittersbacher

**Date:** April 15, 2021
**Case:** Rittersbacher -v- Food Lion, LLC, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

**1**

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE DISTRICT OF MARYLAND

3

4  JASMINE RITTERSBACHER,      *

5       Plaintiff,            *

6    vs.                 *  Civil Action No.

7  FOOD LION, LLC, et al.,   *  20-cv-02800-ELH

8       Defendants.          *

9

10

11

12    Deposition of JASMINE RITTERSBACHER

13       Conducted Virtually Via Zoom

14       Thursday, April 15, 2021

15          1:00 p.m. EST

16

17

18

19  Job No.: 366159

20  Pages 1 - 106

21  Reported by:  Vicki L. Forman

22

**2**

1       Deposition of JASMINE RITTERSBACHER,

2  conducted virtually via Zoom.

3

4

5

6

7

8

9       Pursuant to agreement, before Vicki L.

10  Forman, Court Reporter and Notary Public in and

11  for the State of Maryland.

12

13

14

15

16

17

18

19

20

21

22

**3**

1          A P P E A R A N C E S

2

3  ON BEHALF OF THE PLAINTIFF:

4    LAWRENCE S. GREENBERG, ESQUIRE

5    Greenberg Law Office

6    6 East Biddle Street

7    Baltimore, Maryland  21202

8    (410) 539-5250

9

10

11

12  ON BEHALF OF THE DEFENDANTS FOOD LION, LLC and

13  KELLERMEYER BERGENSONS SERVICES, LLC:

14    JEREMY C. HUANG, ESQUIRE

15    MATTHEW M. DAVEY, ESQUIRE

16    Kiernan Trebach, LLP

17    Suite 800

18    1233 20th Street, Northwest

19    Washington, D.C.  20036

20    (202) 712-7000

21

22

**4**

1  ON BEHALF OF THE DEFENDANT VANE SERVICES

2  CLEANING, LLC:

3    JAMES P. O'BRIEN, ESQUIRE

4    Anderson, Coe & King, LLP

5    Suite 1600

6    7 Saint Paul Street

7    Baltimore, Maryland  21202

8    (410) 752-1630

9

10

11

12

13

14

15

16

17

18

19

20

21

22

---

**5**

C O N T E N T S

EXAMINATION OF JASMINE RITTERSBACHER          PAGE

By Mr. Huang                                    6

By Mr. O'Brien                                 80

By Mr. Greenberg                               93

E X H I B I T S

(None)

---

**6**

P R O C E E D I N G S

JASMINE RITTERSBACHER

having been duly sworn, testified as follows:

EXAMINATION BY COUNSEL FOR THE DEFENDANTS

BY MR. HUANG:

Q Good afternoon, Ms. Rittersbacher. As you know, today's deposition is to ask you questions about the claims you're bringing against Food Lion and Kellermeyer Bergensons Services. As you know, the court reporter is recording everything that you're saying. Please wait for me to finish my question before answering. It's going to be very tough for the court reporter to try to write down if we're both talking at the same time.

If you don't hear a question please let me know and I'll repeat the question. If you don't understand a question please let me know and I'll try to rephrase so that we can both understand the question. After you've heard me ask the question take as long as you like to answer. If you need to think about something, go through your -- just make sure that when you give an answer it's to the

---

**7**

best of your knowledge, do you understand?

A Yes.

Q Are you under the influence of any alcohol or drugs today?

A No.

Q Are you taking any prescription medicine at this time?

A No.

Q Are you undergoing any treatment by a medical or mental health provider?

A No.

Q Could you please state your full name for the record?

A Jasmine Rittersbacher.

Q And do you have a middle name?

A Yes.

Q And what is it?

A Jasmine Carmella Rittersbacher.

Q What is your date of birth?

A 4/22/1976.

Q And where do you currently live?

A In Cambridge, Maryland.

---

**8**

Q What is the address?

A 1403 Stone Boundary Road, Cambridge, Maryland.

Q Who do you live with at that address?

A My husband and two children.

Q How long have you lived there?

A Approximately six years. Almost six years.

Q And do you rent or do you own?

A Neither.

Q I'm sorry?

A Neither.

Q What's the ownership arrangement?

A It's a friend's residence.

Q Do you pay rent?

A No.

MR. GREENBERG: I mean objection but go on.

BY MR. HUANG:

Q What kind of property is it? Is it a townhouse or is it a ranch?

What kind of property?

---

**9**

1    A  House.
2    Q  How many levels are in there?
3    A  Two.
4    Q  And where is your bedroom located?
5    A  Far right corner.
6    Q  On the first or second floor?
7    A  First floor.
8    Q  And what's on the second floor?
9    A  Bedroom and partial living room.
10   Q  And whose bedroom is on the second floor?
11   A  None.
12   Q  What is that bedroom used for?
13   A  It's just an available room.
14   Q  So where did you live prior to this
15 address?
16   A  2129 Annie Lane in Cambridge.
17   Q  And how long did you live there?
18   A  Five years.
19   Q  And which address were you staying at when
20 this accident occurred?
21   A  My current address.
22   Q  So where were you born?

**10**

1    A  Dover, Delaware.
2    Q  And so how long did you live there?
3    A  Until I got married.
4    Q  And when was that?
5    A  1996.
6    Q  And so approximately how old were you when
7 you got married?
8    A  20.
9    Q  And so you went to elementary school in
10 Dover?
11   A  Yes.
12   Q  Did you go to middle school in Dover?
13   A  Yes.
14   Q  And high school?
15   A  Yes.
16   Q  Which high school did you go to?
17   A  Dover High School.
18   Q  And so did you go to college afterwards?
19   A  No.
20   Q  So after high school what did you end up
21 doing?
22   A  I worked for the United States Postal

**11**

1    A  Service.
2    Q  And what did you do for the USPS?
3    A  Mail sorter.
4    Q  And how long were you there?
5    A  Two and a half years.
6    Q  And what did you do after this?
7    A  I worked for the DMV, Department of Motor
8 Vehicles.
9    Q  So you mentioned you left Dover in 1996.
10 Where did you go afterwards?
11   A  I stayed in Dover.
12   Q  So you got married in 1996?
13   A  Correct.
14   Q  And when did you leave Dover?
15   A  The year 2000.
16   Q  And what prompted that move?
17   A  Closer to family.
18   Q  And so both you and your husband moved in
19 the year 2000?
20   A  Yes.
21   Q  And so where did you move to?
22   A  South Carolina.

**12**

1    Q  And how long were you in South Carolina?
2    A  Until —
3       MR. GREENBERG: Ms. Rittersbacher, he
4 doesn't want you to guess.  If you can come up
5 with an answer great.  If not --
6    A  I don't.  I can't remember.
7 BY MR. HUANG:
8    Q  Do you remember when you moved to
9 Maryland?
10   A  Yes.
11   Q  What year was that?
12   A  It was 2011.
13   Q  And so what prompted that move?
14   A  My husband had a job transfer.
15   Q  And what does your husband do?
16   A  He works for MDOT.
17   Q  What does that stand for?
18   A  Maryland Department of Transportation.
19   Q  And so where did he work before that?
20   A  He worked for Shine -- I'm sorry, window
21 cleaning.  I can't recall the name.
22   Q  But you mentioned this was a job transfer.

---

13

1 Was this a transfer within the Maryland Department
2 of Transportation?
3     **A No.**
4     Q So you moved to Maryland in 2011, correct?
5     **A Correct.**
6     Q What part of Maryland?
7     **A Cambridge.**
8     Q And was this at the Annie Lane address?
9     **A Yes.**
10     Q When you moved to Maryland were you
11 employed?
12     **A No.**
13     Q When did you start working again?
14     **A I don't recall the year.**
15     Q Are you currently employed?
16     **A Yes.**
17     Q Who is your employer?
18     **A Target.**
19     Q And how long have you been there?
20     **A Two and a half years.**
21     Q So you would say you began around 2019?
22     **A Approximately, yes.**

---

14

1     Q Where did you work before that?
2     **A Solutions Window Cleaning.**
3     Q How long were you there?
4     **A Eight months.**
5     Q And where were you employed before that?
6     **A Target.**
7     Q So you did two different stints at Target?
8     **A Yes.**
9     Q And how long were you at Target during
10 that stint?
11     **A Two and a half years.**
12     Q So during your first go around with Target
13 what was your title?
14     **A I was Guest Service Manager.**
15     Q And what were some of your
16 responsibilities?
17     **A Customer service.**
18     Q Could you be more specific?
19     **A I had customer relations. I had to be a**
20 **cashier. Various duties.**
21     Q And do you remember what your pay was?
22     **A Yes.**

---

15

1     Q What did you start out at?
2     **A I started at $11.25.**
3     Q And when you left two years later what was
4 your ending pay?
5     **A $12.74.**
6     Q And so you said you left after two and a
7 half years and you went to -- what was it again?
8     **A Solutions Window Cleaning.**
9     Q And what was your job title there?
10     **A I did accounting, payroll.**
11     Q Do you have your CPA?
12     **A I do not.**
13     Q What was your pay while you were an
14 accountant?
15     **A $12 an hour.**
16     Q So why did you end up going back to
17 Target?
18     **A Less hours.**
19     Q What do you mean by that?
20     **A Less hours, different times.**
21     Q As in you worked less hours at Target?
22     **A Fluctuating hours.**

---

16

1     Q So what was your starting pay your second
2 time at Target?
3     **A I don't recall.**
4     Q What's your current pay?
5     **A 15 an hour.**
6     Q And what was your pay at the time of the
7 incident?
8     **A I don't recall.**
9     Q So you mentioned you have children,
10 correct?
11     **A Yes.**
12     Q How many do you have?
13     **A Three.**
14     Q What are their ages?
15     **A 21, 16, 10.**
16     Q And do you have any brothers or sisters?
17     **A Yes.**
18     Q And how old are they?
19     **A My oldest is 46 and I have a twin.**
20     Q And so where do they live?
21     **A My oldest lives in South Carolina and my**
22 **twin lives in Delaware.**

---

17

1    Q  Have you discussed this incident with them
2  at all?
3    A  No.
4    Q  So are your parents still alive?
5    A  Yes.
6    Q  And where do they live?
7    A  South Carolina.
8    Q  And have you talked to them about this
9  case at all?
10    A  No.
11    Q  Let's go back.  Did you play any sports
12  when you were in elementary school?
13    A  No.
14    Q  In middle school?
15    A  No.
16    Q  Did you get involved in any activities,
17  extracurricular activities?
18    A  No.
19    Q  So what did you like doing when you were a
20  child?
21       MR. GREENBERG:  Jeremy, can we bring it up
22  a little closer, maybe within the past five years,

18

1  ten years.
2       MR. HUANG:  I just want to ask the
3  questions I need to know so if you could limit the
4  speaking objections we can move forward and get
5  this taken care of.
6  BY MR. HUANG:
7    Q  Ms. Rittersbacher, would you please answer
8  the question?
9    A  Can you repeat the question?
10    Q  What kind of activities did you enjoy
11  doing when you were a child?
12       MR. GREENBERG:  Define child.  What ages?
13  BY MR. HUANG:
14    Q  During the ages of when you were ages six
15  to ten.
16    A  I did not do any activities at school.
17    Q  How about outside of school?  What did you
18  like doing?
19    A  I didn't do any outside of school.
20    Q  So after school you just came home and
21  what did you do?
22       What did you do at home?

19

1    A  Chores.
2    Q  What did you do on the weekends?
3    A  I had a -- nothing really.  I have
4  siblings.  I just played with them in the house.
5  I didn't really do any activities much.
6    Q  When you became a teenager, let's say age
7  14, what kind of activities did you enjoy doing?
8    A  I went to my grandmother's house.
9    Q  So what was the -- at what age did you
10  first get your driver's license?
11    A  15 and a half.
12    Q  Have you ever had your license suspended?
13    A  No.
14    Q  Do you currently own a vehicle?
15    A  Yes.
16    Q  And you use it to drive to work?
17    A  Yes.
18    Q  Have you ever been involved in a car
19  accident before?
20    A  Yes.
21    Q  When was that?
22    A  When I was 19.

20

1    Q  Tell me a little bit more about the
2  accident.
3       Were you the driver that caused the
4  accident or the recipient of I guess the other
5  car?
6    A  I was not at fault.
7    Q  So were you injured in the accident?
8    A  Yes.
9    Q  Tell me more about your injuries.
10    A  It was on my back.
11    Q  So what kind of treatment did you seek?
12    A  I was told to just recuperate at home.
13    Q  How long did that take?
14    A  About a month.
15    Q  What kind of exercises or any therapy were
16  you recommended?
17    A  I didn't need it.
18    Q  Did you file a claim with insurance?
19       MR. GREENBERG:  Objection.
20  BY MR. HUANG:
21    Q  Answer the question, please.
22    A  Repeat the question again.

**21**

1    Q  Did you file a claim with your insurance?
**2    A  Can you rephrase that?**
3    Q  You said you got in an accident when you
4  were 19, correct?
**5    A  Uh-huh.**
6    Q  Did you file a claim with your insurance
7  as a result of that accident?
8        MR. GREENBERG:  With her insurance or the
9  other?
10       MR. HUANG:  Either one.
**11    A  I believe it was with their insurance.**
**12 BY MR. HUANG:**
13    Q  And was that for property damage or for
14 medical claims?
**15    A  Both.**
16    Q  Do you remember approximately how much you
17 received for your medicals?
18       MR. GREENBERG:  Objection.
**19    A  I do not.**
20       MR. GREENBERG:  Ms. Rittersbacher, do me a
21 favor.  Can you just wait until I make an
22 objection before answering?

**22**

1        THE WITNESS:  Yes.
2        MR. GREENBERG:  Thank you.
3  BY MR. HUANG:
4    Q  Were you involved in any other accidents?
**5    A  No.**
6    Q  Have you ever been previously arrested?
**7    A  No.**
8        MR. GREENBERG:  Objection.
9  BY MR. HUANG:
10    Q  Have you ever been charged with a crime?
**11    A  No.**
12    Q  Have you ever been in court for any
13 reason?
**14    A  Yes.**
15    Q  How many times?
**16    A  Once.**
17    Q  What was that for?
**18    A  Speeding ticket.**
19    Q  So you got a speeding ticket.  When was
20 that?
**21    A  I don't recall.**
22    Q  Okay.  Have you ever had your deposition

**23**

1  taken before?
**2    A  No.**
3    Q  Who is your current health insurance
4  provider?
5        MR. GREENBERG:  Objection.  You can
6  answer.
**7    A  I'm sorry?**
8        MR. GREENBERG:  You can answer.
**9    A  United Healthcare.**
**10 BY MR. HUANG:**
11    Q  Is that through your employer?
**12    A  No.**
13    Q  Is that through your husband's employer?
**14    A  Yes.**
15    Q  How long have you had that insurance?
**16    A  For the term of his employment there.**
17    Q  Where is that?
**18    A  MDOT.**
19    Q  And that's the same job -- how long has he
20 been there?
**21    A  Three years.**
22    Q  Have you had other health insurance

**24**

1  providers in the past?
**2    A  Yes.**
3    Q  What was the insurance provider
4  immediately prior to this insurer?
5        MR. GREENBERG:  Objection.  You can answer
6  if you know.
**7    A  I don't recall.**
**8  BY MR. HUANG:**
9    Q  Do you have life insurance?
**10    A  Yes.**
11    Q  Who is that through?
12       MR. GREENBERG:  Objection.  You can
13 answer.
**14    A  CUNA Mutual.**
**15 BY MR. HUANG:**
16    Q  Do you remember if you had to get a
17 physical examination before you got that
18 insurance?
**19    A  No.**
20    Q  Have you ever made a claim for disability
21 insurance?
**22    A  No.**

25

1    Q   Are you receiving Social Security
2  disability insurance of any kind?
3    A   No.
4    Q   So you mentioned you work for Target,
5  correct?
6    A   Yes.
7    Q   You said you don't recall how much you
8  were making at the time of the incident?
9    A   No.
10    Q   Are you making a claim for lost wages?
11    A   No.
12        MR. GREENBERG:  We actually are.  You were
13  submitted --
14        MR. HUANG:  Okay.  Let's move on.
15  BY MR. HUANG:
16    Q   Have you ever filed a workers'
17  compensation claim?
18    A   No.
19    Q   So let's focus more on the day of the
20  incident.
21        Do you remember what time you woke up on
22  June 18, 2019?

26

1    A   No.
2    Q   Do you remember what the weather was like
3  that day?
4    A   Yes.
5    Q   What was it like?
6    A   Sunny.
7    Q   And what had you done the night before on
8  June 17, 2019?
9    A   I don't recall.
10    Q   Do you remember if you consumed any
11  alcohol on June 18, 2019?
12    A   No.
13    Q   Did you take any medications?
14    A   No.
15    Q   Did you take any vitamins or supplements?
16    A   Yes.
17    Q   What kind were those that you took?
18    A   Vitamins.
19    Q   What kind of vitamins?
20    A   Prenatal vitamins.
21    Q   So do you remember what day of the week
22  that was?

27

1        MR. GREENBERG:  What what was, counsel?
2  BY MR. HUANG:
3    Q   What day of the week June 18, 2019 was?
4    A   I'm sorry?
5    Q   Do you remember what day of the week
6  June 18, 2019 was?
7    A   No.
8    Q   Do you remember what you did that day?
9    A   No.
10    Q   Did you go to work that day?
11    A   No.
12    Q   Do you remember going to the Food Lion?
13    A   Yes.
14    Q   Do you remember what time you left the
15  house?
16    A   No.
17    Q   Do you remember leaving the house prior to
18  going to this Food Lion?
19    A   Repeat that again.
20    Q   Do you remember leaving the house to go
21  elsewhere besides the Food Lion?
22    A   No.

28

1    Q   How long have you been going to this Food
2  Lion?
3    A   From the time that I lived in Cambridge.
4    Q   How long was that?
5    A   Since 2011.
6    Q   So approximately eight years?
7    A   Yes.
8    Q   How frequently did you go to this grocery
9  store?
10    A   Once a week.
11    Q   Did you go to any other grocery stores?
12    A   Yes.
13    Q   Which ones?
14    A   Wal-Mart.
15    Q   So what made you -- I'm sorry, when would
16  you go to Wal-Mart and when would you go to Food
17  Lion?
18    A   No particular -- when there are sales.
19    Q   So why did you go to the Food Lion that
20  day?
21    A   Go grocery shopping.
22    Q   And what exactly were you looking to buy?

