Deposition of Keith Parlier                                    Jasmine Rittersbacher vs. Food Lion, LLC, et al.

Case 1:20-cv-02800-JMC   Document 67-2   Filed 05/18/22   Page 1 of 9

1  Q. Okay. Do they have anything to do with

2  hiring companies to bring mats in?

3  A. Again, I wouldn't know if that went

4  through RBS or if it went through Food Lion, so I

5  couldn't answer that.

6  Q. Okay. What's the relationship between

7  Food Lion and Kellermeyer?

8  A. Kellermeyer is the floor service crew,

9  correct? If I'm remembering correctly.

10  Q. I'm leaving it up to you. You're the

11  one that's been designated as the expert for

12  topics.

13  A. Kellermeyer Bergensons, so, yes, they

14  would be a floor service crew. I see their full

15  name on the paper. Kellermeyer Bergensons would

16  be a floor service crew so they would be the ones

17  that they would contract out to provide floor

18  service inside of the stores. Just to clarify,

19  we refer to them at store level as Bergensons and

20  not Kellermeyer. That's why it's confusing.

21  Q. So I will call them Bergensons instead

1  Q. All right. And I asked questions
2  about -- well, I haven't gotten to it, but
3  training, and you don't do the training either,
4  correct?
5  **A. Not the one-on-one training, no, I do**
6  **not.**
7  Q. Okay. Do you have any knowledge about
8  the maintenance and repairs for that individual
9  unit which is in the floral department where the
10 flowers were?
11 **A. Based on what was provided to me and the**
12 **work order log that was provided to me, I've seen**
13 **no work order logs put in for that unit, so I**
14 **cannot speak to the repairs of the unit based on**
15 **what was provided to me.**
16 Q. So you're not aware as we sit here that
17 the unit had been leaking water or some substance
18 and that a repair order was put in before or
19 after Ms. Rittersbacher was injured?
20 **A. Not on what was provided to me, I did**
21 **not see that.**

Deposition of Keith Parlier                                                                 Jasmine Rittersbacher vs. Food Lion, LLC, et al.

Case 1:20-cv-02800-JMC   Document 67-2   Filed 05/18/22   Page 3 of 9

1  Q. Okay. Are you familiar with the safety
2  policies of the store?
3  A. I am.
4  Q. Okay. Well, let's start there. Do you
5  agree that Food Lion has an obligation to the
6  public to keep the store safe?
7  A. Yes.
8  Q. And you understand that although you
9  don't do the training, when somebody is hired,
10 they go through a bunch of company policies,
11 correct, and they have to review them? I don't
12 know if they're tested on them. You don't do the
13 training, so you may not know. Do you agree that
14 there are corporate policies that an individual
15 employee is supposed to sign off on?
16 **A. Yes, there is what we call**
17 **computer-based training that an associate will go**
18 **through on their first and second day of**
19 **training.**
20 Q. Okay. Just real quickly, that involves
21 pledge of honesty?

Deposition of Keith Parlier                                                                 Jasmine Rittersbacher vs. Food Lion, LLC, et al.

Case 1:20-cv-02800-JMC   Document 67-2   Filed 05/18/22   Page 4 of 9

1   **substance and at the top a rug rolled up.**

2       Q.   Okay.  And what is on the mat or rug

3   rolled up that you can see?

4       **A.   A shiny substance.  I can't tell you**

5   **exactly what it is.  But it looks to be a wet**

6   **substance.**

7       Q.   Okay.  So if I were -- okay.  So I want

8   to show you the picture before.  Bear with me.

9   Based on your knowledge back in 2019, was that

10  mat always in front of this refrigerated unit?

11      **A.   Yes.**

12      Q.   And do you know what the purpose, why

13  the mat was there?

14      **A.   To prevent from water leakage.  It's in**

15  **front of bouquets.  So when bouquets are picked**

16  **up out of their buckets, there is water leakage,**

17  **and the mat is there to provide a place for the**

18  **water to soak.**

19      Q.   Okay.  I'm sorry.  Say that again.

20      **A.   So it's placed in front of the bouquets,**

21  **floral bouquets, so when a customer pulls floral**

Deposition of Keith Parler                                                Jasmine Rittersbacher vs. Food Lion, LLC, et al.

Case 1:20-cv-02800-JMC   Document 67-2   Filed 05/18/22   Page 5 of 9

1  **bouquets out of the bucket which is filled with**

2  **water, it provides an area for the water to drip**

3  **and not onto a tile.**

4      Q.  For the record, we're talking about

5  floor photo 2.  So my question is, you notice how

6  the mat is offset to the end of the unit, the

7  refrigeration unit?

