```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF MARYLAND

 3    JASMINE RITTERSBACHER      *

 4         Plaintiff             *    Civil Action No.

 5    v.                         *    ELH-20-2800

 6    FOOD LION, L.L.C., et al.  *

 7         Defendant             *

 8    *    *    *    *    *    *    *    *    *

 9

10              The deposition of MARIA MONSALVE, (via

11    Zoom), was held on Monday, February 21, 2022,

12    commencing at 2:40 p.m., as interpreted by LESLIE

13    BILCHIK, Spanish Interpreter, at CRC Salomon Reporting,

14    2201 Old Court Road, Baltimore, Maryland 21208, before

15    Carolyn E. Peatt, Notary Public

16

17

18

19

20    REPORTED BY: Carolyn Peatt

21    Notary Public
```

Page 18

1  A    Well, it's not transparent clear. I don't
2  recall. It's normally either yellowish, or actually
3  pink.
4         I don't remember which one was used on
5  that date.
6  Q    So it's either yellowish or pink, but it's
7  sudsy? Like it would have bubbles?
8  A    It does not make suds.
9  Q    I'd like to show you now what is marked
10 now as Exhibit 3.
11        (Exhibit 3 was previously marked for
12 identification.)
13        MR. GREENBERG: I didn't mark -- madam
14 reporter -- I didn't mark two, but those are the email
15 chains.
16 Q    I'd like to show you, Ms. Monsalve, the
17 area -- this picture was given to us by Food Lion, and
18 it shows -- see this area, the suds underneath the mat?
19        MR. O'BRIEN: Objection. You can answer.
20 A    That is not soapsuds.
21 Q    What is it?

Page 19

1  A    Well, there's a hose that is used, and it
2  goes in that area.
3         It is used to keep things fresh, or to
4  water the plants, and goes under that area, but it is
5  not soapsuds under that area.
6  Q    So the picture I was showing you is Floor
7  Photo 3. I'd like to show you Floor Photo 4.
8         (Exhibit 4 was previously marked for
9  identification.)
10 Q    Do you see the screen?
11 A    Yes.
12 Q    The area with the plants, is that the area
13 you're talking about, with the hose underneath?
14        INTERPRETER: I'm sorry. The interpreter
15 has to remind the witness to pause for the
16 interpretation so that the interpreter can remember
17 everything.
18 A    I don't know if underneath that area --
19 because I also visit the store. Well, you're asking me
20 if the hose is underneath that area.
21        I do know they use the water to spray the

Page 20

1  plants and the fresh areas.
2         MR. GREENBERG: Madam Interpreter, was
3  that the entirety of her answer?
4         INTERPRETER: Yes. The interpreter asked
5  for repetition of the second part of the first thing
6  she said, and the interpreter interpreted what she
7  said.
8  Q    Ms. Monsalve, you have been to this Food
9  Lion before June of 2019, correct?
10 A    Yes.
11 Q    Have you seen the area in front of this
12 plant -- plant machine -- had you seen it wet before
13 June of 2019?
14 A    That area always gets wet. That's why
15 somebody covered it with a mat.
16 Q    Did Food Lion specifically tell your
17 company to clean that area -- clean it, number -- but
18 clean it differently because of the water constantly
19 coming on the floor?
20        MR. O'BRIEN: Objection to form.
21        INTERPRETER: Interpreter needs your

Page 21

1  request for interpretation.
2  A    The rules never change. No comment was
3  ever made about it being cleaned differently.
4  Q    Did you ever say to anyone at Food Lion
5  that you noticed water in that area?
6  A    Well, they've always known about it.
7  That's why they covered it up with mats.
8  Q    Do you see that shiny-like liquidy stuff
9  under the mat? Was that that way every time you went
10 to the store?
11 A    Yes. Always.
12 Q    You cleaned the store also, correct?
13 Sometimes?
14 A    Yes. Sometimes.
15 Q    When you would leave, at least, would you
16 make sure that all of that stickie, slimy stuff was
17 gone, or would you leave it that way?
18 A    Well, we would always have the machine on
19 top of it, and sometimes we would fold it in half and
20 do half.
21        Then we would do the shine, and we would

