IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JASMINE RITTERSBACHER | * | |
| Plaintiff, | * | |
| v. | * | Case no..:   1: 20-CV-02800-JMC |
| FOOD LION, LLC, et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION of Defendants' Food Lion, LLC, Kellermeyer Bergenson Service, LLC's Services Cleaning, LLC, and Vane Services Cleaning, LLC, ("Vane")'s Motions for Summary Judgement, and Plaintiff's response, it is this ____ day of ____, 2022, hereby

ORDERED, that Defendants' Motions for Summary Judgment BE and HEREBY are DENIED.

_____
Hon. J. Mark Coulson – United States District Court
For the District of Maryland