29

1    A  I don't recall.
2    Q  Is this Food Lion the closest grocery
3 store to your house?
4    A  It's equal.
5    Q  Equal with?
6    A  Wal-Mart.
7    Q  So how did you get to the Food Lion?
8    A  I drove.
9    Q  Was anyone else in the car with you?
10   A  No.
11   Q  So when you went to the Food Lion how long
12 were you there do you think?
13   A  I don't recall.
14   Q  So you said you had been going to this
15 Food Lion for eight years, correct?
16   A  Yes.
17   Q  So you're pretty familiar with the layout?
18   A  Yes.
19   Q  So how many entrances are there for this
20 Food Lion?
21   A  Two.
22   Q  And which entrance did you take that day?

30

1    A  Entrance to the right.
2    Q  And so when you entered on the right what
3 section is that?
4    A  Carts.
5    Q  I'm sorry?
6    A  There's carts.
7    Q  And so past the carts what section is
8 there?
9    A  Cash registers.
10   Q  And once you're past the cash registers
11 what is there?
12   A  Produce.
13   Q  And so tell me about your intended path
14 that day through the store.
15      Once you walked past the registers where
16 did you intend to go?
17   A  I went to the produce section, salad.
18   Q  Is it a salad bar?
19   A  No.
20   Q  So please describe the section.
21   A  It's just a variety of produce and salads.
22   Q  Salads as in vegetables or pre-made

31

1 salads?
2    A  Pre-made.
3    Q  So what happened after -- did you go
4 anywhere after the produce section?
5    A  I was unable to.
6    Q  Why was that?
7    A  Because I had fell.
8    Q  So tell me about the events just before
9 the fall.  What were you doing?
10   A  I went to the salad section in the produce
11 section.
12   Q  And what were you looking for?
13   A  Salad.
14   Q  What kind of salad?
15   A  Packaged salad.
16   Q  And so how long were you there at the
17 salad section?
18   A  I'm not sure.
19   Q  Do you remember what color the floor was
20 at the time?
21   A  I do not.
22   Q  You've been going there for eight years

32

1 and you don't remember what the color of the floor
2 was?
3    A  No.
4    Q  Did you notice anything on the floor?
5    A  Yes.
6    Q  What was on the floor?
7    A  A mat.
8    Q  What color was the mat?
9    A  Black.
10   Q  How many mats were there?
11   A  One.
12   Q  And how was the mat arranged in respect to
13 where you were standing prior to the fall?
14      MR. GREENBERG:  If you can answer it go
15 on.
16   A  I'm not sure how to explain it to you.
17 BY MR. HUANG:
18   Q  So when you mentioned you were looking
19 at prepackaged salads, where were the salads
20 located?
21   A  Next to the flower arrangement section.
22   Q  How were the salads stored?

**33**

1    A  They were in front of me.

2    Q  Was it in a refrigerated aisle?

3    A  It's more of a small — I'm not sure how

4  to answer that.

5    Q  So if you're facing the salads what is to

6  your left?

7    A  The flower arrangements.

8    Q  How far away are the flowers?

9    A  Next to the produce section.

10    Q  Let me ask this.  Were you able to pick up

11  a package of salad?

12    A  Yes.

13    Q  When you got the salad what were you

14  facing?

15    A  I was facing the salad.

16    Q  And when you went to your left what was

17  there?

18      MR. GREENBERG:  Objection, asked and

19  answered.  Go on.

20    A  Flower arrangements.

21  BY MR. HUANG:

22    Q  How far away were the flower arrangements?

**34**

1    A  I'm not sure of the distance.

2    Q  And to your right what was there?

3    A  Other vegetables.

4    Q  And behind you what was there?

5    A  More produce.

6    Q  So the flower arrangements you said -- you

7  don't know the exact distance, correct?

8    A  Correct.

9    Q  If you were to walk from where you were

10  facing the salads to the flower section, how long

11  do you think it would take?

12    A  I'm not sure.

13    Q  So after you got the salad what was your

14  intention?

15    A  Continue my grocery shopping.

16    Q  What were you looking to get next?

17    A  I don't recall.

18    Q  So when you turned left what were you --

19  where were you looking?

20    A  In front of me.

21    Q  And what did you see when you turned left?

22    A  More produce.

**35**

1    Q  As you were walking did you look down at

2  the floor at all?

3    A  Yes.

4    Q  What did you see?

5    A  The mat.

6    Q  What did the mat look like?

7    A  Black.

8    Q  How big was it?

9    A  Big.

10    Q  How many people were in your vicinity?

11    A  One.

12    Q  Was it another customer or was it a store

13  employee?

14    A  Store employee.

15    Q  So where was this person located?

16    A  In the produce section.

17    Q  How close were you to the mat when you

18  were leaving the salad section?

19    A  I'm not sure.

20    Q  What was your recollection as to whether

21  the employee or you was closer to the mat?

22    A  I was closer.

**36**

1    Q  What was around the mat?

2    A  Wooden produce stands.

3    Q  Was there anything on the ground next to

4  the mat?

5    A  No.

6    Q  And what kind of produce was there?

7    A  Potatoes.

8    Q  And where was the flower display in

9  relation to these potatoes?

10    A  They would have been to my right.

11    Q  So when you're facing the mat where were

12  the flowers?

13    A  To my right.

14    Q  And where were the potatoes?

15    A  To my left.

16    Q  And so what was ahead of you?

17    A  The floor.

18    Q  And was that where the mat was located?

19    A  Yes.

20    Q  And what was past the mat?

21    A  An aisle.

22    Q  What was in the aisle?

37

1    A  Nothing.
2    Q  Did you notice anything leaking from under
3  the mat?
4    A  No.
5    Q  Was the mat a uniform color?
6    A  I'm not sure what you mean.
7    Q  You said the mat was black, correct?
8    A  Correct.
9    Q  Was it darker in certain parts?
10   A  I don't recall.
11   Q  Did you see any other mats in the
12 vicinity?
13   A  No.
14   Q  So tell me what happened when you
15 approached the mat.
16   A  I slipped and fell.
17   Q  So what did you slip and fall on?
18   A  The mat.
19   Q  So when you slipped on the mat tell me
20 more in detail about how you fell.
21   A  I don't recall.
22   Q  Do you remember if your feet went -- if

38

1  you fell forward or fell back?
2    A  I don't recall.
3    Q  So did you hit your head?
4    A  No.
5    Q  Did anybody come to your assistance after
6  you fell?
7    A  No.
8    Q  So what happened after you fell?
9    A  I tried to stand up.
10   Q  And what happened next?
11   A  I was unable to.
12   Q  And then what happened next?
13   A  I was leaning on the wooden potato stand
14 for support.
15   Q  And then what happened next?
16   A  I had a gentleman from the produce section
17 come over to try to help me.
18   Q  Is this the same person that you mentioned
19 earlier?
20   A  Yes.
21   Q  What did you say to him?
22   A  I don't recall.

39

1    Q  So after he came to assist you what did
2  you do?
3    A  I was trying to get my balance or to stand
4  up.
5    Q  And then?
6    A  I was unable to.
7    Q  And so did the employee call for further
8  assistance?
9    A  Yes.
10   Q  And what happened next?
11   A  One of the employees came over -- another
12 one came over to assist.
13   Q  And what happened after that?
14   A  I tried to still get my balance, unable to
15 stand up.
16   Q  And so when you stood up where was the
17 mat?
18   A  On the ground.
19   Q  Was it flat on the ground?
20   A  No.
21   Q  Describe the condition of the mat.
22   A  Some type of substance, soapy, wet.

40

1    Q  You said the mat was not flat on the
2  ground, correct?
3    A  It was turned up.
4    Q  What does that mean?
5    A  Flipped up.
6    Q  And what was the color of the bottom?
7    A  Shiny wet.
8    Q  What's the color?
9    A  Soapy.
10   Q  What was the color?
11   A  Soapy.
12   Q  In terms of the primary color what color
13 was it?  Was it black?  Was it green?
14   A  No.
15   Q  What color was it?
16   A  I'm not sure.
17   Q  So did you see the mat prior to your fall?
18   A  Yes.
19   Q  So was it flat on the ground when you
20 first saw it?
21   A  Yes.
22   Q  So when you were leaving the salad section

41

1  how far do you think was the mat?
2    **A  I'm not sure.**
3    Q  And did the mat cause you to fall?
4    **A  Yes.**
5    Q  So you said you didn't see anything
6  besides the mat at the time?
7    **A  (No oral response.)**
8    Q  You didn't see any liquid from underneath
9  the mat?
10   **A  No.**
11   Q  Did you see any other substance?
12   **A  No.**
13   Q  Was there anything else on the ground next
14 to it?
15   **A  No.**
16   Q  So how long did you take before you were
17 able to get your balance?
18   **A  I'm not sure.**
19   Q  So after the two employees came to help
20 you what happened next?
21   **A  They offered for me to sit on a crate**
22 **initially.**

42

1    Q  And what happened next?
2    **A  I was unable to bend my knee.**
3    Q  And what happened after that?
4    **A  They brought -- another employee came out**
5  **and brought out a chair.**
6    Q  And what happened after that?
7    **A  They tried to assist me with ice or cold**
8  **peas.**
9    Q  Approximately how long was it before you
10 left the store?
11   **A  I'm not sure.**
12   Q  And how did you leave the store?
13   **A  By ambulance.**
14   Q  So the EMTs came into the store?
15   **A  Yes.**
16   Q  How were you taken out of the store?
17   **A  On one of the beds or whatever you call**
18 **them.**
19   Q  So where did the ambulance take you to?
20   **A  Hospital.**
21   Q  Which hospital?
22   **A  I'm not sure of the name.**

43

1    Q  So the produce section, what kind of
2  lighting does it have?
3    **A  Can you repeat the question?**
4    Q  What kind of lighting does the produce
5  section have?
6    **A  I'm not sure.**
7    Q  Is there fluorescent lights?
8    **A  I'm not sure.**
9    Q  Do you remember what the visibility was of
10 the floor at the time of the incident?
11   **A  In reference to?**
12   Q  Did you see what was on the ground?
13   **A  The mat.**
14   Q  Did you see the mat clearly?
15   **A  Yes.**
16   Q  So is it your contention that there was
17 nothing wrong with the lights at that time?
18   **A  I said I wasn't sure.**
19   Q  So when you said the mat was a soapy color
20 could you please describe that?
21   **A  Shiny, wet.**
22   Q  So you mentioned you didn't see this prior

44

1  to the fall?
2    **A  No.**
3    Q  Would anybody else have been able to see
4  it prior to the fall?
5    **A  I'm not sure.**
6    Q  So did you see a wet floor sign?
7    **A  No.**
8    Q  Have you seen a video of this incident?
9    **A  No.**
10   Q  You said the ambulance took you to the
11 hospital.
12      What did you do there?
13   **A  They had took some pictures, x-rays.**
14   Q  What happened after that?
15   **A  They put me on pain meds.**
16   Q  Did they refer you to physical therapy?
17   **A  They referred me to my doctor for**
18 **further --**
19   Q  I'm sorry, could you repeat that?
20   **A  They referred me to my doctor.**
21   Q  Who was that?
22   **A  Dr. Errabulo.**

45

1    Q  And when did you go see this doctor?

2    A  I don't recall.

3    Q  How long had you been seeing this doctor

4  prior to this incident?

5    A  Since my move to Cambridge, Maryland.

6    Q  And when was that?

7    A  2011.

8    Q  So do you see any other medical

9  professionals after the fall before you saw this

10 doctor?

11    A  I'm sorry, repeat the question.

12    Q  So after the fall who was the first

13 medical professional that you saw?

14    A  Dr. Errabulo.

15      MR. GREENBERG:  Counsel, are you saying

16 after the hospital?

17      MR. HUANG:  Yes.

18      MR. GREENBERG:  Okay.  That's not what you

19 said.

20 BY MR. HUANG:

21    Q  So when you went to the doctor what

22 happened on that day?

46

1    A  I don't recall.

2    Q  Did she diagnose you with anything?

3    A  He.  I'm sorry, you said she.

4    Q  The doctor, did he or she diagnose you

5  with anything?

6    A  I don't recall.

7    Q  When you went there what were your

8  complaints?

9    A  Pain in my knee.

10    Q  Could you describe the pain?

11    A  Burning, pain.

12    Q  How did you get to the doctor that day?

13    A  My husband.

14    Q  And which knee was it that was hurting?

15    A  Left.

16    Q  So how far away is the entrance of your

17 doctor's office from the parking lot?

18    A  I'm not sure.

19    Q  So how did you get into the doctor's

20 office?

21    A  My husband assisted me.

22    Q  Were you using any crutches?

47

1    A  I had a full knee brace.

2    Q  Did someone prescribe that to you?

3    A  Yes.

4    Q  So when you complained to the doctor of

5  knee pain what did he or she do next?

6    A  I don't recall.

7    Q  Did they prescribe you any medicine?

8    A  Yes.

9    Q  What kind of medicine?

10    A  Tramadol.

11    Q  Did they prescribe you anything else?

12    A  I don't recall.

13    Q  Did they prescribe you physical therapy?

14    A  Yes.

15    Q  Where did they refer you to?

16    A  Just a physical therapist.

17    Q  And how soon after this visit did you go

18 to the physical therapist?

19    A  I don't recall.

20    Q  Do you remember how long you were in

21 physical therapy?

22    A  No.

48

1    Q  Do you remember what you did in physical

2  therapy?

3    A  Yes.

4    Q  Please describe a little more.

5    A  Can you repeat the question?

6    Q  What did they have you do in physical

7  therapy?

8    A  Strengthening.

9    Q  What kind of exercises did this entail?

10    A  I guess the best way to describe it is

11 bands.

12    Q  Resistance bands?

13    A  Yes.

14    Q  What parts of the body were they treating?

15    A  My knee.

16    Q  So did you have an MRI done on your knee?

17    A  Yes.

18    Q  Do you remember who did it?

19    A  No.

20    Q  Was it prior to your physical therapy?

21    A  Yes.

22    Q  Do you remember what the MRI said about

**49**

1   your knee?

2   **A   No.**

3   Q   Did the physical therapy help with the

4   pain?

5   **A   Yes.**

6   Q   How long did it take before you started

7   feeling better?

8   **A   I don't recall.**

9   Q   Did the physical therapy fully resolve

10  your pain?

11  **A   No.**

12  Q   And what did you do when you determined it

13  wasn't helping?

14  **A   I was told to do exercises at home.**

15  Q   So who did you talk to when you -- who did

16  you tell that the exercises weren't helping?

17  **A   Can you repeat the question?**

18  Q   Who did you tell when you said your

19  exercises weren't helping or the physical therapy

20  wasn't helping?

21  **A   My doctor.**

22  Q   Did you tell the physical therapist as

**50**

1   well?

2   **A   Yes.**

3   Q   What did the physical therapist say to you

4   when you told them that it wasn't helping?

5   **A   Do exercises at home.**

6   Q   The same exercises you were doing during

7   physical therapy?

8   **A   I'm sorry?**

9   Q   Same exercises you were doing at physical

10  therapy?

11  **A   Some.**

12  Q   Could you please describe these exercises?

13  **A   I had to put a sheet around my foot,**

14  **extend upwards and back down.  Go ahead.**

15  Q   And did these exercises help?

16  **A   Some.**

17  Q   What did it help?

18  **A   It helped strengthen my knee.**

19  Q   Were you still feeling pain?

20  **A   Yes, occasionally.**

21  Q   When were you feeling pain?

22  **A   I have some good days and some bad days.**

**51**

1   I'm not really sure.

2   Q   So did you talk to any other medical

3   professionals after you determined these exercises

4   weren't helping?

5   **A   My doctor.**

6   Q   And what did your doctor say?

7   **A   Continue with the exercises.**

8   Q   Was this in addition to physical therapy?

9   **A   It depends on which time frame you're**

10  **talking about.**

11  Q   So you said you did physical therapy and

12  then you determined it wasn't helping.

13      When did you stop going to physical

14  therapy?

15  **A   I'm not sure.**

16  Q   So did you resume -- did you ever stop

17  physical therapy?

18  **A   Yes.**

19  Q   And how long was it before you went back

20  to physical therapy?

21  **A   I'm not sure of the time frame.**

22  Q   So why did you stop physical therapy in

**52**

1   the first place?

2   **A   Because they told me to resume doing the**

3   **therapy at home.**

4   Q   So how often were you supposed to perform

5   these exercises at home?

6   **A   Three days a week.**

7   Q   How often during those days?

8   **A   Can you rephrase the question?**

9   Q   How many times per day on those days were

10  you supposed to exercise?

11  **A   Once or twice.**

12  Q   And you said that at some point these

13  exercises stopped improving the pain, correct?

14  **A   Repeat that again.**

15  Q   At some point did these exercises stop

16  being effective?

17  **A   I'm not sure.**

18  Q   So do you recall telling the doctor that

19  your knee was feeling better at some point?

20  **A   Yes.**

21  Q   Did you injure yourself after the fall at

22  any point?

53

1    A No.
2    Q Do you recall telling the doctor you
3 twisted your knee?
4    A No.
5    Q So you didn't twist your knee on
6 August 16, 2019?
7    A I'm not sure.
8    Q So do you remember when you resumed
9 physical therapy?
10    A No.
11    Q During the second round of physical
12 therapy how long were you there?
13    A I'm still going.
14    Q Okay. Is it the same physical therapist
15 you were seeing during the first time?
16    A Yes.
17    Q How do you feel about your physical
18 therapy now?
19    A It's strengthening.
20    Q Have your symptoms changed at all the past
21 two years?
22    A Can you be a little more clear with that?