8      **A.  Can you go back to the picture?  I**

9  **cannot see the picture.**

10     Q.  Oh, I'm sorry.  Can you see it?

11     **A.  Yes, I can see that.**

12     Q.  Okay.  So do you see where my mouse is

13  in the middle of the picture?

14     **A.  I do.**

15     Q.  Do you see that this is offset?  Like

16  what you just said makes sense.  There's sprayers

17  in the unit that water down the plants, correct?

18     **A.  No.**

19     Q.  Oh, so then explain to me how a

20  substance would get on the floor?

21     **A.  All right.  Don't move your mouse.  Do**

1  work?

2      A.  That's really a contract with

3  Bergensons.  I know there are instances where

4  they hire subcontractors to come into the stores

5  to do the work.

6      Q.  All right.  And one of the topics on the

7  expert designation is to talk about

8  subcontractors, and one in particular called

9  Vane.  Have you ever heard of Vane Cleaning

10 Services?

11     A.  No, I have not.

12     Q.  All right.  I'd like to show you -- can

13 you see the screen?

14     A.  I can.

15     Q.  All right. And for the record, this is

16 photos-floor photo number 4.  Can you tell me

17 what we're looking at there?

18     A.  It's the rug rolled up in front of the

19 floral unit.  I can see what appears to possibly

20 be a wet substance on the rug.

21     Q.  All right.  On the rug and on the floor?

Deposition of Keith Parler  
Case 1:20-cv-02800-JMC   Document 67-2   Filed 05/18/22   Page 7 of 9  
Jasmine Rittersbacher vs. Food Lion, LLC, et al.

1  Q. Okay. And is that an appropriate way to
2  clean up a danger, obviously something wet on the
3  floor?
4  **A. No.**
5  Q. Okay. What is the appropriate way to
6  clean up if the unit is leaking?
7  **A. To be sure that all of the water is up**
8  **off the floor and inspect and fix, and if it**
9  **meant providing a maintenance work order, to**
10 **enter a work maintenance work order.**
11 Q. Okay. Bear with me. Hold on one
12 second. You would agree with me in that picture
13 there is not a mat, correct?
14 **A. No, there is not.**
15 Q. All right. Is it appropriate to have
16 mats down all the time?
17 **A. In certain areas of the produce**
18 **department, yes.**
19 Q. Why?
20 **A. Because of the possible water leakage in**
21 **front of certain areas.**

Office (410) 821-4888  
CRC Salomon, Inc.  
2201 Old Court Road, Baltimore, MD 21208  
www.crcsalomon.com - info@crcsalomon.com  
Facsimile (410) 821-4889  
Page: 43

1  believe it came from.

2          MR. O'BRIEN:  Objection.

3       A.  It could come from a couple different

4  sources.  It could come from floor service with

5  the floor mat, pulling up the floor mat, running

6  over it and then putting the mat back over top of

7  a wet floor.  That would create the slipperiness

8  underneath the rug.  It could come from the

9  assumption that the unit had a leak and water

10  flowed underneath of it.  So that's just a couple

11  assumptions that could have happened.

12      Q.  The reason I showed you that picture, I

13  think it was number 4, a unit similar to the same

14  one, or you say it's not the same one, but we

15  were advised it was.  But regardless, is that

16  those units do leak sometimes, correct?

17      A.  On occasion.

18      Q.  And that when they leak, usually -- I

19  mean, you shouldn't do what number 4 did and

20  that's just take rags or towels and put them up.

21  But you should actually fix that leak, correct?

Deposition of Keith Parlier
Case 1:20-cv-02800-JMC   Document 67-2   Filed 05/18/22   Page 9 of 9
Jasmine Rittersbacher vs. Food Lion, LLC, et al.

1 quick question.

2 EXAMINATION BY MR. HUANG:

3 Q. You mentioned that the floor mats put
4 down strategically. Could you give more detail
5 about that?

6 **A. We know as an organization that there's**
7 **certain areas inside of the store that there is**
8 **the probability of water buildup on a floor. So**
9 **we strategically place our mats in front of**
10 **floral units. We strategically put some in front**
11 **of what we call our wet wall or wet vegetables**
12 **which are sprayed or get wet throughout the day**
13 **where customers pick them up, and we also place**
14 **mats in front of the ice chest due to a possible**
15 **broken ice bag or something similar to that.**

16 Q. So these mats are put down at all Food
17 Lion stores in front of the same places you just
18 mentioned?

19 **A. Correct.**

20 Q. I just recalled another question. So
21 earlier Larry had asked you about the

**Office (410) 821-4888**
**CRC Salomon, Inc.**
**2201 Old Court Road, Baltimore, MD 21208**
**www.crcsalomon.com - info@crcsalomon.com**
**Facsimile (410) 821-4889**
**Page: 79**