Page 22

1  always leave it totally dry.
2  Q    Tell me how, when you would get to the
3  store -- and were you using a buffer?  Tell me how you
4  cleaned this area.
5  A    Well, first of all, you sweep, and then
6  sometimes you take the mat all the way off.  Sometimes
7  you just fold it in half, and you use the floor
8  cleaning machine, and then you use a shining machine.
9  Q    Why would you only lift half off at a
10 time?
11 A    Really, we don't have the responsibility
12 of taking off mats to clean, but sometimes we would
13 just lift it up halfway.  Sometimes we would take off
14 the whole mat.
15 Q    Whose responsibility was it to take care
16 of the mats?
17      MR. DAVEY:  Objection.
18      MR. O'BRIEN:  Objection.
19 A    Normally, it was the Food Lion employees.
20 Q    Would the Food Lion employees work with
21 your employees for you?

Page 23

1  A    No.
2  Q    Did you have to -- when you were done --
3  have to go to the Food Lion employees and tell them, We
4  only did half the mat, or none of the mat, underneath
5  the mat, so that they would do it?
6       MR. O'BRIEN:  Objection to form.  Go
7  ahead.
8       MR. DAVEY:  Objection.
9  A    No, we did not have to do that.
10 Q    Ms. Monsalve, you've seen the slimy
11 material?  You have seen that before, correct?
12      MR. O'BRIEN:  Objection to form.
13      MR. DAVEY:  Objection.
14 A    Yes, I have seen it before.
15 Q    But it wasn't your job to tell them that
16 they needed to get a new mat, or clean under the mat?
17 You just hoped that they would do it on their own?
18      MR. DAVEY:  Objection.
19      MR. O'BRIEN:  Objection.
20 A    Really, we're employees.  We don't have to
21 tell them anything about what they are supposed to be

Page 24

1  doing.
2  Q    You're not an employee of Food Lion, are
3  you?
4       INTERPRETER:  Interpreter needs request
5  for interpretation.
6  A    Yes, we are not employees of Food Lion.
7  Q    In fact -- and I forgot to ask -- what is
8  your relationship with Vane?
9  A    I am the owner and the manager.
10 Q    Bear with me.  I'd would like to go back
11 to this email chain where on the 22nd, at 1:31, you
12 wrote, Do y I know what time was the accident?  Did you
13 respond to Ms. Doggett?
14 A    I don't recall.
15 Q    Lastly, your email address is still
16 Dulce2595@hotmail.com?
17 A    Yes.
18 Q    On page VSC 0306 -- right above -- on
19 December 12th -- so about two weeks later -- Amanda
20 Sanders emailed you at 2:31 p.m., and there's nothing
21 there.

Page 25

1       Do you remember what Ms. Sanders emailed
2  you?
3       MR. O'BRIEN:  Bear with me.  That might be
4  privileged.  I can't get out of the full screen.  I'll
5  just object for the record.  You can answer the
6  question, Maria.
7  A    I don't recall.
8  Q    After December 12th, 2019, did you have
9  any more communications with Food Lion about this?
10      INTERPRETER:  I'm sorry.  I never actually
11 interpreted that question.  I'm not sure if that's
12 important for your record, or if you want to just keep
13 going.
14      MR. GREENBERG:  Okay.  What didn't you
15 interpret?
16      INTERPRETER:  After the objection, and the
17 answer came out, and I actually never interpreted the
18 question.  Is that important for me to do?
19      MR. GREENBERG:  Sure.
20 A    Yes, and I said I don't recall.
21 Q    What was the relationship between Vane and

Deposition of Maria Monsalve                                                Jasmine Rittersbacher vs. Food Lion, LLC, et al.

Case 1:20-cv-02800-JMC   Document 67-3   Filed 05/18/22   Page 4 of 7

Page 26

1 Food Lion and Kellermeyer?
2  A    Work.
3  Q    I'd like to show you starting on VSC 0006.
4 Is this the independent contract that your agreement is
5 based on with Kellermeyer Bergensons?
6  A    Yes.
7  Q    As a result of this, Vane agreed to
8 perform custodial services at the Food Lion store in
9 Cambridge where this occurred?
10  A    Yes.
11  Q    There was an agreement, so Store 1158 is
12 the Food Lion in Cambridge. The independent contractor
13 is Vane Service, LLC, to perform janitorial food care
14 services, and at the time, which was March 23rd -- I'm
15 sorry -- which was April 1st, 2018, you performed
16 services six days a week, correct?
17  A    Yes.
18  Q    At least, so VSC 0004, start date was
19 April 1st, 2018 through June 30th, 2018, is that
20 correct?
21  A    Yes.