54

1    Q Has your knee improved in the last two
2 years?
3    A No.
4    Q So you haven't improved.
5      Why do you keep going to physical therapy?
6    A It strengthens it.
7    Q Does strengthening have any tangible
8 improvement for your knee?
9    A Yes.
10    Q So besides physical therapy are you seeing
11 any other medical professionals?
12    A Can you repeat the question?
13    Q Other than your physical therapist are you
14 seeing any other medical professionals about your
15 knee?
16    A Yes.
17    Q Who is that?
18    A The orthopedic doctor.
19    Q And who is that?
20    A Orthopedic Center.
21    Q And do you have a professional that you
22 deal with directly there?

55

1    A Yes.
2    Q Who is that?
3    A Dr. Calka.
4    Q And what do you do there?
5    A Rephrase the question.
6    Q When did you start going there?
7    A I'm not sure.
8    Q Why did you start going there?
9    A Because I was still having pain in my
10 knee.
11    Q So was this before or after your first
12 round of physical therapy?
13    A After.
14    Q Was this before or after your second round
15 of physical therapy?
16    A I'm still in therapy.
17    Q So this is before you resumed physical
18 therapy?
19    A Yes.
20    Q So when you saw this doctor did he
21 prescribe you anything?
22    A Yes.

56

1    Q What did he prescribe you?
2    A Physical therapy.
3    Q So this Orthopedic Center sent you back to
4 physical therapy, correct?
5    A Yes.
6    Q Did you go there for a second opinion?
7    A To where?
8    Q From your original doctor.
9    A I don't understand what you mean.
10    Q So you stated that physical therapy was
11 not helping, correct?
12    A (No oral response.)
13    Q So you went to this Orthopedic Center
14 because it wasn't helping, correct?
15    A From the first time?
16    Q Yes.
17    A I was still in pain, yes.
18    Q So you went to the Orthopedic Center
19 because physical therapy wasn't helping?
20    A Yes.
21    Q So you were going there for a second
22 opinion, correct?

57

1    A  Going where?
2    Q  The Orthopedic Center.
3    A  I'm not sure.
4    Q  So the Orthopedic Center recommended
5 physical therapy.
6      Were you in therapy at that point already?
7    A  At which time?
8    Q  At the time you went to the Orthopedic
9 Center were you already in physical therapy?
10   A  No.
11   Q  So you went back to this physical
12 therapist after the Orthopedic Center recommended
13 it?
14   A  Yes.
15   Q  Are the exercises they have you doing now
16 any different from the exercises they had you
17 doing during the first round of physical therapy?
18   A  Some.
19   Q  What are some of the new exercises they
20 have you doing?
21   A  They have me doing -- it's with a machine.
22 I'm not sure of the name of it.

58

1    Q  And what does the machine exercise?
2    A  It's similar to the band but it has
3 weights.
4    Q  So how often do you go to physical therapy
5 now?
6    A  Three days a week.
7    Q  How long do you plan on continuing to go?
8    A  I'm not sure.
9    Q  I'm going to jump all the way back.
10    You mentioned you do have life insurance,
11 correct?
12   A  Life insurance?
13   Q  Yes, ma'am.
14   A  Yes.
15   Q  And that you did not need to take a
16 physical before getting the policy?
17   A  No.
18   Q  So how would you describe your physical
19 condition prior to your fall?
20   A  Good.
21   Q  Approximately how tall are you?
22   A  5'6".

59

1    Q  And how much do you weigh?
2    A  190.
3    Q  At the time of the incident how much did
4 you weigh?
5    A  I'm not sure.
6    Q  Have you been involved in any other falls?
7    A  No.
8    Q  Have you ever been previously
9 hospitalized?
10   A  No.
11   Q  Have you ever previously sustained any
12 injuries to your knee?
13   A  No.
14   Q  Have you ever had surgery before?
15   A  Rephrase the question.
16   Q  Have you ever had surgery before?
17   A  In my life?
18   Q  Yes, ma'am.
19   A  Yes.
20   Q  What kind of surgeries have you had?
21   A  C-sections.
22   Q  Nothing outside of C-sections?

60

1    A  No.
2    Q  Describe in ways that -- how has the knee
3 limited your everyday life?
4    A  Repeat the question.
5    Q  How has your knee injury affected your
6 everyday life?
7    A  Makes it difficult to do some of the
8 simple things.
9    Q  Could you be more specific?
10   A  Up and down stairs, activities with my
11 daughter.
12   Q  You mentioned in your house that the
13 bedrooms are on the first floor?
14   A  Yes.
15   Q  And that the bedroom downstairs was empty,
16 correct?
17   A  I'm sorry?
18   Q  You mentioned that there was a bedroom
19 downstairs or on the other floor, correct?
20   A  Upstairs, yes.
21   Q  But that room was empty?
22   A  I did not say that.

61

1    Q  You said it wasn't used for anything.
2    **A  You asked me what was upstairs and I said**
3  **a bedroom and another room.**
4    Q  What are in those rooms?
5    **A  One of them is a bedroom.  One of them is**
6  **a living room and office.**
7    Q  Is there another living room on the other
8  floor?
9    **A  Yes, downstairs.**
10    Q  After the incident did you take time off
11  work?
12    **A  Yes.**
13    Q  Approximately how long?
14    **A  I'm not sure.**
15    Q  So when you returned to work were you able
16  to perform your duties?
17    **A  No.**
18    Q  What were your normal responsibilities at
19  the time?
20    **A  Standing for long periods of time, a lot**
21  **of walking, bending, picking up.**
22    Q  So did you stay at work or did you take

62

1  time off again after this?
2    **A  I reduced my hours.**
3    Q  Did you request an accommodation from your
4  employer?
5    **A  I'm sorry?**
6    Q  Did you request an accommodation from your
7  employer in terms of your duties?
8    **A  I'm not sure what you mean.**
9    Q  Did you ask for tasks that were more
10  suitable for your injury?
11    **A  I don't recall.**
12    Q  So when were you able to remove the knee
13  place?
14    **A  I don't recall.**
15    Q  Did you use any other assistive tools like
16  crutches or a wheelchair?
17    **A  Yes.**
18    Q  Which one?
19    **A  Both.**
20    Q  What did you use first, the crutches or
21  the wheelchair?
22    **A  Both.**

63

1    Q  So when did you use the crutches?
2    **A  It wasn't crutches.  It was a walker.**
3    Q  How long did you use the walker?
4    **A  I'm not sure.**
5    Q  How long after the incident did you get
6  the walker?
7    **A  Immediately.**
8    Q  Did the doctor tell you to get the walker?
9    **A  No.**
10    Q  So you did that on your own?
11    **A  I'm sorry?**
12    Q  You did that on your own?
13    **A  Yes.**
14    Q  So how long after the walker did you get
15  the wheelchair?
16    **A  I'm not sure.**
17    Q  So in what instances would you use the
18  rocker and in what instances would you use the
19  wheelchair?
20    **A  To go to the rest room from the walker.**
21    Q  And the wheelchair was for every other
22  time?

64

1    **A  The wheelchair was a ways after.**
2    Q  What do you mean by that?
3    **A  I didn't use that immediately.  I didn't**
4  **have that immediately.  I had it but I didn't use**
5  **it.**
6    Q  So at your job did you use the wheelchair?
7    **A  No.**
8    Q  Did you use the walker at your job?
9    **A  No.**
10    Q  How did you get to your job?
11    **A  I drove.**
12    Q  Prior to this how did you get to your job?
13    **A  Prior to what?**
14    Q  The incident.
15    **A  Yes, I drove.**
16    Q  So you didn't use the walker or a
17  wheelchair at your job.
18        Where did you use it?
19    **A  At home.**
20    Q  Did you take your walker or wheelchair to
21  physical therapy?
22    **A  No.**

**65**

1    Q  When were you able to resume normal
2  activities without the walker or wheelchair?
3    **A  I'm not sure.**
4    Q  How many hours were you working prior to
5  the incident per week?
6    **A  32.**
7    Q  And how many hours were you working after
8  the incident?
9    **A  I'm not sure.**
10    Q  How many hours are you working per week
11  now?
12    **A  I'm not sure.**
13    Q  You're not sure how many hours you work at
14  this time?
15    **A  Because of COVID it's fluctuating.**
16    Q  How many hours did you work last week?
17    **A  I didn't.**
18    Q  How many hours did you work the week
19  before that?
20    **A  It was one day.**
21    Q  And before that?
22    **A  I'm not sure.**

**66**

1    Q  And the week before that?
2    **A  I'm not sure.**
3    Q  Have they changed your duties at all since
4  the incident, Target?
5    **A  No.**
6    Q  Do you have any -- what do you do now at
7  home in your free time?
8    **A  Repeat the question.**
9    Q  What do you do at home in your free time?
10    **A  Watch TV.**
11    Q  How about on the weekends?  What do you
12  do?
13    **A  Same.**
14    Q  Do you follow any sports?
15    **A  No.**
16    Q  Where is the TV that -- your primary TV
17  located?
18    **A  In my living room.**
19    Q  Which one?
20    **A  Downstairs.**
21    Q  So let me go back to the structure of your
22  house.

**67**

1    There's two levels, correct?
2    **A  Yes.**
3    Q  To get to the other floor do you go up or
4  do you go down?
5    **A  Say again.**
6    Q  So when you get -- there's two floors.
7    How do you get to the other level?  Do you
8  go up or do you go down?
9    **A  Up.**
10    Q  So repeat again which living room is your
11  primary TV located?
12    **A  I don't have a primary.**
13    Q  So the TV that you watch, where is it
14  located?
15    **A  I have more than one TV.**
16    Q  Which one do you mainly use?
17    **A  Downstairs.**
18    Q  How many hours a day are you on your feet?
19    **A  I'm not sure.**
20    Q  So at your job at Target what percentage
21  of the day are you on your feet?
22    **A  95 percent.**

**68**

1    Q  What would you say is your most strenuous
2  activity you do at Target?
3    **A  Bending over.**
4    Q  What kind of job functions would require
5  you to bend over?
6    **A  Refilling bags or picking up items off the
7  floor.**
8    Q  And what percentage of your job does that
9  entail?
10    **A  I'm not sure.**
11    Q  Prior to the incident what would you say
12  is the most strenuous activity you had to do at
13  Target?
14    **A  There wasn't.**
15    Q  What would you say is generally your most
16  strenuous activity outside of work prior to the
17  incident?
18    **A  There isn't any.**
19    Q  Does your house have a yard?
20    **A  Yes.**
21    Q  What do you have in your yard?
22    **A  Repeat the question.**

69

1   Q  What do you have in your yard?
2       MR. GREENBERG: Objection. Counsel,
3   explain what you mean.
4   BY MR. HUANG:
5   Q  What do you have in your yard?  Do you
6   have a garden in your yard?
7   **A  No.**
8   Q  Who does the cleaning in your house?
9   **A  Everyone.**
10  Q  What is your portion of the
11  responsibilities?
12  **A  Cooking, laundry.**
13  Q  Where is your laundry room located?
14  **A  Downstairs.**
15  Q  On the main level?
16  **A  Yes.**
17  Q  What kind of laundry machine is?  Is it a
18  front open or is it a top open?
19  **A  Top.**
20  Q  Is your dryer a top open or a front open?
21  **A  Front.**
22  Q  Prior to the incident were your chores any

70

1   different?
2   **A  No.**
3   Q  Who cleans the kitchen?
4   **A  All of us.**
5   Q  And how much percentage was your
6   responsibility?
7   **A  You said how much was?**
8   Q  How much is your percentage of
9   responsibility for cleaning the kitchen prior to
10  the incident?
11  **A  Percentage?**
12  Q  Yes, ma'am.
13  **A  90 percent.**
14  Q  So how long does it usually take you to
15  clean your kitchen?
16  **A  I'm not sure.**
17  Q  How long are you usually in the laundry
18  room when you're doing a load of laundry?
19  **A  Can you repeat the question?**
20  Q  How long are you usually in the laundry
21  room when you're doing a load of laundry?
22  **A  I'm not sure.**

71

1   Q  When was the last time you went on
2   vacation?
3   **A  I don't recall.**
4   Q  Have you ever received a disability
5   rating?
6   **A  Repeat the question.**
7   Q  Have you ever received a disability
8   rating?
9   **A  Can you rephrase the question?**
10  Q  Have you ever applied for disability?
11  **A  Yes.**
12  Q  Tell me more about that.
13  **A  For this incident.**
14  Q  So who did you apply with?
15  **A  Target.  Can I take a break?**
16      MR. HUANG: That's fine.  We can go off
17  the record.
18      (A brief recess was taken.)
19  BY MR. HUANG:
20  Q  Ms. Rittersbacher, there's some, I guess,
21  housekeeping I need to do.
22      What was your date of birth?

72

1   **A  4/22/1976.**
2   Q  And what is your Social Security number?
3       MR. GREENBERG: Objection and don't give
4   it.  Counsel, I can talk to you after about that.
5       MR. HUANG: I'll circle back to that.
6       MR. GREENBERG: That's fine. I will call
7   you afterwards or you can call me afterwards.
8       MR. HUANG: Okay.
9   BY MR. HUANG:
10  Q  Before the break we were talking about you
11  applying for disability with Target, correct?
12  **A  We were talking about vacation.**
13  Q  After that I asked you if you applied for
14  disability and you mentioned you applied for
15  disability with Target, correct?
16  **A  Yes.**
17  Q  Tell me about what happened there.
18  **A  I applied for disability through Target.**
19  Q  So what kind of paperwork did you have to
20  fill out?
21  **A  I did it all over the phone.**
22  Q  Who did you speak with at Target?

73

1    **A  Human Resources referred me to Disability.**
2    Q  What was the department they referred you
3  to?
4    **A  Disability.**
5    Q  And who did you speak with at Disability?
6    **A  I'm not sure.**
7    Q  Is there an office within the store you
8  work in?
9    **A  No.**
10    Q  So when you spoke to Disability what did
11  you discuss?
12    **A  That I had an injury and I was unable to**
13  **perform the duties that I needed to at Target.**
14    Q  And what happened next?
15    **A  They took over.**
16    Q  What does that mean?
17    **A  They did everything else for me.**
18    Q  And what happened after that?
19    **A  I was at home.**
20    Q  When you applied for disability with
21  Target what were the possible responses from
22  Target?

74

1        MR. GREENBERG:  I apologize, repeat that
2  question.
3        MR. HUANG:  I asked her when she applied
4  for disability from Target what were the possible
5  decisions that Target could make?
6    **A  I was on disability.**
7  **BY MR. HUANG:**
8    Q  So when you went there to -- when you
9  spoke to Target's Disability department what was
10  the purpose?
11    **A  To get disability.**
12    Q  So they approved your disability?
13    **A  Yes.**
14    Q  Did they require you to see any medical
15  professionals prior to that decision?
16    **A  No, I gave notice from the doctor.**
17    Q  Doctor who?
18    **A  I was referred by a doctor.**
19    Q  Doctor who?
20    **A  Errabulo.**
21    Q  And who did he refer you to?
22    **A  I'm not sure.**

75

1    Q  Did he refer you to a doctor?
2    **A  Repeat the question.**
3    Q  You mentioned you were referred by your
4  doctor.
5        Who did he refer you to?
6    **A  He gave me a referral for disability.**
7    Q  So you gave that referral to Target's
8  Disability department?
9    **A  Yes.**
10    Q  How much disability did you receive?
11    **A  I'm not sure.**
12    Q  How long were you on disability?
13    **A  I don't recall.**
14    Q  So after your disability ran out what
15  happened next?
16        MR. GREENBERG:  Objection.  With what,
17  counsel?
18        MR. HUANG:  I'm sorry, please repeat that.
19        MR. GREENBERG:  You said you were on
20  disability and stopped.  What happened next?
21        With what?  With life?
22

76

1        MR. HUANG:  Yes.
2  BY MR. HUANG:
3    Q  Did you go back to work after your
4  disability ran out?
5    **A  Yes.**
6    Q  Do you remember what time frame you went
7  back?
8    **A  No.**
9    Q  Going back to Food Lion you said that you
10  slipped on a mat, correct?
11    **A  Yes.**
12    Q  Why did you slip on the mat?
13    **A  Can you rephrase the question?**
14    Q  Did you trip on the mat?
15    **A  I slipped on the mat.**
16    Q  So the mat came out from underneath you?
17    **A  I'm not sure.**
18    Q  Did the mat move when you fell on it?
19    **A  The mat slipped when I slipped on it.**
20    Q  Is that because of what you believe was
21  the soap underneath?
22    **A  I'm not sure.**

77

1    Q  So what is your understanding of why the
2  mat slipped?
3    **A  Because there was some type of substance**
4  **underneath the mat.**
5    Q  It's because of the substance underneath
6  the mat?
7    **A  Yes.**
8    Q  But you don't know if it was soap?
9    **A  No.**
10    Q  But it looked like soap?
11    **A  Yes.**
12    Q  Did you ever find out what that substance
13  was?
14    **A  No.**
15    Q  Did you talk to the employees who came to
16  assist you about the mat?
17    **A  Repeat the question again.**
18    Q  You mentioned there were two or three
19  employees who came to help you after you fell,
20  correct?
21    **A  Correct.**
22    Q  Did you mention the mat to them at all?

78

1    **A  Yes.**
2    Q  What did you discuss?
3    **A  That I slipped on the mat.**
4    Q  Did you ask them any questions?
5    **A  I don't recall.**
6    Q  Do you have any idea how long the mat had
7  been there?
8    **A  No.**
9    Q  How long were you in the store before you
10  fell on the mat?
11    **A  I'm not sure.**
12    Q  Did you observe the mat being moved any
13  time you were in the store?
14    **A  Rephrase the question.**
15    Q  You were in the store for an undetermined
16  amount of time.
17       While you were there did you observe the
18  mat being moved at any time?
19    **A  No.**
20    Q  You had been in that store numerous times
21  during the previous eight years.
22       Had you noticed the mats before?