Page 27

1  Q    So the incident occurred during this time
2 period, correct?
3        MR. O'BRIEN: Objection to form.
4        MR. GREENBERG: I apologize. That is
5 incorrect. I withdraw that question.
6  Q    The second page is VSC 0005, and the
7 contract was renewed now for seven days a week, and
8 that began July 1st, 2018, and it does not have an end
9 date, is that correct?
10  A    That's correct.
11  Q    Even though the original contract or
12 agreement was signed back March 23rd, 2016, the other
13 document that I was just asking you about, they just
14 changed the frequency that you went and how much you
15 got paid for going, correct?
16  A    Yes.
17  Q    Did you ever request Food Lion to get new
18 mats?
19  A    No. That's not my responsibility, none of
20 that.
21  Q    Whose responsibility would that be?

Page 28

1        MR. DAVEY: Objection.
2        MR. O'BRIEN: Objection as well. You can
3 answer.
4  A    Food Lion.
5  Q    Did any of your workers ever slip or fall
6 in this area near the plants?
7        MR. O'BRIEN: Objection.
8  A    None.
9  Q    Do you believe that Ms. Rittersbacher did
10 anything to cause herself to fall?
11        MR. DAVEY: Objection.
12        MR. O'BRIEN: Objection.
13  A    No response.
14        MR. O'BRIEN: You can answer the question,
15 Maria.
16  A    I don't know what she did. I don't know
17 how she might have fallen because that area was covered
18 by the mat. They had the whole wet area covered by the
19 mat, so I don't know how she might have slipped.
20  Q    Did you ever watch the video of Ms.
21 Rittersbacher falling?

Page 29

1  A    The attorney showed it to me.
2  Q    She wasn't running, was she?
3  A    I didn't see that movement. I only saw
4 when she fell.
5  Q    Sure. She was just walking, and the rug
6 slipped right out from under her, correct?
7        MR. DAVEY: Objection.
8  A    I don't know.
9  Q    You don't remember?
10        MR. O'BRIEN: Objection. You can answer,
11 Maria.
12  A    I don't have an answer for that.
13  Q    Do you remember answering Interrogatories
14 with -- I think you said you were asked questions, and
15 you gave answers. Is that your Interrogatories?
16  A    I don't recall.
17  Q    I'd like to show you -- Ms. Monsalve, is
18 that your signature?
19  A    Yes.
20  Q    It says, I am employed by Vane Service
21 Cleaning, LLC, and am authorized to verify these

Deposition of Maria Monsalve                                                                  Jasmine Rittersbacher vs. Food Lion, LLC, et al.

Case 1:20-cv-02800-JMC   Document 67-3   Filed 05/18/22   Page 5 of 7

Page 30

1  responses on behalf of Vane Service Cleaning, LLC.
2       I have reviewed the responses to
3  Interrogatories propounded on behalf of Food Lion, LLC
4  and Kellermeyer Bergensons Services, LLC, and I am
5  informed and believe that these responses are true and
6  correct to the best of my knowledge at this time.
7       I declare under the penalty of perjury
8  that the foregoing is true and correct.
9       Did you read that statement and then sign
10 this on behalf of Vane?
11 A    Yes.
12 Q    Before we go into individual questions,
13 what were you required to clean in the Food Lion store
14 in Cambridge in June of 2019?
15      INTERPRETER:  Interpreter needs to request
16 repetition.
17 A    In general, in all the stores, we have to
18 clean the entire sales floor.
19      The whole floor in the front, the produce
20 area, the deli area.
21 Q    Anything else?

Page 31

1  A    The deli area.  The produce area.  The
2  front area.  Everything.  The whole store.
3  Q    Why did you say you weren't required to
4  clean this area where the mats were?
5       MR. O'BRIEN:  Objection.  You can answer.
6  A    Because of lifting up of this mat.
7  Q    Explain.
8  A    It's not our obligation to lift up the
9  mat.
10 Q    Did Food Lion think you were supposed to
11 lift up the mats?
12      MR. O'BRIEN:  Objection.
13      MR. DAVEY:  Objection.
14 A    I don't know.
15 Q    Did Food Lion instruct you to lift up the
16 mats?
17      MR. DAVEY:  Objection.
18 A    I don't recall.
19 Q    Back in 2016 when you signed the contract
20 to do their cleaning, did anyone from Food Lion show
21 you specifically what to do with the mats?