79

1    **A  No.**
2    Q  Never noticed the mats?
3    **A  No.**
4    Q  What made you notice the mats this time?
5    **A  Because I had to walk over it to get to**
6  **where I was going.**
7    Q  Had you ever had to walk over these mats
8  before?
9    **A  I don't know.**
10    Q  What is beyond the produce section?
11    **A  Frozen food.**
12    Q  How far away was the frozen food section
13  from where the mat was?
14    **A  I don't know the distance.**
15    Q  Did you see any other -- you said you
16  didn't see any other mats but this one in the
17  vicinity?
18    **A  No.**
19    Q  Did Target ever have you see any other
20  doctor besides your own doctor?
21       MR. GREENBERG:  Objection.  Counsel, that
22  wasn't her statement.  Do you want to ask that

80

1  again?
2  BY MR. HUANG:
3    Q  Did Target have you evaluated by any other
4  doctors?
5    **A  No.**
6    Q  So just to reiterate, you did not see the
7  soapy substance prior to the mat slipping,
8  correct?
9       MR. GREENBERG:  Counsel, that's the fourth
10  time you asked the question.  Objection.
11  BY MR. HUANG:
12    Q  Answer the question, please.
13    **A  I'm sorry, you're going to have to ask the**
14  **question again.**
15    Q  You didn't see this soap-like substance
16  prior to your fall?
17    **A  No.**
18       MR. HUANG:  That's all the questions I
19  have for her at this time.
20       EXAMINATION BY COUNSEL FOR THE DEFENDANT
21  BY MR. O'BRIEN:
22    Q  Good afternoon, ma'am.  I'm just going to

---

81

1 ask you a couple of follow-up questions. My name
2 is Jim O'Brien and I represent one of the other
3 defendants in this case, Vane Services Cleaning.
4      Let me just ask you can you tell me or can
5 you describe for me the overall appearance of the
6 store on the date of the accident, June 18, 2019,
7 the store being Food Lion?
**8    A Appearance? Can you rephrase that?**
9    Q Yeah. Was it organized, unorganized? Was
10 it orderly?
11      How did it appear overall to you?
**12    A I'm not sure.**
13    Q Had you seen water in any other areas of
14 the floor besides the area where you fell on that
15 day?
**16    A No.**
17    Q Prior to the accident had you ever made
18 complaints about the condition of the store to
19 Food Lion employees?
**20    A No.**
21    Q Prior to the accident had you made any
22 complaints about my client, Vane Services

---

82

1 Cleaning?
**2    A Repeat the question.**
3    Q Had you ever made any complaints about my
4 client, Vane Services Cleaning, LLC to Food Lion
5 or anybody else prior to the accident?
**6    A No.**
7    Q On the prior instances when you were at
8 the store had you ever noticed water on the floor
9 on those prior occasions?
**10    A Prior to this incident?**
11    Q Correct.
**12    A No.**
13    Q And when you went to the store how did you
14 usually pay? Cash, credit, debit?
15      MR. GREENBERG: Objection. You can
16 answer.
**17    A You said I can?**
18      MR. GREENBERG: Yeah.
**19    A Cash.**
**20 BY MR. O'BRIEN:**
21    Q On the day in question did anybody tell
22 you there was water in the area of the floor where

---

83

1 you fell?
**2    A No.**
3    Q Now, I'm pulling this from the Complaint.
4 I only get to ask you questions one time so I'm
5 just going to ask you my understanding of what the
6 allegations are which is that the fall was caused
7 by -- what's described in the Complaint as a wet
8 and slippery substance underneath the mat.
9      Is that a correct summary of the accident?
**10    A Repeat the question again.**
11    Q This is what I have in terms of my notes
12 of how the accident was described which is the
13 plaintiff, which would be you, discovered
14 underneath of the mat was covered in a slippery
15 substance in the produce department.
**16    A Yes.**
17    Q Have you ever described the accident
18 differently to somebody else?
**19    A No.**
20    Q And you testified that there was some
21 slippery substance and it looked like soap; is
22 that correct?

---

84

**1    A Yes.**
2    Q But you don't know whether it was actually
3 soap as opposed to something else; is that
4 correct?
**5    A No.**
6    Q Did you ever pick up the mat and
7 physically look underneath the rest of it?
**8    A Yes.**
9    Q Okay. When did that happen in the
10 sequence of events?
**11    A The produce associate flipped the mat**
**12 back and I told him there's stuff there and**
**13 flipped the mat back to its original -- or to the**
**14 way it was.**
15    Q Just so I have it correctly, you were
16 walking up to the mat from --
**17    A No.**
18    Q -- the salad section; is that correct?
**19    A Yes.**
20    Q I just want to make sure I have the
21 chronology right.
22      And as you're walking to the mat it's

85

1 flat, correct?

2    **A  Yes.**

3    Q  Then you slip on the mat and then after

4 you fall on it you said it was crinkled and some

5 part of the mat was upsidedown; is that right?

6    **A  It was flipped up.**

7    Q  How much of the mat was flipped up?

8    **A  The corner.**

9    Q  And then after that you said that one of

10 the workers at the store flipped the mat up

11 entirely; is that right?

12    **A  Flipped it back down.**

13    Q  So the only section you would have seen

14 would have been that corner; is that right?

15    **A  It was back in its original state.**

16    Q  What I'm wondering is besides that corner

17 that -- let me just back up.

18      So is it correct to say that the only area

19 underneath the mat that you saw was the corner

20 that was flipped up after you fell; is that

21 correct to say?

22    **A  Yes.**

86

1    Q  So you don't know in terms of underneath

2 the rest of that mat whether there was soap or

3 some type of water or slippery substance

4 underneath that; is that correct?

5    **A  No, I don't.**

6    Q  Do you know where that soap or slippery

7 substance came from?

8    **A  No.**

9    Q  Do you have any idea how long it had been

10 underneath the mat?

11    **A  No.**

12    Q  Did you ever tell anybody that you saw

13 suds underneath the mat?

14    **A  I told the associate there was stuff under**

15 **it.**

16    Q  Besides the associate and obviously

17 besides today do you recall any other times?

18    **A  Repeat the question again.**

19    Q  I'm just wondering whether you said that

20 you saw some type of suds or slippery substance to

21 anyone else besides the associate who came up and

22 you spoke with.

87

1    **A  On that day just the associate and then I**

2 **believe the manager.**

3    Q  You don't recall what their names were, do

4 you?

5    **A  No.**

6    Q  How about after that day?  Did you tell

7 anybody else about the suds or slippery substance?

8    **A  No.**

9    Q  I'm just trying to get your understanding

10 here.  I understand there's more documents and

11 there's more involved in your testimony but I'm

12 just interested in what you know.

13      In the Complaint it says that the

14 defendants were aware of the faulty unit and

15 placed a mat to cover up the leaking unit.  I'm

16 just wondering what is your personal knowledge

17 about my client, Vane Services Cleaning's

18 knowledge of this substance underneath of the

19 mat.

20      MR. GREENBERG:  Objection.  You can answer

21 it if you know.

22    **A  I do not.**

88

1 **BY MR. O'BRIEN:**

2    Q  Do you know the last time -- well, let me

3 rephrase that.

4      Do you recall ever seeing a Vane employee

5 working at that Food Lion store?

6    **A  No.**

7    Q  Have you gone back to that store after the

8 accident?

9    **A  Yes.**

10    Q  How often?

11    **A  Once a month.**

12    Q  And you testified that there was also a

13 Wal-Mart that's near the area?

14    **A  Yes.**

15    Q  Did you shop more frequently at Wal-Mart

16 as a result of this accident or some other store?

17    **A  Yes.**

18    Q  How often would you shop at -- I mean if

19 we're just doing the math here you said it would

20 be once per month at Food Lion.

21      Would it be the other occasions at

22 Wal-Mart?

89

1    A  Yes.

2    Q  And before the accident what was the

3  frequency -- did you say it was 50/50?  I can't

4  recall -- when you shopped at Wal-Mart versus Food

5  Lion?

6    A  It was once a week at Food Lion.

7    Q  I'm just going to ask you a couple

8  questions about your knee.

9        Were you limited in -- your activities of

10  daily life prior to the accident, were you limited

11  in any way beforehand?

12    A  No.

13    Q  And can you tell me on a daily basis your

14  pain level of your current symptoms from one to

15  ten?

16    A  It varies.

17    Q  How about on a good day what is the pain

18  level?

19    A  Two.

20    Q  And on a bad day?

21    A  Nine.

22    Q  And what makes it vary?

90

1    A  Weather.  It could be anything.  If I --

2  sleeping sometimes it hurts.

3    Q  The symptoms you're referring to, is this

4  just in your left knee; is that correct?

5    A  Yes, if I'm working sometimes being on my

6  feet all day.

7    Q  And your current treatment -- I wrote my

8  notes and I did my best.  I'm just trying to make

9  sure I have it correctly.

10      You're currently seeing an orthopedic and

11  you're currently in physical therapy; is that

12  correct?

13    A  Yes.

14    Q  And did you say your current physical

15  therapy is three times per week?

16    A  Yes.

17    Q  And can you tell me what future plans for

18  medical treatment that you have?

19    A  I'm not sure.

20    Q  Do you anticipate having any surgery or

21  anything else on your knee?

22    A  I'm not sure.

91

1    Q  Is there anything you cannot do in your

2  daily life as a result of this accident?

3    A  Yes.

4    Q  What is that?

5    A  Squatting.

6    Q  You can't squat at all?

7    A  It's not that I cannot do it.  It's just

8  it hurts when I do it.

9    Q  Understood.

10    A  Squatting, up and down the stairs.  I

11  cannot go biking yet.  Some activities requiring

12  bending.

13    Q  I have squatting, the stairs, biking,

14  activities that involve bending.

15      Anything else?

16    A  If I'm sitting too long or standing too

17  long there's pain.

18    Q  How does sitting for a long period of time

19  cause you pain?

20    A  When I stand up the pain from extending my

21  knee straight.

22    Q  So it's not the sitting.  It's when you

92

1  stand up after you sit for a period of time?

2    A  Yes, or if I'm sitting there's -- if I sit

3  for a long period of time there's like an ache

4  that starts.

5    Q  And where do you feel that ache?

6    A  In my knee.

7    Q  Any specific area?  The front or the back

8  or the sides?

9    A  Side.

10    Q  Do you get that ache when you're standing

11  as well too or is that just sitting for a long

12  period of time?

13    A  Yes, standing as well.

14    Q  Any other prior medical conditions that we

15  haven't talked about that are related to this

16  accident?

17    A  Repeat the question.

18    Q  I'm just wondering if there's any other --

19  I'm not asking you to rehash all your testimony.

20      Is there any other medical conditions that

21  you haven't talked about today that are related to

22  the accident?

93

1    A No.
2       MR. O'BRIEN:  Okay.  Those are all my
3   questions.  Thank you.
4       EXAMINATION BY COUNSEL FOR THE PLAINTIFF
5   BY MR. GREENBERG:
6    Q Ms. Rittersbacher, I have a few questions
7   for you.  It's almost three hours.  Mr. Huang kept
8   asking you or stating that physical therapy
9   exercises weren't helping but did you ever tell
10  the therapist that the therapy wasn't helping or
11  just that the pain wasn't going away?
12      Do you understand the difference?
13   **A It's that the pain wasn't going away.**
14   Q The actual therapy, when you were there or
15  when you were at home doing it, how did that --
16  how does that make your knee feel?
17   **A That helps.  Therapy does help.**
18   Q Right.  So when Mr. Huang was saying --
19  did you ever tell the therapist that the exercises
20  were not helping?
21   **A No.**
22   Q Just that you weren't getting 100 percent

94

1   better?
2    **A Correct.**
3    Q You told both counsel -- well, you told
4   Mr. Huang and then you just described it to
5   Mr. O'Brien about the good days and bad days?
6    **A Yes.**
7    Q Were there days from May -- bear with me.
8   I'm sorry, June 18th of 2019 until literally today
9   at 2:53 as we're talking are there days that you
10  absolutely have no pain?
11   **A No.**
12   Q So to go back to what you just finished
13  with Mr. O'Brien, I think you said on your good
14  days it's two out of ten?
15   **A Yes.**
16   Q Is that tolerable?
17   **A I don't understand the question.**
18   Q That's because it wasn't a good question.
19      Whether it's two out of ten or nine out of
20  ten do you stop doing your daily activities?
21   **A If I'm in pain, yes.**
22   Q And then on the days where it's two out of

95

1   ten can you do your work?
2    **A No.**
3    Q Can you do -- I'm saying your good days,
4   two out of ten.
5    **A I still have to do it on occasion**
6   **sometimes but --**
7    Q Counsel questioned you about twisting your
8   knee on August 16th of 2019.
9       Do you remember telling a therapist that?
10  Not a doctor.  It was a physical therapist.
11   **A No.**
12   Q Do you remember you were at NovaCare
13  Rehabilitation?
14   **A Yes.**
15   Q And I know it's a while ago but you had
16  gone on August 12th and you had told the doctor
17  that you were still having pain in your left
18  knee and stiffness and muscle weakness and that
19  you were reporting less popping and clicking in
20  the left knee, improved ability to extend it,
21  however, the pain increases with bending, flexion
22  and you report compliance with your home exercise

96

1   program.
2       Do you remember any of those
3   conversations?
4    **A No.**
5    Q And then four days later you go back and
6   you see NovaCare.  Again you're complaining of
7   pain in your left knee, stiffness of the left
8   knee, muscle weakness and they say that you
9   said -- you report your knee was doing well until
10  two days ago which is when you were there -- I'm
11  sorry, two days ago when you twisted your knee and
12  heard a pop.  She says since then she has had more
13  difficulty bending it.
14      You don't remember that as we sit here?
15   **A No.**
16   Q Did you fall?
17   **A No.**
18   Q Did you go to any different doctors other
19  than NovaCare?
20   **A No.**
21   Q Did you have the same twisting -- I'm
22  sorry, the same popping and pain on flexion and

97

1  pain in the left knee and stiffness before
2  June 18, 2019?
3      **A No.**
4      Q If it happened, which if it's in the
5  report presumably it did, did that event cause any
6  additional symptoms than what you had a few days
7  before and a few days after?
8      **A I'm not sure of the question. What event?**
9      Q Well, there is a note from NovaCare and
10 it's signed by --
11     MR. HUANG: Objection.
12 BY MR. GREENBERG:
13     Q -- Mark McDonald. Do you remember a
14 therapist named Mark McDonald?
15     **A Yes.**
16     Q So I assume this is told to Mr. McDonald
17 but it could have been to anybody else and it says
18 that you said your knee was doing well until two
19 days ago when you twisted your knee and heard a
20 pop. Since then you've had more difficulty
21 bending it.
22     Do you remember that?

98

1      **A No.**
2      Q Counsel was asking you a lot about
3  strenuous activities, that word, and I do not mean
4  to belittle you in any way, shape or form.
5      Do you know what strenuous means? I'm not
6  making fun of you. I'm really not. Forget that
7  question for a second. Let me ask you a different
8  one.
9      Tell me what your duties were before you
10 fell in Target? What did you do for Target,
11 everything?
12     **A I have to -- a lot of running, walking. I**
13 **have to push carts. I have to pull carts. I have**
14 **to -- sometimes we have to clean up messes.**
15 **Sometimes we have to clean up spills. Sometimes**
16 **they will require us to vacuum the rugs or vacuum**
17 **the area that we're at, the mats. We have to**
18 **lift, pull.**
19     Q So it's a physical job?
20     **A Yes.**
21     Q You're on your feet often or not? Could
22 you sit down a lot?

99

1      **A No, 15 minutes in a 6-hour time frame.**
2      Q So you're on your feet the majority of the
3  time you're at work?
4      **A The entire time.**
5      Q Counsel had asked you if you missed any --
6  I'm sorry, went on any vacations.
7      Were there any vacations you either went
8  on or missed following the fall?
9      **A Yes.**
10     Q Can you -- I'm sorry, go on.
11     **A Did you need me to --**
12     Q Sure.
13     **A I went to Florida after the incident**
14 **happened.**
15     Q Do you remember how soon after? Was it a
16 week, a month, a year?
17     **A It was the same week.**
18     Q The same week as the fall?
19     **A Yeah.**
20     Q Why did you go to Florida?
21     **A It was already paid for, prepaid for.**
22     Q Who did you go to Florida with?