Page 32

1  A    No.
2  Q    Did you just decide that you weren't
3  supposed to clean under the mats, or did Food Lion tell
4  you it was okay not to clean under the mats?
5       MR. DAVEY:  Objection.
6       MR. O'BRIEN:  Objection to form.
7  A    The thing is when we passed the machines
8  over, there is not enough space.  That's why we would
9  fold the mat in half.
10 Q    Explain there wasn't enough space.  What
11 do you mean?
12 A    In the space between the tables and the
13 mat, there wasn't enough space to run the cleaning
14 machine and the shining machine in that area, so that's
15 why we lifted up the mats that way.
16 Q    Or half mats?
17 A    Half the mat.
18 Q    Do you know if, on June 17th, 2019 -- the
19 night before Ms. Rittersbacher fell -- do you know if
20 Manuel only lifted half the mat or didn't lift it at
21 all?

Page 33

1  A    I have no idea.
2  Q    Do you know the last time that you are
3  sure that somebody from Vane cleaned under the mat
4  before June 18th, 2019?
5  A    I have no idea.
6  Q    Did you ask Manuel when the last time he
7  cleaned under the mat?
8  A    No.
9  Q    I'd like to show you a picture,
10 Refrigerator, August 2019.  Is this the area that we're
11 talking about with the mat in front of the flowers?
12      MR. O'BRIEN:  Objection.  Go ahead.
13      INTERPRETER:  Interpreter requests
14 repetition.
15 A    Yes, that is the area.
16 Q    So the reason I show this picture --
17      MR. GREENBERG:  Madam Interpreter, can you
18 see my mouse?
19      INTERPRETER:  Yes, I can.
20 Q    So Ms. Monsalve, the area between the edge
21 of the mat and this table, is this what you're saying

Page 38

1  and court reporter are ready.
2         COURT REPORTER: I'm ready.
3         INTERPRETER: I'm ready. Thank you.
4         EXAMINATION BY MR. DAVEY:
5     Q   Ms. Monsalve, my name is Matt Davey. I am
6  an attorney that represents Food Lion and Kellermeyer.
7         I'm going to ask you a few questions this
8  afternoon and I'm going to try not to repeat questions
9  that Mr. Greenberg has asked you.
10        My questions may bounce around a little
11 bit, so if you don't understand the question, just let
12 me know. Okay?
13    A   Yes.
14    Q   First thing I'd like to ask you about are
15 the two types of machines that you've identified
16 earlier in your deposition.
17        You have identified a cleaning machine and
18 a shining machine. Do you recall that?
19    A   Yes. It's the machine that's called --
20        INTERPRETER: Interpreter needs to request
21 a repetition of this. Scouring machine --

Page 39

1     A   Yes. The machine that's used to clean the
2  floor is called the scrubbing machine, and the other
3  machine is called the buffer.
4     Q   So the cleaning machine is a scouring
5  machine, the shining machine is the buffer?
6         MR. O'BRIEN: Objection. She said,
7  scrubbing.
8     A   Scrubber machine.
9     Q   Are they two separate machines?
10    A   Yes.
11    Q   Are both machines used every time the
12 floors are cleaned at Food Lion?
13    A   Always. Every time the machines are used,
14 they are used always.
15    Q   Does the scrubbing machine use the soap
16 that she described earlier?
17    A   Yes.
18    Q   Does the buffer machine use any type of
19 soap or material or any kind of liquid?
20    A   No.
21    Q   So is it fair to say that the buffer

Page 40

1  machine is just another way of sweeping the floor or
2  shining the floor with pads or cloth?
3     A   We use a sponge with pads to buff.
4     Q   So the scrubber machine uses soap, and I
5  assume you put the soap into the machine?
6     A   Well, the machine had a tank in the front,
7  and that's normally what has the soap in it, and we
8  fill up the machine with water, and it has a hose that
9  connects the soap to the water in order to disperse
10 the soap.
11        INTERPRETER: Interpreter needs to request
12 repetition.
13    A   Normally, we don't add soap to the water.
14 It's always separate.
15    Q   But I assume -- and correct me if I'm
16 wrong -- that the water and the soap combine at some
17 point and go onto the floor in order to scrub the
18 floor, is that right?
19    A   Yes, that's how I believe it is.
20    Q   And you've used that machine before?
21    A   We always use it.