100

1      **A Just my family, immediate family.**
2      Q What did you do when you went to Florida?
3      **A I couldn't do anything.**
4      Q How did -- I'm sorry, I didn't want to cut
5  you off.
6      **A Sorry. It was more for so that they can**
7  **at least have some type of enjoyment for their**
8  **summer.**
9      Q How did you get there?
10     **A My husband drove and I had to sit in the**
11 **middle part of my van with my leg elevated the**
12 **whole time.**
13     Q Counsel I believe -- no, it was
14 Mr. Huang -- asked you specifically the mechanism
15 of the fall, like how the fall occurred.
16     You know what a trip is. Did you trip on
17 the mat like literally hit it and fall over?
18     **A No, I more like slid.**
19     Q So the foot hit it and the mat moved, not
20 the other way around where you fell over it?
21     **A Yeah.**
22     Q And as far as that goes, in response to

---

**101**

1 Mr. O'Brien's questions you don't know if the
2 substance was -- that you have described as a
3 slippery soapy thing, you don't know if that was
4 cleaning solution that was left by one of the
5 defendants?
6    **A No, I'm not sure.**
7    Q And you don't know if somebody just put a
8 mat down over the wet substance when they were
9 done?
10    **A I'm not sure.**
11    Q And you don't know if the company that
12 cleaned it or Food Lion cleaned the floors at some
13 time before but that the refrigerated flower unit
14 leaked water and that mixed and causes a soapy
15 substance? Do you have any idea?
16    **A I'm not sure.**
17    Q Did you spill anything before you fell?
18    **A No.**
19    Q Did you see anybody spill anything?
20    **A No.**
21    Q How long were you in that general vicinity
22 so that produce area before you fell? Do you have

---

**102**

1 any idea?
2    **A No.**
3    Q During the time you were there did you see
4 anybody over by the flower section?
5    **A No.**
6    Q Did you take any pictures of the mat and
7 the substance?
8    **A Yes.**
9    Q And that showed what?
10    **A That there was a slippery substance under**
11 **the mat.**
12    Q Did the staff remove the mat after you
13 fell?
14    **A No, he flipped it back.**
15    Q And left it there?
16    **A Yes.**
17    Q And did they put up a wet floor sign or
18 anything like that?
19    **A Not immediately after, no.**
20    Q Before you left, before you were taken
21 away did you see anybody put up a wet floor sign?
22    **A That's when they put it, when I was being**

---

**103**

1 taken away.
2    Q And approximately how long was that if you
3 know? If you don't that's fine.
4    **A No, I'm not sure how long.**
5    Q Do you have any idea what type of cleaning
6 supplies that the defendant Vane or Food Lion uses
7 to clean the floors?
8    **A No.**
9    Q Do you know how that cleaning or those
10 cleaning supplies react with water?
11    **A No.**
12    MR. GREENBERG: That's all the questions I
13 have.
14    Counsel, anything in light of my
15 questions?
16    MR. HUANG: Nothing further.
17    MR. O'BRIEN: Nothing for me.
18    MR. GREENBERG: Ms. Rittersbacher, the
19 court reporter during and after the break has
20 asked you questions specifically relating to
21 testimony that you made and questions she had
22 regarding spelling of words and then there was

---

**104**

1 some occasions where she actually asked questions
2 relating to what you said.
3    The purpose of this -- what I'm stating to
4 you is you have the right to read and sign the
5 deposition. In today's world because of the
6 pandemic and because of this Zoom functionality, I
7 am recommending that you read it and what that
8 means is that the court reporter is going to send
9 you a copy -- madam reporter, a week or two or
10 three, something like that?
11    THE REPORTER: Two.
12    MR. GREENBERG: Two weeks and you're going
13 to have to read it and if there's changes, that is
14 madam court reporter wrote blue and you meant to
15 say red or she spelled something wrong or
16 something else is wrong, you can make a change on
17 what's called an errata sheet. I am recommending
18 you do that. Is that fine?
19    THE WITNESS: Yes.
20    THE REPORTER: Did you want to order a
21 copy of the transcript, Mr. Greenberg?
22

---

105

1       MR. GREENBERG:  Not at this time.  Likely
2   I will soon right after but not at this time.
3       THE REPORTER:  Mr. O'Brien?
4       MR. O'BRIEN:  Yes, could I get a mini,
5   please?
6       THE REPORTER:  Mr. Huang?
7       MR. HUANG:  The same.
8       (Off the record at 3:06 p.m.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22

106

1       CERTIFICATE OF SHORTHAND REPORTER-
2              NOTARY PUBLIC
3
4       I, Vicki L. Forman, Court Reporter, the
5   officer before whom the foregoing proceedings were
6   taken, do hereby certify that the foregoing
7   transcript is a true and correct record of the
8   proceedings; that said proceedings were taken by
9   me stenographically and thereafter reduced to
10  typewriting under my supervision; and that I am
11  neither counsel for, related to, nor employed by
12  any of the parties to this case and have no
13  interest, financial or otherwise, in its outcome.
14      IN WITNESS WHEREOF, I have hereunto set my
15  hand and affixed my notarial seal this 27th day of
16  April 2021.
17  My Commission Expires: June 24, 2024
18
19  _Vicki L. Forman_
20  _____
21  NOTARY PUBLIC IN AND FOR
22  THE STATE OF MARYLAND

## A

**ability**
95:20
**able**
33:10, 41:17,
44:3, 61:15,
62:12, 65:1
**about**
6:8, 6:21,
17:8, 18:17,
20:1, 20:9,
20:14, 30:13,
31:8, 37:20,
48:22, 51:10,
53:17, 54:14,
66:11, 71:12,
72:4, 72:10,
72:12, 72:17,
77:16, 81:18,
81:22, 82:3,
87:6, 87:7,
87:17, 89:8,
89:17, 92:15,
92:21, 94:5,
95:7, 98:2
**absolutely**
94:10
**accident**
9:20, 19:19,
20:2, 20:4,
20:7, 21:3,
21:7, 81:6,
81:17, 81:21,
82:5, 83:9,
83:12, 83:17,
88:8, 88:16,
89:2, 89:10,
91:2, 92:16,
92:22
**accidents**
22:4
**accommodation**
62:3, 62:6
**accountant**
15:14
**accounting**
15:10

**ache**
92:3, 92:5,
92:10
**action**
1:6
**activities**
17:16, 17:17,
18:10, 18:16,
19:5, 19:7,
60:10, 65:2,
89:9, 91:11,
91:14, 94:20,
98:3
**activity**
68:2, 68:12,
68:16
**actual**
93:14
**actually**
25:12, 84:2,
104:1
**addition**
51:8
**additional**
97:6
**address**
8:1, 8:4, 9:15,
9:19, 9:21, 13:8
**affected**
60:5
**affixed**
106:15
**after**
6:19, 10:20,
11:6, 15:6,
18:20, 31:3,
31:4, 34:13,
38:5, 38:8,
39:1, 39:13,
41:19, 42:3,
42:6, 44:14,
45:9, 45:12,
45:16, 47:17,
51:3, 52:21,
55:11, 55:13,
55:14, 57:12,
61:10, 62:1,
63:5, 63:14,

64:1, 65:7,
72:4, 72:13,
73:18, 75:14,
76:3, 77:19,
85:3, 85:9,
85:20, 87:6,
88:7, 92:1,
97:7, 99:13,
99:15, 102:12,
102:19, 103:19,
105:2
**afternoon**
6:6, 80:22
**afterwards**
10:18, 11:10,
72:7
**again**
13:13, 15:7,
20:22, 27:19,
52:14, 62:1,
67:5, 67:10,
77:17, 80:1,
80:14, 83:10,
86:18, 96:6
**against**
6:8
**age**
19:6, 19:9
**ages**
16:14, 18:12,
18:14
**ago**
95:15, 96:10,
96:11, 97:19
**agreement**
2:9
**ahead**
36:16, 50:14
**aisle**
33:2, 36:21,
36:22
**al**
1:7
**alcohol**
7:3, 26:11
**alive**
17:4
**all**
17:2, 17:9,

35:2, 53:20,
58:9, 66:3,
70:4, 72:21,
77:22, 80:18,
90:6, 91:6,
92:19, 93:2,
103:12
**allegations**
83:6
**almost**
8:7, 93:7
**already**
57:6, 57:9,
99:21
**also**
88:12
**ambulance**
42:13, 42:19,
44:10
**amount**
78:16
**anderson**
4:4
**annie**
9:16, 13:8
**another**
35:12, 39:11,
42:4, 61:3, 61:7
**answer**
6:20, 6:22,
12:5, 18:7,
20:21, 23:6,
23:8, 24:5,
24:13, 32:14,
33:4, 80:12,
82:16, 87:20
**answered**
33:19
**answering**
6:12, 21:22
**anticipate**
90:20
**any**
7:3, 7:6, 7:9,
16:16, 17:11,
17:16, 18:16,
18:19, 19:5,
20:15, 22:4,

22:12, 25:2,
26:10, 26:13,
26:15, 28:11,
37:11, 41:8,
41:11, 45:8,
46:22, 47:7,
51:2, 52:22,
54:7, 54:11,
54:14, 57:16,
59:6, 59:11,
62:15, 66:6,
66:14, 68:18,
69:22, 74:14,
78:4, 78:6,
78:12, 78:18,
79:15, 79:16,
79:19, 80:3,
81:13, 81:21,
82:3, 86:9,
86:17, 89:11,
90:20, 92:7,
92:14, 92:18,
92:20, 96:2,
96:18, 97:5,
98:4, 99:5,
99:6, 99:7,
101:15, 102:1,
102:6, 103:5,
106:12

**anybody**
38:5, 44:3,
82:5, 82:21,
86:12, 87:7,
97:17, 101:19,
102:4, 102:21

**anyone**
29:9, 86:21

**anything**
32:4, 36:3,
37:2, 41:5,
41:13, 46:2,
46:5, 47:11,
55:21, 61:1,
90:1, 90:21,
91:1, 91:15,
100:3, 101:17,
101:19, 102:18,
103:14

**anywhere**
31:4

**apologize**
74:1

**appear**
81:11

**appearance**
81:5, 81:8

**applied**
71:10, 72:13,
72:14, 72:18,
73:20, 74:3

**apply**
71:14

**applying**
72:11

**approached**
37:15

**approved**
74:12

**approximately**
8:7, 10:6,
13:22, 21:16,
28:6, 42:9,
58:21, 61:13,
103:2

**april**
1:14, 106:16

**area**
81:14, 82:22,
85:18, 88:13,
92:7, 98:17,
101:22

**areas**
81:13

**around**
13:21, 14:12,
36:1, 50:13,
100:20

**arranged**
32:12

**arrangement**
8:13, 32:21

**arrangements**
33:7, 33:20,
33:22, 34:6

**arrested**
22:6

**asked**
33:18, 61:2,
72:13, 74:3,
80:10, 99:5,
100:14, 103:20,
104:1

**asking**
92:19, 93:8,
98:2

**assist**
39:1, 39:12,
42:7, 77:16

**assistance**
38:5, 39:8

**assisted**
46:21

**assistive**
62:15

**associate**
84:11, 86:14,
86:16, 86:21,
87:1

**assume**
97:16

**august**
53:6, 95:8,
95:16

**available**
9:13

**aware**
87:14

**away**
33:8, 33:22,
46:16, 79:12,
93:11, 93:13,
102:21, 103:1

**B**

**back**
15:16, 17:11,
20:10, 38:1,
50:14, 51:19,
56:3, 57:11,
58:9, 66:21,
72:5, 76:3,
76:7, 76:9,
84:12, 84:13,
85:12, 85:15,

85:17, 88:7,
92:7, 94:12,
96:5, 102:14

**bad**
50:22, 89:20,
94:5

**bags**
68:6

**balance**
39:3, 39:14,
41:17

**baltimore**
3:7, 4:7

**band**
58:2

**bands**
48:11, 48:12

**bar**
30:18

**basis**
89:13

**bear**
94:7

**became**
19:6

**because**
31:7, 52:2,
55:9, 56:14,
56:19, 65:15,
76:20, 77:3,
77:5, 79:5,
94:18, 104:5,
104:6

**bedroom**
9:4, 9:9, 9:10,
9:12, 60:15,
60:18, 61:3,
61:5

**bedrooms**
60:13

**beds**
42:17

**been**
6:3, 13:19,
19:18, 22:6,
22:10, 22:12,
23:20, 28:1,
29:14, 31:22,

36:10, 44:3,
45:3, 59:6,
59:8, 78:7,
78:20, 85:14,
86:9, 97:17
**before**
2:9, 6:12,
12:19, 14:1,
14:5, 19:19,
21:22, 23:1,
24:17, 26:7,
31:8, 41:16,
42:9, 45:9,
49:6, 51:19,
55:11, 55:14,
55:17, 58:16,
59:14, 59:16,
65:19, 65:21,
66:1, 72:10,
78:9, 78:22,
79:8, 89:2,
97:1, 97:7,
98:9, 101:13,
101:17, 101:22,
102:20, 106:5
**beforehand**
89:11
**began**
13:21
**behalf**
3:3, 3:12, 4:1
**behind**
34:4
**being**
52:16, 78:12,
78:18, 81:7,
90:5, 102:22
**believe**
21:11, 76:20,
87:2, 100:13
**belittle**
98:4
**bend**
42:2, 68:5
**bending**
61:21, 68:3,
91:12, 91:14,
95:21, 96:13,

97:21
**bergensons**
3:13, 6:9
**besides**
27:21, 41:6,
54:10, 79:20,
81:14, 85:16,
86:16, 86:17,
86:21
**best**
7:1, 48:10,
90:8
**better**
49:7, 52:19,
94:1
**beyond**
79:10
**biddle**
3:6
**big**
35:8, 35:9
**biking**
91:11, 91:13
**birth**
7:19, 71:22
**bit**
20:1
**black**
32:9, 35:7,
37:7, 40:13
**blue**
104:14
**body**
48:14
**born**
9:22
**both**
6:14, 6:18,
11:18, 21:15,
62:19, 62:22,
94:3
**bottom**
40:6
**boundary**
8:2
**brace**
47:1
**break**
71:15, 72:10,

103:19
**brief**
71:18
**bring**
17:21
**bringing**
6:8
**brothers**
16:16
**brought**
42:4, 42:5
**burning**
46:11
**buy**
28:22

| C |
| --- |

**c-sections**
59:21, 59:22
**calka**
55:3
**call**
39:7, 42:17,
72:6, 72:7
**called**
104:17
**cambridge**
7:22, 8:2,
9:16, 13:7,
28:3, 45:5
**came**
18:20, 39:1,
39:11, 39:12,
41:19, 42:4,
42:14, 76:16,
77:15, 77:19,
86:7, 86:21
**can't**
12:6, 12:21,
89:3, 91:6
**cannot**
91:1, 91:7,
91:11
**car**
19:18, 20:5,
29:9
**care**
18:5

**carmella**
7:18
**carolina**
11:22, 12:1,
16:21, 17:7
**carts**
30:4, 30:6,
30:7, 98:13
**case**
17:9, 81:3,
106:12
**cash**
30:9, 30:10,
82:14, 82:19
**cashier**
14:20
**cause**
41:3, 91:19,
97:5
**caused**
20:3, 83:6
**causes**
101:14
**center**
54:20, 56:3,
56:13, 56:18,
57:2, 57:4,
57:9, 57:12
**certain**
37:9
**certificate**
106:1
**certify**
106:6
**chair**
42:5
**change**
104:16
**changed**
53:20, 66:3
**changes**
104:13
**charged**
22:10
**child**
17:20, 18:11,
18:12
**children**
8:5, 16:9

chores
19:1, 69:22
chronology
84:21
circle
72:5
civil
1:6
claim
20:18, 21:1,
21:6, 24:20,
25:10, 25:17
claims
6:8, 21:14
clean
70:15, 98:14,
98:15, 103:7
cleaned
101:12
cleaning
4:2, 12:21,
14:2, 15:8,
69:8, 70:9,
81:3, 82:1,
82:4, 101:4,
103:5, 103:9,
103:10
cleaning's
87:17
cleans
70:3
clear
53:22
clearly
43:14
clicking
95:19
client
81:22, 82:4,
87:17
close
35:17
closer
11:17, 17:22,
35:21, 35:22
closest
29:2
coe
4:4

cold
42:7
college
10:18
color
31:19, 32:1,
32:8, 37:5,
40:6, 40:8,
40:10, 40:12,
40:15, 43:19
come
12:4, 38:5,
38:17
commission
106:17
company
101:11
compensation
25:17
complained
47:4
complaining
96:6
complaint
83:3, 83:7,
87:13
complaints
46:8, 81:18,
81:22, 82:3
compliance
95:22
condition
39:21, 58:19,
81:18
conditions
92:14, 92:20
conducted
1:13, 2:2
consumed
26:10
contention
43:16
continue
34:15, 51:7
continuing
58:7
conversations
96:3

cooking
69:12
copy
104:9, 104:21
corner
9:5, 85:8,
85:14, 85:16,
85:19
correct
11:13, 13:4,
13:5, 16:10,
21:4, 25:5,
29:15, 34:7,
34:8, 37:7,
37:8, 40:2,
52:13, 56:4,
56:11, 56:14,
56:22, 58:11,
60:16, 60:19,
67:1, 72:11,
72:15, 76:10,
77:20, 77:21,
80:8, 82:11,
83:9, 83:22,
84:4, 84:18,
85:1, 85:18,
85:21, 86:4,
90:4, 90:12,
94:2, 106:7
correctly
84:15, 90:9
could
7:12, 14:18,
18:3, 43:20,
44:19, 46:10,
50:12, 60:9,
74:5, 90:1,
97:17, 98:21,
105:4
couldn't
100:3
counsel
6:4, 27:1,
45:15, 69:2,
72:4, 75:17,
79:21, 80:9,
80:20, 93:4,
94:3, 95:7,

98:2, 99:5,
100:13, 103:14,
106:11
couple
81:1, 89:7
court
1:1, 2:10,
6:10, 6:13,
22:12, 103:19,
104:8, 104:14,
106:4
cover
87:15
covered
83:14
covid
65:15
cpa
15:11
crate
41:21
credit
82:14
crime
22:10
crinkled
85:4
crutches
46:22, 62:16,
62:20, 63:1,
63:2
cuna
24:14
current
9:21, 16:4,
23:3, 89:14,
90:7, 90:14
currently
7:21, 13:15,
19:14, 90:10,
90:11
customer
14:17, 14:19,
35:12
cut
100:4
cv--elh
1:7

**D**

**daily**
89:10, 89:13,
91:2, 94:20
**damage**
21:13
**darker**
37:9
**date**
7:19, 71:22,
81:6
**daughter**
60:11
**davey**
3:15
**day**
25:19, 26:3,
26:21, 27:3,
27:5, 27:8,
27:10, 28:20,
29:22, 30:14,
45:22, 46:12,
52:9, 65:20,
67:18, 67:21,
81:15, 82:21,
87:1, 87:6,
89:17, 89:20,
90:6, 106:15
**days**
50:22, 52:6,
52:7, 52:9,
58:6, 94:5,
94:7, 94:9,
94:14, 94:22,
95:3, 96:5,
96:10, 96:11,
97:6, 97:7,
97:19
**deal**
54:22
**debit**
82:14
**decision**
74:15
**decisions**
74:5
**defendant**
4:1, 80:20,

103:6
**defendants**
1:8, 3:12, 6:4,
81:3, 87:14,
101:5
**define**
18:12
**delaware**
10:1, 16:22
**department**
11:7, 12:18,
13:1, 73:2,
74:9, 75:8,
83:15
**depends**
51:9
**deposition**
1:12, 2:1, 6:7,
22:22, 104:5
**describe**
30:20, 39:21,
43:20, 46:10,
48:4, 48:10,
50:12, 58:18,
60:2, 81:5
**described**
83:7, 83:12,
83:17, 94:4,
101:2
**detail**
37:20
**determined**
49:12, 51:3,
51:12
**diagnose**
46:2, 46:4
**difference**
93:12
**different**
14:7, 15:20,
57:16, 70:1,
96:18, 98:7
**differently**
83:18
**difficult**
60:7
**difficulty**
96:13, 97:20