Page 41

1     Q   And the purpose of that machine is for the
2  water and the soap to scrub the floor, right?
3         MR. O'BRIEN: Objection. You can answer.
4     A   To clean the floor.
5     Q   But the machine puts water and soap down
6  on the floor in order to clean the floor, right?
7     A   Yes.
8     Q   I'm going to switch gears. When was the
9  last time that you were at the store prior to this fall
10 on June 18th, 2019?
11    A   I don't remember exactly when that was.
12    Q   Is there usually one person from Vane that
13 performs the cleaning services at this particular Food
14 Lion, or is it more than one person?
15    A   Well, when I hire a person, sometimes
16 they'll bring family members. Sometimes they'll do it
17 by themselves.
18        (Reporter asked for clarification.)
19        INTERPRETER: I'll ask for repetition of
20 the answer because it's so hard for me to go back.
21    A   I normally will hire one person, and that

Page 42

1 person will bring family members so they can finish
2 more quickly, but sometimes they'll work alone.
3    Q    In your email correspondence, you
4 indicated that Manuel may have information.
5        Is it fair then to assume that Manuel is
6 the one who did the cleaning at this Food Lion store
7 the day that Ms. Rittersbacher fell, or the day before
8 she fell?
9    A    Yes.
10    Q    So then because you directed the folks
11 from Kellermeyer to Manuel, is it fair to then also
12 assume that you did not go to this Food Lion the day
13 before Ms. Rittersbacher fell?
14    A    Honestly, I don't recall.
15    Q    So earlier, you recall testifying about a
16 hose?  Do you recall that?
17    A    Yes, the hoses they use to disperse the
18 water.
19    Q    But you don't know if the hose was used
20 the day of Ms. Rittersbacher's fall, right, because you
21 were not there?

Page 43

1        MR. O'BRIEN:  I'm going to object.  You
2 can answer.
3    A    Well, I don't know, because I was never
4 there that day, but I'm just basing this on other days,
5 other Food Lions I know, they use the hose to keep that
6 area fresh.
7        That's why they cover that area with mats,
8 but if they used the hose, they didn't use the hose
9 that day, I do not know.
10    Q    I just want to ask about this Food Lion,
11 the time frame I'm asking you about.
12        I don't want you to make assumptions about
13 other stores, or what may have happened.
14        Sitting here today, you have no
15 information about when a hose may have been used on
16 this particular display prior to Ms. Rittersbacher's
17 fall, right?
18        MR. O'BRIEN:  Objection.  You can answer.
19    A    Correct.
20    Q    So sitting here today, you have no idea
21 when those plants may have been watered prior to her

Page 44

1 fall at all, right?
2        MR. O'BRIEN:  Objection.  You can answer.
3    A    Correct.
4    Q    You told us that the material that's shown
5 in the photograph, you have seen that before her fall.
6 Do you recall saying that?
7    A    Yes, I recall having said that, and other
8 times I have gone to the store.
9    Q    On how many occasions prior to Ms.
10 Rittersbacher's fall on June 18th, 2019, did you see
11 this material?
12    A    I don't recall how many times, but I had
13 seen it before.
14    Q    But you don't know what the material is,
15 and you don't know where it came from, right?
16        MR. O'BRIEN:  Objection.  You can answer.
17    A    I always thought it was the water they
18 used to water the plants and to keep the products
19 fresh.
20    Q    Do you know that, or are you assuming
21 that?

Page 45

1    A    When we've been there, we analyzed that
2 area, and we know that it's water that comes from
3 there.
4    Q    Did you see people watering the plants and
5 spilling the water on the floor when you were there
6 prior to June 18th, 2019?
7    A    No.
8    Q    So you simply assume that the water that
9 you saw under the mat was because of watering the
10 plants?  You never saw anyone spilling the water when
11 they were watering the plants, right?
12    A    Well, not only what I see is a hose that
13 just goes off by itself and it sprays water.  That's
14 all.
15    Q    What color is the hose?
16    A    I think I saw one that was green, but I
17 really don't recall exactly.
18    Q    Who turns the hose on and who turns it
19 off?
20        INTERPRETER:  Interpreter needs to request
21 repetition.