**directly**
54:22
**disability**
24:20, 25:2,
71:4, 71:7,
71:10, 72:11,
72:14, 72:15,
72:18, 73:1,
73:4, 73:5,
73:10, 73:20,
74:4, 74:6,
74:9, 74:11,
74:12, 75:6,
75:8, 75:10,
75:12, 75:14,
75:20, 76:4
**discovered**
83:13
**discuss**
73:11, 78:2
**discussed**
17:1
**display**
36:8
**distance**
34:1, 34:7,
79:14
**district**
1:1, 1:2
**dmv**
11:7
**doctor**
44:17, 44:20,
45:1, 45:3,
45:10, 45:21,
46:4, 46:12,
47:4, 49:21,
51:5, 51:6,
52:18, 53:2,
54:18, 55:20,
56:8, 63:8,
74:16, 74:17,
74:18, 74:19,
75:1, 75:4,
79:20, 95:10,
95:16
**doctor's**
46:17, 46:19

**doctors**
80:4, 96:18
**documents**
87:10
**doing**
10:21, 17:19,
18:11, 18:18,
19:7, 31:9,
50:6, 50:9,
52:2, 57:15,
57:17, 57:20,
57:21, 70:18,
70:21, 88:19,
93:15, 94:20,
96:9, 97:18
**done**
26:7, 48:16,
101:9
**dover**
10:1, 10:10,
10:12, 10:17,
11:9, 11:11,
11:14
**down**
6:13, 35:1,
50:14, 60:10,
67:4, 67:8,
85:12, 91:10,
98:22, 101:8
**downstairs**
60:15, 60:19,
61:9, 66:20,
67:17, 69:14
**dr**
44:22, 45:14,
55:3
**drive**
19:16
**driver**
20:3
**driver's**
19:10
**drove**
29:8, 64:11,
64:15, 100:10
**drugs**
7:4
**dryer**
69:20

**duly**
6:3
**during**
14:9, 14:12,
18:14, 50:6,
52:7, 53:11,
53:15, 57:17,
78:21, 102:3,
103:19
**duties**
14:20, 61:16,
62:7, 66:3,
73:13, 98:9

**E**

**earlier**
38:19
**east**
3:6
**effective**
52:16
**eight**
14:4, 28:6,
29:15, 31:22,
78:21
**either**
21:10, 99:7
**elementary**
10:9, 17:12
**elevated**
100:11
**else**
29:9, 41:13,
44:3, 47:11,
73:17, 82:5,
83:18, 84:3,
86:21, 87:7,
90:21, 91:15,
97:17, 104:16
**elsewhere**
27:21
**employed**
13:11, 13:15,
14:5, 106:11
**employee**
35:13, 35:14,
35:21, 39:7,
42:4, 88:4

**employees**
39:11, 41:19,
77:15, 77:19,
81:19
**employer**
13:17, 23:11,
23:13, 62:4,
62:7
**employment**
23:16
**empty**
60:15, 60:21
**emts**
42:14
**end**
10:20, 15:16
**ending**
15:4
**enjoy**
18:10, 19:7
**enjoyment**
100:7
**entail**
48:9, 68:9
**entered**
30:2
**entire**
99:4
**entirely**
85:11
**entrance**
29:22, 30:1,
46:16
**entrances**
29:19
**equal**
29:4, 29:5
**errabulo**
44:22, 45:14,
74:20
**errata**
104:17
**esquire**
3:4, 3:14,
3:15, 4:3
**est**
1:15
**et**
1:7

**evaluated**
80:3
**event**
97:5, 97:8
**events**
31:8, 84:10
**ever**
19:12, 19:18,
22:6, 22:10,
22:12, 22:22,
24:20, 25:16,
51:16, 59:8,
59:11, 59:14,
59:16, 71:4,
71:7, 71:10,
77:12, 79:7,
79:19, 81:17,
82:3, 82:8,
83:17, 84:6,
86:12, 88:4,
93:9, 93:19
**every**
63:21
**everyday**
60:3, 60:6
**everyone**
69:9
**everything**
6:10, 73:17,
98:11
**exact**
34:7
**exactly**
28:22
**examination**
5:2, 6:4,
24:17, 80:20,
93:4
**exercise**
52:10, 58:1,
95:22
**exercises**
20:15, 48:9,
49:14, 49:16,
49:19, 50:5,
50:6, 50:9,
50:12, 50:15,
51:3, 51:7,

52:5, 52:13,
52:15, 57:15,
57:16, 57:19,
93:9, 93:19
**expires**
106:17
**explain**
32:16, 69:3
**extend**
50:14, 95:20
**extending**
91:20
**extracurricular**
17:17

**F**

**facing**
33:5, 33:14,
33:15, 34:10,
36:11
**fall**
31:9, 32:13,
37:17, 40:17,
41:3, 44:1,
44:4, 45:9,
45:12, 52:21,
58:19, 80:16,
83:6, 85:4,
96:16, 99:8,
99:18, 100:15,
100:17
**falls**
59:6
**familiar**
29:17
**family**
11:17, 100:1
**far**
9:5, 33:8,
33:22, 41:1,
46:16, 79:12,
100:22
**fault**
20:6
**faulty**
87:14
**favor**
21:21

feel
53:17, 92:5,
93:16
feeling
49:7, 50:19,
50:21, 52:19
feet
37:22, 67:18,
67:21, 90:6,
98:21, 99:2
fell
31:7, 37:16,
37:20, 38:1,
38:6, 38:8,
76:18, 77:19,
78:10, 81:14,
83:1, 85:20,
98:10, 100:20,
101:17, 101:22,
102:13
few
93:6, 97:6,
97:7
file
20:18, 21:1,
21:6
filed
25:16
fill
72:20
financial
106:13
find
77:12
fine
71:16, 72:6,
103:3, 104:18
finish
6:11
finished
94:12
first
9:6, 9:7,
14:12, 19:10,
40:20, 45:12,
52:1, 53:15,
55:11, 56:15,
57:17, 60:13,

62:20
five
9:18, 17:22
flat
39:19, 40:1,
40:19, 85:1
flexion
95:21, 96:22
flipped
40:5, 84:11,
84:13, 85:6,
85:7, 85:10,
85:12, 85:20,
102:14
floor
9:6, 9:7, 9:8,
9:10, 31:19,
32:1, 32:4,
32:6, 35:2,
36:17, 43:10,
44:6, 60:13,
60:19, 61:8,
67:3, 68:7,
81:14, 82:8,
82:22, 102:17,
102:21
floors
67:6, 101:12,
103:7
florida
99:13, 99:20,
99:22, 100:2
flower
32:21, 33:7,
33:20, 33:22,
34:6, 34:10,
36:8, 101:13,
102:4
flowers
33:8, 36:12
fluctuating
15:22, 65:15
fluorescent
43:7
focus
25:19
follow
66:14

follow-up
81:1
following
99:8
follows
6:3
food
1:7, 3:12, 6:8,
27:12, 27:18,
27:21, 28:1,
28:16, 28:19,
29:2, 29:7,
29:11, 29:15,
29:20, 76:9,
79:11, 79:12,
81:7, 81:19,
82:4, 88:5,
88:20, 89:4,
89:6, 101:12,
103:6
foot
50:13, 100:19
foregoing
106:5, 106:6
forget
98:6
form
98:4
forman
1:21, 2:10,
106:4
forward
18:4, 38:1
four
96:5
fourth
80:9
frame
51:9, 51:21,
76:6, 99:1
free
66:7, 66:9
frequency
89:3
frequently
28:8, 88:15
friend's
8:14

front
33:1, 34:20,
69:18, 69:20,
69:21, 92:7
frozen
79:11, 79:12
full
7:12, 47:1
fully
49:9
fun
98:6
functionality
104:6
functions
68:4
further
39:7, 44:18,
103:16
future
90:17

---

**G**

garden
69:6
gave
74:16, 75:6,
75:7
general
101:21
generally
68:15
gentleman
38:16
getting
58:16, 93:22
give
6:22, 72:3
go
6:21, 8:17,
10:12, 10:16,
10:18, 11:10,
14:12, 17:11,
27:10, 27:20,
28:8, 28:11,
28:16, 28:19,
28:21, 30:16,
31:3, 32:14,

33:19, 45:1,
47:17, 50:14,
56:6, 58:4,
58:7, 63:20,
66:21, 67:3,
67:4, 67:8,
71:16, 76:3,
91:11, 94:12,
96:5, 96:18,
99:10, 99:20,
99:22
**goes**
100:22
**going**
6:12, 15:16,
27:12, 27:18,
28:1, 29:14,
31:22, 51:13,
53:13, 54:5,
55:6, 55:8,
56:21, 57:1,
58:9, 76:9,
79:6, 80:13,
80:22, 83:5,
89:7, 93:11,
93:13, 104:8,
104:12
**gone**
88:7, 95:16
**good**
6:6, 50:22,
58:20, 80:22,
89:17, 94:5,
94:13, 94:18,
95:3
**grandmother's**
19:8
**great**
12:5
**green**
40:13
**greenberg**
3:4, 3:5, 5:5,
8:17, 12:3,
17:21, 18:12,
20:19, 21:8,
21:18, 21:20,
22:2, 22:8,

23:5, 23:8,
24:5, 24:12,
25:12, 27:1,
32:14, 33:18,
45:15, 45:18,
69:2, 72:3,
72:6, 74:1,
75:16, 75:19,
79:21, 80:9,
82:15, 82:18,
87:20, 93:5,
97:12, 103:12,
103:18, 104:12,
104:21, 105:1
**grocery**
28:8, 28:11,
28:21, 29:2,
34:15
**ground**
36:3, 39:18,
39:19, 40:2,
40:19, 41:13,
43:12
**guess**
12:4, 20:4,
48:10, 71:20
**guest**
14:14

## H

**half**
11:5, 13:20,
14:11, 15:7,
19:11
**hand**
106:15
**happen**
84:9
**happened**
31:3, 37:14,
38:8, 38:10,
38:12, 38:15,
39:10, 39:13,
41:20, 42:1,
42:3, 42:6,
44:14, 45:22,
72:17, 73:14,
73:18, 75:15,

75:20, 97:4,
99:14
**head**
38:3
**health**
7:10, 23:3,
23:22
**healthcare**
23:9
**hear**
6:15
**heard**
6:19, 96:12,
97:19
**help**
38:17, 41:19,
49:3, 50:15,
50:17, 77:19,
93:17
**helped**
50:18
**helping**
49:13, 49:16,
49:19, 49:20,
50:4, 51:4,
51:12, 56:11,
56:14, 56:19,
93:9, 93:10,
93:20
**helps**
93:17
**here**
87:10, 88:19,
96:14
**hereby**
106:6
**hereunto**
106:14
**high**
10:14, 10:16,
10:17, 10:20
**hit**
38:3, 100:17,
100:19
**home**
18:20, 18:22,
20:12, 49:14,
50:5, 52:3,

52:5, 64:19,
66:7, 66:9,
73:19, 93:15,
95:22
**hospital**
42:20, 42:21,
44:11, 45:16
**hospitalized**
59:9
**hour**
15:15, 16:5
**hours**
15:18, 15:20,
15:21, 15:22,
62:2, 65:4,
65:7, 65:10,
65:13, 65:16,
65:18, 67:18,
93:7
**house**
9:1, 19:4,
19:8, 27:15,
27:17, 27:20,
29:3, 60:12,
66:22, 68:19,
69:8
**housekeeping**
71:21
**however**
95:21
**huang**
3:14, 5:3, 6:5,
8:19, 12:7,
18:2, 18:6,
18:13, 20:20,
21:10, 21:12,
22:3, 22:9,
23:10, 24:8,
24:15, 25:14,
25:15, 27:2,
32:17, 33:21,
45:17, 45:20,
69:4, 71:16,
71:19, 72:5,
72:8, 72:9,
74:3, 74:7,
75:18, 76:1,
76:2, 80:2,

80:11, 80:18,
93:7, 93:18,
94:4, 97:11,
100:14, 103:16,
105:6, 105:7
**human**
73:1
**hurting**
46:14
**hurts**
90:2, 91:8
**husband**
8:5, 11:18,
12:14, 12:15,
46:13, 46:21,
100:10
**husband's**
23:13

**I**

**ice**
42:7
**idea**
78:6, 86:9,
101:15, 102:1,
103:5
**immediate**
100:1
**immediately**
24:4, 63:7,
64:3, 64:4,
102:19
**improved**
54:1, 54:4,
95:20
**improvement**
54:8
**improving**
52:13
**incident**
16:7, 17:1,
25:8, 25:20,
43:10, 44:8,
45:4, 59:3,
61:10, 63:5,
64:14, 65:5,
65:8, 66:4,
68:11, 68:17,

69:22, 70:10,
71:13, 82:10,
99:13
**increases**
95:21
**influence**
7:3
**initially**
41:22
**injure**
52:21
**injured**
20:7
**injuries**
20:9, 59:12
**injury**
60:5, 62:10,
73:12
**instances**
63:17, 63:18,
82:7
**insurance**
20:18, 21:1,
21:6, 21:8,
21:11, 23:3,
23:15, 23:22,
24:3, 24:9,
24:18, 24:21,
25:2, 58:10,
58:12
**insurer**
24:4
**intend**
30:16
**intended**
30:13
**intention**
34:14
**interest**
106:13
**interested**
87:12
**involve**
91:14
**involved**
17:16, 19:18,
22:4, 59:6,
87:11

**items**
68:6

**J**

**james**
4:3
**jasmine**
1:4, 1:12, 2:1,
5:2, 6:2, 7:14,
7:18
**jeremy**
3:14, 17:21
**jim**
81:2
**job**
1:19, 12:14,
12:22, 15:9,
23:19, 64:6,
64:8, 64:10,
64:12, 64:17,
67:20, 68:4,
68:8, 98:19
**jump**
58:9
**june**
25:22, 26:8,
26:11, 27:3,
27:6, 81:6,
94:8, 97:2,
106:17

**K**

**keep**
54:5
**kellermeyer**
3:13, 6:9
**kept**
93:7
**kiernan**
3:16
**kind**
8:20, 8:22,
18:10, 19:7,
20:11, 20:15,
25:2, 26:17,
26:19, 31:14,
36:6, 43:1,
43:4, 47:9,

48:9, 59:20,
68:4, 69:17,
72:19
**king**
4:4
**kitchen**
70:3, 70:9,
70:15
**knee**
42:2, 46:9,
46:14, 47:1,
47:5, 48:15,
48:16, 49:1,
50:18, 52:19,
53:3, 53:5,
54:1, 54:8,
54:15, 55:10,
59:12, 60:2,
60:5, 62:12,
89:8, 90:4,
90:21, 91:21,
92:6, 93:16,
95:8, 95:18,
95:20, 96:7,
96:8, 96:9,
96:11, 97:1,
97:18, 97:19
**know**
6:7, 6:9, 6:16,
6:17, 18:3,
24:6, 34:7,
77:8, 79:9,
79:14, 84:2,
86:1, 86:6,
87:12, 87:21,
88:2, 95:15,
98:5, 100:16,
101:1, 101:3,
101:7, 101:11,
103:3, 103:9
**knowledge**
7:1, 87:16,
87:18

**L**

**lane**
9:16, 13:8
**last**
54:1, 65:16,

later
15:3, 96:5
laundry
69:12, 69:13,
69:17, 70:17,
70:18, 70:20,
70:21
law
3:5
lawrence
3:4
layout
29:17
leaked
101:14
leaking
37:2, 87:15
leaning
38:13
least
100:7
leave
11:14, 42:12
leaving
27:17, 27:20,
35:18, 40:22
left
11:9, 15:3,
15:6, 27:14,
33:6, 33:16,
34:18, 34:21,
36:15, 42:10,
46:15, 90:4,
95:17, 95:20,
96:7, 97:1,
101:4, 102:15,
102:20
leg
100:11
less
15:18, 15:20,
15:21, 95:19
let's
17:11, 19:6,
25:14, 25:19
level
67:7, 69:15,

89:14, 89:18
levels
9:2, 67:1
license
19:10, 19:12
life
24:9, 58:10,
58:12, 59:17,
60:3, 60:6,
75:21, 89:10,
91:2
lift
98:18
light
103:14
lighting
43:2, 43:4
lights
43:7, 43:17
likely
105:1
limit
18:3
limited
60:3, 89:9,
89:10
lion
1:7, 3:12, 6:8,
27:12, 27:18,
27:21, 28:2,
28:17, 28:19,
29:2, 29:7,
29:11, 29:15,
29:20, 76:9,
81:7, 81:19,
82:4, 88:5,
88:20, 89:5,
89:6, 101:12,
103:6
liquid
41:8
literally
94:8, 100:17
little
17:22, 20:1,
48:4, 53:22
live
7:21, 8:4,

9:14, 9:17,
10:2, 16:20,
17:6
lived
8:6, 28:3
lives
16:21, 16:22
living
9:9, 61:6,
61:7, 66:18,
67:10
llc
1:7, 3:12,
3:13, 4:2, 82:4
llp
3:16, 4:4
load
70:18, 70:21
located
9:4, 32:20,
35:15, 36:18,
66:17, 67:11,
67:14, 69:13
long
6:20, 8:6,
9:17, 10:2,
11:4, 12:1,
13:19, 14:3,
14:9, 20:13,
23:15, 23:19,
28:1, 28:4,
29:11, 31:16,
34:10, 41:16,
42:9, 45:3,
47:20, 49:6,
51:19, 53:12,
58:7, 61:13,
61:20, 63:3,
63:5, 63:14,
70:14, 70:17,
70:20, 75:12,
78:6, 78:9,
86:9, 91:16,
91:17, 91:18,
92:3, 92:11,
101:21, 103:2,
103:4
look
35:1, 35:6,

84:7
looked
77:10, 83:21
looking
28:22, 31:12,
32:18, 34:16,
34:19
lost
25:10
lot
46:17, 61:20,
98:2, 98:12,
98:22

|  M  |
| --- |

ma'am
58:13, 59:18,
70:12, 80:22
machine
57:21, 58:1,
69:17
madam
104:9, 104:14
made
24:20, 28:15,
79:4, 81:17,
81:21, 82:3,
103:21
mail
11:3
main
69:15
mainly
67:16
majority
99:2
make
6:22, 21:21,
74:5, 84:20,
90:8, 93:16,
104:16
makes
60:7, 89:22
making
25:8, 25:10,
98:6
manager
14:14, 87:2

**many**
9:2, 16:12, 22:15, 29:19, 32:10, 35:10, 52:9, 65:4, 65:7, 65:10, 65:13, 65:16, 65:18, 67:18

**mark**
97:13, 97:14

**married**
10:3, 10:7, 11:12

**maryland**
1:2, 2:11, 3:7, 4:7, 7:22, 8:3, 12:9, 12:18, 13:1, 13:4, 13:6, 13:10, 45:5, 106:22

**mat**
32:7, 32:8, 32:12, 35:5, 35:6, 35:17, 35:21, 36:1, 36:4, 36:11, 36:18, 36:20, 37:3, 37:5, 37:7, 37:15, 37:18, 37:19, 39:17, 39:21, 40:1, 40:17, 41:1, 41:3, 41:6, 41:9, 43:13, 43:14, 43:19, 76:10, 76:12, 76:14, 76:15, 76:16, 76:18, 76:19, 77:2, 77:4, 77:6, 77:16, 77:22, 78:3, 78:6, 78:10, 78:12, 78:18, 79:13, 80:7, 83:8, 83:14, 84:6, 84:11, 84:13, 84:16,

84:22, 85:3, 85:5, 85:7, 85:10, 85:19, 86:2, 86:10, 86:13, 87:15, 87:19, 100:17, 100:19, 101:8, 102:6, 102:11, 102:12

**math**
88:19

**mats**
32:10, 37:11, 78:22, 79:2, 79:4, 79:7, 79:16, 98:17

**matthew**
3:15

**maybe**
17:22

**mcdonald**
97:13, 97:14, 97:16

**mdot**
12:16, 23:18

**mean**
8:17, 15:19, 37:6, 40:4, 56:9, 62:8, 64:2, 69:3, 73:16, 88:18, 98:3

**means**
98:5, 104:8

**meant**
104:14

**mechanism**
100:14

**medical**
7:10, 21:14, 45:8, 45:13, 51:2, 54:11, 54:14, 74:14, 90:18, 92:14, 92:20

**medicals**
21:17

**medications**
26:13

**medicine**
7:6, 47:7, 47:9

**meds**
44:15

**mental**
7:10

**mention**
77:22

**mentioned**
11:9, 12:22, 16:9, 25:4, 32:18, 38:18, 43:22, 58:10, 60:12, 60:18, 72:14, 75:3, 77:18

**messes**
98:14

**middle**
7:15, 10:12, 17:14, 100:11

**mini**
105:4

**minutes**
99:1

**missed**
99:5, 99:8

**mixed**
101:14

**month**
20:14, 88:11, 88:20, 99:16

**months**
14:4

**more**
14:18, 20:1, 20:9, 25:19, 33:3, 34:5, 34:22, 37:20, 48:4, 53:22, 60:9, 62:9, 67:15, 71:12, 87:10, 87:11, 88:15, 96:12, 97:20, 100:6, 100:18

**most**
68:1, 68:12,

68:15

**motor**
11:7

**move**
11:16, 11:21, 12:13, 18:4, 25:14, 45:5, 76:18

**moved**
11:18, 12:8, 13:4, 13:10, 78:12, 78:18, 100:19

**mri**
48:16, 48:22

**much**
19:5, 21:16, 25:7, 59:1, 59:3, 70:5, 70:7, 70:8, 75:10, 85:7

**muscle**
95:18, 96:8

**mutual**
24:14

**N**

**name**
7:12, 7:15, 12:21, 42:22, 57:22, 81:1

**named**
97:14

**names**
87:3

**near**
88:13

**need**
6:20, 18:3, 20:17, 58:15, 71:21, 99:11

**needed**
73:13

**neither**
8:10, 8:12, 106:11

**never**
79:2

new
57:19
next
32:21, 33:9,
34:16, 36:3,
38:10, 38:12,
38:15, 39:10,
41:13, 41:20,
42:1, 47:5,
73:14, 75:15,
75:20
night
26:7
nine
89:21, 94:19
none
5:12, 9:11
normal
61:18, 65:1
northwest
3:18
notarial
106:15
notary
2:10, 106:2,
106:21
note
97:9
notes
83:11, 90:8
nothing
19:3, 37:1,
43:17, 59:22,
103:16, 103:17
notice
32:4, 37:2,
74:16, 79:4
noticed
78:22, 79:2,
82:8
novacare
95:12, 96:6,
96:19, 97:9
number
72:2
numerous
78:20

O

o'brien
4:3, 5:4,

80:21, 81:2,
82:20, 88:1,
93:2, 94:5,
94:13, 103:17,
105:3, 105:4
o'brien's
101:1
objection
8:17, 20:19,
21:18, 21:22,
22:8, 23:5,
24:5, 24:12,
33:18, 69:2,
72:3, 75:16,
79:21, 80:10,
82:15, 87:20,
97:11
objections
18:4
observe
78:12, 78:17
obviously
86:16
occasion
95:5
occasionally
50:20
occasions
82:9, 88:21,
104:1
occurred
9:20, 100:15
offered
41:21
office
3:5, 46:17,
46:20, 61:6,
73:7
officer
106:5
often
52:4, 52:7,
58:4, 88:10,
88:18, 98:21
okay
22:22, 25:14,
45:18, 53:14,
72:8, 84:9, 93:2

old
10:6, 16:18
oldest
16:19, 16:21
once
22:16, 28:10,
30:10, 30:15,
52:11, 88:11,
88:20, 89:6
one
21:10, 32:11,
35:11, 39:11,
39:12, 42:17,
61:5, 62:18,
65:20, 66:19,
67:15, 67:16,
79:16, 81:2,
83:4, 85:9,
89:14, 98:8,
101:4
ones
28:13
only
83:4, 85:13,
85:18
open
69:18, 69:20
opinion
56:6, 56:22
opposed
84:3
oral
41:7, 56:12
order
104:20
orderly
81:10
organized
81:9
original
56:8, 84:13,
85:15
orthopedic
54:18, 54:20,
56:3, 56:13,
56:18, 57:2,
57:4, 57:8,
57:12, 90:10

other
20:4, 21:9,
22:4, 23:22,
28:11, 34:3,
37:11, 41:11,
45:8, 51:2,
54:11, 54:13,
54:14, 59:6,
60:19, 61:7,
62:15, 63:21,
67:3, 67:7,
79:15, 79:16,
79:19, 80:3,
81:2, 81:13,
86:17, 88:16,
88:21, 92:14,
92:18, 92:20,
96:18, 100:20
otherwise
106:13
out
15:1, 42:4,
42:5, 42:16,
72:20, 75:14,
76:4, 76:16,
77:12, 94:14,
94:19, 94:22,
95:4
outcome
106:13
outside
18:17, 18:19,
59:22, 68:16
over
38:17, 39:11,
39:12, 68:3,
68:5, 72:21,
73:15, 79:5,
79:7, 100:17,
100:20, 101:8,
102:4
overall
81:5, 81:11
own
8:9, 19:14,
63:10, 63:12,
79:20
ownership
8:13

| P |
|---|

**package**
33:11
**packaged**
31:15
**page**
5:2
**pages**
1:20
**paid**
99:21
**pain**
44:15, 46:9,
46:10, 46:11,
47:5, 49:4,
49:10, 50:19,
50:21, 52:13,
55:9, 56:17,
89:14, 89:17,
91:17, 91:19,
91:20, 93:11,
93:13, 94:10,
94:21, 95:17,
95:21, 96:7,
96:22, 97:1
**pandemic**
104:6
**paperwork**
72:19
**parents**
17:4
**parking**
46:17
**part**
13:6, 85:5,
100:11
**partial**
9:9
**particular**
28:18
**parties**
106:12
**parts**
37:9, 48:14
**past**
17:22, 24:1,
30:7, 30:10,

30:15, 36:20,
53:20
**path**
30:13
**paul**
4:6
**pay**
8:15, 14:21,
15:4, 15:13,
16:1, 16:4,
16:6, 82:14
**payroll**
15:10
**peas**
42:8
**people**
35:10
**percent**
67:22, 70:13,
93:22
**percentage**
67:20, 68:8,
70:5, 70:8,
70:11
**perform**
52:4, 61:16,
73:13
**period**
91:18, 92:1,
92:3, 92:12
**periods**
61:20
**person**
35:15, 38:18
**personal**
87:16
**phone**
72:21
**physical**
24:17, 44:16,
47:13, 47:16,
47:18, 47:21,
48:1, 48:6,
48:20, 49:3,
49:9, 49:19,
49:22, 50:3,
50:7, 50:9,
51:8, 51:11,

51:13, 51:17,
51:20, 51:22,
53:9, 53:11,
53:14, 53:17,
54:5, 54:10,
54:13, 55:12,
55:15, 55:17,
56:2, 56:4,
56:10, 56:19,
57:5, 57:9,
57:11, 57:17,
58:4, 58:16,
58:18, 64:21,
90:11, 90:14,
93:8, 95:10,
98:19
**physically**
84:7
**pick**
33:10, 84:6
**picking**
61:21, 68:6
**pictures**
44:13, 102:6
**place**
52:1, 62:13
**placed**
87:15
**plaintiff**
1:5, 3:3,
83:13, 93:4
**plan**
58:7
**plans**
90:17
**play**
17:11
**played**
19:4
**please**
6:11, 6:15,
6:17, 7:12,
18:7, 20:21,
30:20, 43:20,
48:4, 50:12,
75:18, 80:12,
105:5
**point**
52:12, 52:15,

52:19, 52:22,
57:6
**policy**
58:16
**pop**
96:12, 97:20
**popping**
95:19, 96:22
**portion**
69:10
**possible**
73:21, 74:4
**postal**
10:22
**potato**
38:13
**potatoes**
36:7, 36:9,
36:14
**pre-made**
30:22, 31:2
**prenatal**
26:20
**prepackaged**
32:19
**prepaid**
99:21
**prescribe**
47:2, 47:7,
47:11, 47:13,
55:21, 56:1
**prescription**
7:6
**presumably**
97:5
**pretty**
29:17
**previous**
78:21
**previously**
22:6, 59:8,
59:11
**primary**
40:12, 66:16,
67:11, 67:12
**prior**
9:14, 24:4,
27:17, 32:13,

40:17, 43:22,
44:4, 45:4,
48:20, 58:19,
64:12, 64:13,
65:4, 68:11,
68:16, 69:22,
70:9, 74:15,
80:7, 80:16,
81:17, 81:21,
82:5, 82:7,
82:9, 82:10,
89:10, 92:14
**proceedings**
106:5, 106:8
**produce**
30:12, 30:17,
30:21, 31:4,
31:10, 33:9,
34:5, 34:22,
35:16, 36:2,
36:6, 38:16,
43:1, 43:4,
79:10, 83:15,
84:11, 101:22
**professional**
45:13, 54:21
**professionals**
45:9, 51:3,
54:11, 54:14,
74:15
**program**
96:1
**prompted**
11:16, 12:13
**property**
8:20, 8:22,
21:13
**provider**
7:10, 23:4,
24:3
**providers**
24:1
**public**
2:10, 106:2,
106:21
**pull**
98:13, 98:18
**pulling**
83:3

**purpose**
74:10, 104:3
**pursuant**
2:9
**push**
98:13
**put**
44:15, 50:13,
101:7, 102:17,
102:21, 102:22

---
**Q**
---

**question**
6:12, 6:15,
6:16, 6:17,
6:19, 18:8,
18:9, 20:21,
20:22, 43:3,
45:11, 48:5,
49:17, 52:8,
54:12, 55:5,
59:15, 60:4,
66:8, 68:22,
70:19, 71:6,
71:9, 74:2,
75:2, 76:13,
77:17, 78:14,
80:10, 80:12,
80:14, 82:2,
82:21, 83:10,
86:18, 92:17,
94:17, 94:18,
97:8, 98:7
**questioned**
95:7
**questions**
6:7, 18:3,
78:4, 80:18,
81:1, 83:4,
89:8, 93:3,
93:6, 101:1,
103:12, 103:15,
103:20, 103:21,
104:1

---
**R**
---

**ran**
75:14, 76:4

**ranch**
8:21
**rating**
71:5, 71:8
**react**
103:10
**read**
104:4, 104:7,
104:13
**really**
19:3, 19:5,
51:1, 98:6
**reason**
22:13
**recall**
12:21, 13:14,
16:3, 16:8,
22:21, 24:7,
25:7, 26:9,
29:1, 29:13,
34:17, 37:10,
37:21, 38:2,
38:22, 45:2,
46:1, 46:6,
47:6, 47:12,
47:19, 49:8,
52:18, 53:2,
62:11, 62:14,
71:3, 75:13,
78:5, 86:17,
87:3, 88:4, 89:4
**receive**
75:10
**received**
21:17, 71:4,
71:7
**receiving**
25:1
**recess**
71:18
**recipient**
20:4
**recollection**
35:20
**recommended**
20:16, 57:4,
57:12
**recommending**
104:7, 104:17

**record**
7:13, 71:17,
105:8, 106:7
**recording**
6:10
**recuperate**
20:12
**red**
104:15
**reduced**
62:2, 106:9
**refer**
44:16, 47:15,
74:21, 75:1,
75:5
**reference**
43:11
**referral**
75:6, 75:7
**referred**
44:17, 44:20,
73:1, 73:2,
74:18, 75:3
**referring**
90:3
**refilling**
68:6
**refrigerated**
33:2, 101:13
**regarding**
103:22
**registers**
30:9, 30:10,
30:15
**rehabilitation**
95:13
**rehash**
92:19
**reiterate**
80:6
**related**
92:15, 92:21,
106:11
**relating**
103:20, 104:2
**relation**
36:9
**relations**
14:19

remember
12:6, 12:8,
14:21, 21:16,
24:16, 25:21,
26:2, 26:10,
26:21, 27:5,
27:8, 27:12,
27:14, 27:17,
27:20, 31:19,
32:1, 37:22,
43:9, 47:20,
48:1, 48:18,
48:22, 53:8,
76:6, 95:9,
95:12, 96:2,
96:14, 97:13,
97:22, 99:15
remove
62:12, 102:12
rent
8:9, 8:15
repeat
6:16, 18:9,
20:22, 27:19,
43:3, 44:19,
45:11, 48:5,
49:17, 52:14,
54:12, 60:4,
66:8, 67:10,
68:22, 70:19,
71:6, 74:1,
75:2, 75:18,
77:17, 82:2,
83:10, 86:18,
92:17
rephrase
6:18, 21:2,
52:8, 55:5,
59:15, 71:9,
76:13, 78:14,
81:8, 88:3
report
95:22, 96:9,
97:5
reported
1:21
reporter
2:10, 6:10,

6:13, 103:19,
104:8, 104:9,
104:11, 104:14,
104:20, 105:3,
105:6, 106:1,
106:4
reporting
95:19
represent
81:2
request
62:3, 62:6
require
68:4, 74:14,
98:16
requiring
91:11
residence
8:14
resistance
48:12
resolve
49:9
resources
73:1
respect
32:12
response
41:7, 56:12,
100:22
responses
73:21
responsibilities
14:16, 61:18,
69:11
responsibility
70:6, 70:9
rest
63:20, 84:7,
86:2
result
21:7, 88:16,
91:2
resume
51:16, 52:2,
65:1
resumed
53:8, 55:17

returned
61:15
right
9:5, 30:1,
30:2, 34:2,
36:10, 36:13,
84:21, 85:5,
85:11, 85:14,
93:18, 104:4,
105:2
rittersbacher
1:4, 1:12, 2:1,
5:2, 6:2, 6:6,
7:14, 7:18,
12:3, 18:7,
21:20, 71:20,
93:6, 103:18
road
8:2
rocker
63:18
room
9:9, 9:13,
60:21, 61:3,
61:6, 61:7,
63:20, 66:18,
67:10, 69:13,
70:18, 70:21
rooms
61:4
round
53:11, 55:12,
55:14, 57:17
rugs
98:16
running
98:12

| S |

said
15:6, 21:3,
25:7, 29:14,
34:6, 37:7,
40:1, 41:5,
43:18, 43:19,
44:10, 45:19,
46:3, 48:22,
49:18, 51:11,

52:12, 61:1,
61:2, 70:7,
75:19, 76:9,
79:15, 82:17,
85:4, 85:9,
86:19, 88:19,
94:13, 96:9,
97:18, 104:2,
106:8
saint
4:6
salad
30:17, 30:18,
31:10, 31:13,
31:14, 31:15,
31:17, 33:11,
33:13, 33:15,
34:13, 35:18,
40:22, 84:18
salads
30:21, 30:22,
31:1, 32:19,
32:22, 33:5,
34:10
sales
28:18
same
6:14, 23:19,
38:18, 50:6,
50:9, 53:14,
66:13, 96:21,
96:22, 99:17,
99:18, 105:7
saw
40:20, 45:9,
45:13, 55:20,
85:19, 86:12,
86:20
say
13:21, 19:6,
38:21, 50:3,
51:6, 60:22,
67:5, 68:1,
68:11, 68:15,
85:18, 85:21,
89:3, 90:14,
96:8, 104:15
saying
6:11, 45:15,

93:18, 95:3
**says**
87:13, 96:12,
97:17
**school**
10:9, 10:12,
10:14, 10:16,
10:17, 10:20,
17:12, 17:14,
18:16, 18:17,
18:19, 18:20
**seal**
106:15
**second**
9:6, 9:8, 9:10,
16:1, 53:11,
55:14, 56:6,
56:21, 98:7
**section**
30:3, 30:7,
30:17, 30:20,
31:4, 31:10,
31:11, 31:17,
32:21, 33:9,
34:10, 35:16,
35:18, 38:16,
40:22, 43:1,
43:5, 79:10,
79:12, 84:18,
85:13, 102:4
**security**
25:1, 72:2
**see**
34:21, 35:4,
37:11, 40:17,
41:5, 41:8,
41:11, 43:12,
43:14, 43:22,
44:3, 44:6,
45:1, 45:8,
74:14, 79:15,
79:16, 79:19,
80:6, 80:15,
96:6, 101:19,
102:3, 102:21
**seeing**
45:3, 53:15,
54:10, 54:14,

88:4, 90:10
**seek**
20:11
**seen**
44:8, 81:13,
85:13
**send**
104:8
**sent**
56:3
**sequence**
84:10
**service**
11:1, 14:14,
14:17
**services**
3:13, 4:1, 6:9,
81:3, 81:22,
82:4, 87:17
**set**
106:14
**shape**
98:4
**sheet**
50:13, 104:17
**shine**
12:20
**shiny**
40:7, 43:21
**shop**
88:15, 88:18
**shopped**
89:4
**shopping**
28:21, 34:15
**shorthand**
106:1
**showed**
102:9
**siblings**
19:4
**side**
92:9
**sides**
92:8
**sign**
44:6, 102:17,
102:21, 104:4

**signature-p1kal**
106:18
**signed**
97:10
**similar**
58:2
**simple**
60:8
**since**
28:5, 45:5,
66:3, 96:12,
97:20
**sisters**
16:16
**sit**
41:21, 92:1,
92:2, 96:14,
98:22, 100:10
**sitting**
91:16, 91:18,
91:22, 92:2,
92:11
**six**
8:7, 18:14
**sleeping**
90:2
**slid**
100:18
**slip**
37:17, 76:12,
85:3
**slipped**
37:16, 37:19,
76:10, 76:15,
76:19, 77:2,
78:3
**slippery**
83:8, 83:14,
83:21, 86:3,
86:6, 86:20,
87:7, 101:3,
102:10
**slipping**
80:7
**small**
33:3
**soap**
76:21, 77:8,

77:10, 83:21,
84:3, 86:2, 86:6
**soap-like**
80:15
**soapy**
39:22, 40:9,
40:11, 43:19,
80:7, 101:3,
101:14
**social**
25:1, 72:2
**solution**
101:4
**solutions**
14:2, 15:8
**some**
14:15, 39:22,
44:13, 50:11,
50:16, 50:22,
52:12, 52:15,
52:19, 57:18,
57:19, 60:7,
71:20, 77:3,
83:20, 85:4,
86:3, 86:20,
88:16, 91:11,
100:7, 101:12,
104:1
**somebody**
83:18, 101:7
**someone**
47:2
**something**
6:21, 84:3,
104:10, 104:15,
104:16
**sometimes**
90:2, 90:5,
95:6, 98:14,
98:15
**soon**
47:17, 99:15,
105:2
**sorry**
8:11, 12:20,
23:7, 27:4,
28:15, 30:5,
44:19, 45:11,

46:3, 50:8,
60:17, 62:5,
63:11, 75:18,
80:13, 94:8,
96:11, 96:22,
99:6, 99:10,
100:4, 100:6
**sorter**
11:3
**south**
11:22, 12:1,
16:21, 17:7
**speak**
72:22, 73:5
**speaking**
18:4
**specific**
14:18, 60:9,
92:7
**specifically**
100:14, 103:20
**speeding**
22:18, 22:19
**spelled**
104:15
**spelling**
103:22
**spill**
101:17, 101:19
**spills**
98:15
**spoke**
73:10, 74:9,
86:22
**sports**
17:11, 66:14
**squat**
91:6
**squatting**
91:5, 91:10,
91:13
**staff**
102:12
**stairs**
60:10, 91:10,
91:13
**stand**
12:17, 38:9,

38:13, 39:3,
39:15, 91:20,
92:1
**standing**
32:13, 61:20,
91:16, 92:10,
92:13
**stands**
36:2
**start**
13:13, 15:1,
55:6, 55:8
**started**
15:2, 49:6
**starting**
16:1
**starts**
92:4
**state**
2:11, 7:12,
85:15, 106:22
**stated**
56:10
**statement**
79:22
**states**
1:1, 10:22
**stating**
93:8, 104:3
**stay**
61:22
**stayed**
11:11
**staying**
9:19
**stenographically**
106:9
**stiffness**
95:18, 96:7,
97:1
**still**
17:4, 39:14,
50:19, 53:13,
55:9, 55:16,
56:17, 95:5,
95:17
**stint**
14:10

**stints**
14:7
**stone**
8:2
**stood**
39:16
**stop**
51:13, 51:16,
51:22, 52:15,
94:20
**stopped**
52:13, 75:20
**store**
28:9, 29:3,
30:14, 35:12,
35:14, 42:10,
42:12, 42:14,
42:16, 73:7,
78:9, 78:13,
78:15, 78:20,
81:6, 81:7,
81:18, 82:8,
82:13, 85:10,
88:5, 88:7,
88:16
**stored**
32:22
**stores**
28:11
**straight**
91:21
**street**
3:6, 3:18, 4:6
**strengthen**
50:18
**strengthening**
48:8, 53:19,
54:7
**strengthens**
54:6
**strenuous**
68:1, 68:12,
68:16, 98:3,
98:5
**structure**
66:21
**stuff**
84:12, 86:14

**submitted**
25:13
**substance**
39:22, 41:11,
77:3, 77:5,
77:12, 80:7,
80:15, 83:8,
83:15, 83:21,
86:3, 86:7,
86:20, 87:7,
87:18, 101:2,
101:8, 101:15,
102:7, 102:10
**suds**
86:13, 86:20,
87:7
**suitable**
62:10
**suite**
3:17, 4:5
**summary**
83:9
**summer**
100:8
**sunny**
26:6
**supervision**
106:10
**supplements**
26:15
**supplies**
103:6, 103:10
**support**
38:14
**supposed**
52:4, 52:10
**sure**
6:22, 31:18,
32:16, 33:3,
34:1, 34:12,
35:19, 37:6,
40:16, 41:2,
41:18, 42:11,
42:22, 43:6,
43:8, 43:18,
44:5, 46:18,
51:1, 51:15,
51:21, 52:17,

53:7, 55:7,
57:3, 57:22,
58:8, 59:5,
61:14, 62:8,
63:4, 63:16,
65:3, 65:9,
65:12, 65:13,
65:22, 66:2,
67:19, 68:10,
70:16, 70:22,
73:6, 74:22,
75:11, 76:17,
76:22, 78:11,
81:12, 84:20,
90:9, 90:19,
90:22, 97:8,
99:12, 101:6,
101:10, 101:16,
103:4

**surgeries**
59:20

**surgery**
59:14, 59:16,
90:20

**suspended**
19:12

**sustained**
59:11

**sworn**
6:3

**symptoms**
53:20, 89:14,
90:3, 97:6

**T**

**take**
6:20, 20:13,
26:13, 26:15,
29:22, 34:11,
41:16, 42:19,
49:6, 58:15,
61:10, 61:22,
64:20, 70:14,
71:15, 102:6

**taken**
18:5, 23:1,
42:16, 71:18,
102:20, 103:1,

106:6, 106:8

**taking**
7:6

**talk**
49:15, 51:2,
72:4, 77:15

**talked**
17:8, 92:15,
92:21

**talking**
6:14, 51:10,
72:10, 72:12,
94:9

**tall**
58:21

**tangible**
54:7

**target**
13:18, 14:6,
14:7, 14:9,
14:12, 15:17,
15:21, 16:2,
25:4, 66:4,
67:20, 68:2,
68:13, 71:15,
72:11, 72:15,
72:18, 72:22,
73:13, 73:21,
73:22, 74:4,
74:5, 79:19,
80:3, 98:10

**target's**
74:9, 75:7

**tasks**
62:9

**teenager**
19:6

**tell**
20:1, 20:9,
30:13, 31:8,
37:14, 37:19,
49:16, 49:18,
49:22, 63:8,
71:12, 72:17,
81:4, 82:21,
86:12, 87:6,
89:13, 90:17,
93:9, 93:19,

98:9

**telling**
52:18, 53:2,
95:9

**ten**
18:1, 18:15,
89:15, 94:14,
94:19, 94:20,
95:1, 95:4

**term**
23:16

**terms**
40:12, 62:7,
83:11, 86:1

**testified**
6:3, 83:20,
88:12

**testimony**
87:11, 92:19,
103:21

**th**
3:18, 94:8,
95:8, 95:16,
106:15

**thank**
22:2, 93:3

**therapist**
47:16, 47:18,
49:22, 50:3,
53:14, 54:13,
57:12, 93:10,
93:19, 95:9,
95:10, 97:14

**therapy**
20:15, 44:16,
47:13, 47:21,
48:2, 48:7,
48:20, 49:3,
49:9, 49:19,
50:7, 50:10,
51:8, 51:11,
51:14, 51:17,
51:20, 51:22,
52:3, 53:9,
53:12, 53:18,
54:5, 54:10,
55:12, 55:15,
55:16, 55:18,

56:2, 56:4,
56:10, 56:19,
57:5, 57:6,
57:9, 57:17,
58:4, 64:21,
90:11, 90:15,
93:8, 93:10,
93:14, 93:17

**thereafter**
106:9

**thing**
101:3

**things**
60:8

**think**
6:21, 29:12,
34:11, 41:1,
94:13

**three**
16:13, 23:21,
52:6, 58:6,
77:18, 90:15,
93:7, 104:10

**through**
6:21, 23:11,
23:13, 24:11,
30:14, 72:18

**thursday**
1:14

**ticket**
22:18, 22:19

**time**
6:14, 7:7,
16:2, 16:6,
25:8, 25:21,
27:14, 28:3,
31:20, 41:6,
43:10, 43:17,
51:9, 51:21,
53:15, 56:15,
57:7, 57:8,
59:3, 61:10,
61:19, 61:20,
62:1, 63:22,
65:14, 66:7,
66:9, 71:1,
76:6, 78:13,
78:16, 78:18,

79:4, 80:10,
80:19, 83:4,
88:2, 91:18,
92:1, 92:3,
92:12, 99:1,
99:3, 99:4,
100:12, 101:13,
102:3, 105:1,
105:2
**times**
15:20, 22:15,
52:9, 78:20,
86:17, 90:15
**title**
14:13, 15:9
**today**
7:4, 86:17,
92:21, 94:8
**today's**
6:7, 104:5
**told**
20:12, 49:14,
50:4, 52:2,
84:12, 86:14,
94:3, 95:16,
97:16
**tolerable**
94:16
**took**
26:17, 44:10,
44:13, 73:15
**tools**
62:15
**top**
69:18, 69:19,
69:20
**tough**
6:13
**townhouse**
8:21
**tramadol**
47:10
**transcript**
104:21, 106:7
**transfer**
12:14, 12:22,
13:1
**transportation**
12:18, 13:2

**treating**
48:14
**treatment**
7:9, 20:11,
90:7, 90:18
**trebach**
3:16
**tried**
38:9, 39:14,
42:7
**trip**
76:14, 100:16
**true**
106:7
**try**
6:13, 6:18,
38:17
**trying**
39:3, 87:9,
90:8
**turned**
34:18, 34:21,
40:3
**tv**
66:10, 66:16,
67:11, 67:13,
67:15
**twice**
52:11
**twin**
16:19, 16:22
**twist**
53:5
**twisted**
53:3, 96:11,
97:19
**twisting**
95:7, 96:21
**two**
8:5, 9:3, 11:5,
13:20, 14:7,
14:11, 15:3,
15:6, 29:21,
41:19, 53:21,
54:1, 67:1,
67:6, 77:18,
89:19, 94:14,
94:19, 94:22,

95:4, 96:10,
96:11, 97:18,
104:9, 104:11,
104:12
**type**
39:22, 77:3,
86:3, 86:20,
100:7, 103:5
**typewriting**
106:10

## U

**uh-huh**
21:5
**unable**
31:5, 38:11,
39:6, 39:14,
42:2, 73:12
**under**
7:3, 37:2,
86:14, 102:10,
106:10
**undergoing**
7:9
**underneath**
41:8, 76:16,
76:21, 77:4,
77:5, 83:8,
83:14, 84:7,
85:19, 86:1,
86:4, 86:10,
86:13, 87:18
**understand**
6:17, 6:18,
7:1, 56:9,
87:10, 93:12,
94:17
**understanding**
77:1, 83:5,
87:9
**understood**
91:9
**undetermined**
78:15
**uniform**
37:5
**unit**
87:14, 87:15,

101:13
**united**
1:1, 10:22,
23:9
**unorganized**
81:9
**until**
10:3, 12:2,
21:21, 94:8,
96:9, 97:18
**upsidedown**
85:5
**upstairs**
60:20, 61:2
**upwards**
50:14
**use**
19:16, 62:15,
62:20, 63:1,
63:3, 63:17,
63:18, 64:3,
64:4, 64:6,
64:8, 64:16,
64:18, 67:16
**uses**
103:6
**using**
46:22
**usps**
11:2
**usually**
70:14, 70:17,
70:20, 82:14

## V

**vacation**
71:2, 72:12
**vacations**
99:6, 99:7
**vacuum**
98:16
**van**
100:11
**vane**
4:1, 81:3,
81:22, 82:4,
87:17, 88:4,
103:6

varies
89:16
variety
30:21
various
14:20
vary
89:22
vegetables
30:22, 34:3
vehicle
19:14
vehicles
11:8
versus
89:4
via
1:13, 2:2
vicinity
35:10, 37:12,
79:17, 101:21
vicki
1:21, 2:9,
106:4
video
44:8
virtually
1:13, 2:2
visibility
43:9
visit
47:17
vitamins
26:15, 26:18,
26:19, 26:20
vs
1:6

**W**

wages
25:10
wait
6:11, 21:21
wal-mart
28:14, 28:16,
29:6, 88:13,
88:15, 88:22,
89:4

walk
34:9, 79:5,
79:7
walked
30:15
walker
63:2, 63:3,
63:6, 63:8,
63:14, 63:20,
64:8, 64:16,
64:20, 65:2
walking
35:1, 61:21,
84:16, 84:22,
98:12
want
12:4, 18:2,
79:22, 84:20,
100:4, 104:20
washington
3:19
watch
66:10, 67:13
water
81:13, 82:8,
82:22, 86:3,
101:14, 103:10
way
48:10, 58:9,
84:14, 89:11,
98:4, 100:20
ways
60:2, 64:1
we're
6:14, 88:19,
94:9, 98:17
weakness
95:18, 96:8
weather
26:2, 90:1
week
26:21, 27:3,
27:5, 28:10,
52:6, 58:6,
65:5, 65:10,
65:16, 65:18,
66:1, 89:6,
90:15, 99:16,

99:17, 99:18,
104:9
weekends
19:2, 66:11
weeks
104:12
weigh
59:1, 59:4
weights
58:3
went
10:9, 15:7,
19:8, 29:11,
30:17, 31:10,
33:16, 37:22,
45:21, 46:7,
51:19, 56:13,
56:18, 57:8,
57:11, 71:1,
74:8, 76:6,
82:13, 99:6,
99:7, 99:13,
100:2
weren't
49:16, 49:19,
51:4, 93:9,
93:22
wet
39:22, 40:7,
43:21, 44:6,
83:7, 101:8,
102:17, 102:21
whatever
42:17
wheelchair
62:16, 62:21,
63:15, 63:19,
63:21, 64:1,
64:6, 64:17,
64:20, 65:2
whereof
106:14
whether
35:20, 84:2,
86:2, 86:19,
94:19
whole
100:12

window
12:20, 14:2,
15:8
within
13:1, 17:22,
73:7
without
65:2
witness
22:1, 104:19,
106:14
woke
25:21
wondering
85:16, 86:19,
87:16, 92:18
wooden
36:2, 38:13
word
98:3
words
103:22
work
12:19, 14:1,
19:16, 25:4,
27:10, 61:11,
61:15, 61:22,
65:13, 65:16,
65:18, 68:16,
73:8, 76:3,
95:1, 99:3
worked
10:22, 11:7,
12:20, 15:21
workers
25:16, 85:10
working
13:13, 65:4,
65:7, 65:10,
88:5, 90:5
works
12:16
world
104:5
write
6:13
wrong
43:17, 104:15,

104:16
**wrote**
90:7, 104:14

**X**

**x-rays**
44:13

**Y**

**yard**
68:19, 68:21,
69:1, 69:5, 69:6
**yeah**
81:9, 82:18,
99:19, 100:21
**year**
11:15, 11:19,
12:11, 13:14,
99:16
**years**
8:7, 8:8, 9:18,
11:5, 13:20,
14:11, 15:3,
15:7, 17:22,
18:1, 23:21,
28:6, 29:15,
31:22, 53:21,
54:2, 78:21
**yourself**
52:21

**Z**

**zoom**
1:13, 2:2,
104:6

**$**

**$11.25**
15:2
**$12**
15:15
**$12.74**
15:5

**0**

**00**
1:15
**02800**
1:7

**06**
105:8

**1**

**1**
1:15
**10**
16:15
**100**
93:22
**106**
1:20
**12**
95:16
**1233**
3:18
**14**
19:7
**1403**
8:2
**15**
1:14, 16:5,
19:11, 99:1
**16**
16:15, 53:6,
95:8
**1600**
4:5
**1630**
4:8
**17**
26:8
**18**
25:22, 26:11,
27:3, 27:6,
81:6, 94:8, 97:2
**19**
19:22, 21:4
**190**
59:2
**1976**
7:20, 72:1
**1996**
10:5, 11:9,
11:12

**2**

**2**
94:9

**20**
1:7, 3:18,
10:8, 106:17
**2000**
11:15, 11:19
**20036**
3:19
**2011**
12:12, 13:4,
28:5, 45:7
**2019**
13:21, 25:22,
26:8, 26:11,
27:3, 27:6,
53:6, 81:6,
94:8, 95:8, 97:2
**202**
3:20
**2021**
1:14, 106:16
**2024**
106:17
**21**
16:15
**21202**
3:7, 4:7
**2129**
9:16
**22**
7:20, 72:1
**24**
106:17
**27**
106:15

**3**

**3**
105:8
**32**
65:6
**366159**
1:19

**4**

**410**
3:8, 4:8
**46**
16:19

**5**

**5'6**
58:22
**50**
89:3
**5250**
3:8
**53**
94:9
**539**
3:8

**6**

**6-hour**
99:1

**7**

**7000**
3:20
**712**
3:20
**752**
4:8

**8**

**80**
5:4
**800**
3:17

**9**

**90**
70:13
**93**
5:5
**95**
67:22